**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Hospital Acquisition LLC, *et al.*,[1] | ) ) | Case No. 19-10998 (BLS ) |
| Debtors. | ) ) ) | Joint Administration Requested |

## NOTICE OF HEARING TO CONSIDER FIRST DAY PLEADINGS

**PLEASE TAKE NOTICE** that, commencing on May 6, 2019, Hospital Acquisition LLC and certain of its subsidiaries and affiliates (collectively, the "***Debtors***") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "***Bankruptcy Code***"), with the Clerk of the United States Bankruptcy Court for the District of Delaware (the "***Court***"). The Debtors continue to operate their business as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that the Debtors will present the following pleadings (the "***First Day Pleadings***") at a hearing on **May 8, 2019 at 10:00 a.m. (ET)** (the "**Hearing**") before the Honorable Brendan Linehan Shannon, United States

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Hospital Acquisition LLC (3232); Hospital Acquisition Intermediate Sub LLC (9609); LifeCare Holdings LLC (f/k/a Hospital Acquisition Sub I LLC) (6612); LifeCare Behavioral Health Hospital of Pittsburgh LLC (9835); New LifeCare Hospitals LLC (7959); New LifeCare Hospitals of Dayton LLC (2592); New LifeCare Hospitals of Milwaukee LLC (2428); New LifeCare Hospitals of South Texas LLC (4237); Hospital Acquisition Sub II LLC (7920); New LifeCare Management Services LLC (4310); New LifeCare REIT 1 LLC (9849); New LifeCare Hospitals of Mechanicsburg LLC (0174); New Pittsburgh Specialty Hospital LLC (7592); LifeCare Vascular Services, LLC (5864); New LifeCare Hospitals of North Texas LLC (4279); New LifeCare Hospitals of Chester County LLC (1116); New LifeCare Hospitals of Northern Nevada LLC (4534); New San Antonio Specialty Hospital LLC (2614); New LifeCare Hospitals of North Carolina LLC (7257); New LifeCare Hospitals of Pittsburgh LLC (8759); New NextCare Specialty Hospital of Denver LLC (6416); Hospital Acquisition MI LLC (4982); LifeCare Pharmacy Services LLC (3733); New LifeCare REIT 2 LLC (1315); New LifeCare Hospitals at Tenaya LLC (6891); and New LifeCare Hospitals of Sarasota LLC (8094). The Debtors' address is 5340 Legacy Drive, Suite 150, Plano, Texas 75024.

Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom No. 1, Wilmington, Delaware 19801:

1. Debtors' Motion for Entry of an Order Directing the Joint Administration of the Debtors' Chapter 11 Cases [D.I. 3]

2. Debtors' Application for Appointment of Prime Clerk LLC as Claims and Noticing Agent Effective as of the Petition Date [D.I. 4]

3. Debtors' Motion for Entry of Interim and Final Orders (I) Prohibiting Utility Companies From Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Companies Adequately Assured of Future Performance, (III) Establishing Procedures for Determining Additional Adequate Assurance of Payment, and (IV) Setting a Final Hearing Related Hereto [D.I 5]

4. Debtors' Motion for Entry of an Order Authorizing Certain Procedures to Maintain the Confidentiality of Patient Information as Required by Applicable Privacy Rules [D.I. 6]

5. Debtors' Motion for Entry of an Order (I) Authorizing, But Not Directing, Debtors to (A) Continue Insurance Policies Entered into Prepetition, (B) Satisfy All Obligations Relating to the Prepetition Insurance Policies, (C) Continue Insurance Premium Financing Agreements, and (II) Granting Related Relief [D.I. 7]

6. Debtors' Motion for Entry of an Order (I) Authorizing Payment of Certain Prepetition Taxes and (II) Authorizing Financial Institutions to Honor and Process All Related Checks and Electronic Payments Requests [D.I. 8]

7. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Using Existing Centralized Cash Management System, (B) Honor Certain Prepetition Obligations Related to the Use of the Cash Management System, and (C) Maintain Existing Bank Accounts and Check Stock and (II) Granting Related Relief [D.I. 9]

8. Debtors' Motion for Entry of an Order Authorizing the Debtors to Maintain, Administer, Modify, and Renew their Refund Program and Practices and Honor Obligations Related Thereto [D.I. 10]

9. Debtors' Motion for Entry of Interim and Final Order (I) Authorizing, But Not Directing, Debtors to Pay Prepetition Claims of Certain Critical Vendors and (II) Authorizing Financial Institutions to Honor and Process All Related Checks and Transfer Requests [D.I. 11]

10. Debtors' Motion for Entry of an Order (I) Authorizing, But Not Directing, Payment of Certain Prepetition Claims of Warehousemen and Other Lien Claimants and (II) Granting Related Relief [D.I. 12]

11. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Employee Wages, Benefits, and Other Obligations and (B) Continue Employee Programs and Severance Program and (II) Granting Related Relief [D.I. 13]

12. Debtors' Motion for Interim and Final Orders (I) Authorizing Debtors to Obtain Postpetition Financing and to Use Cash Collateral; (II) Granting Priming Liens and Providing Super Priority Claims; (III) Granting Adequate Protection to Prepetition Secured Parties; and (IV) Prescribing the Form and Manner of Notice and Setting the Time for the Final Hearing [TO BE FILED]

**PLEASE TAKE FURTHER NOTICE** that copies of all of the First Day Pleadings will be mailed subsequent to the Hearing in accordance with Rule 9013-1(m) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and are available (free of charge) on the website dedicated to these chapter 11 cases of the Debtors' proposed claims and noticing agent, Prime Clerk LLC, http://cases.primeclerk.com/hospitalacquisition/, or on the Court's website, www.deb.uscourts.gov. If you would like to receive copies of any of the First Day Pleadings prior to the Hearing, please contact Debbie Laskin, Paralegal, at (302) 571-6710 or dlaskin@ycst.com. All parties wishing to participate in the Hearing telephonically must make arrangements with CourtCall by telephone at (888) 882-6878 or on the internet at www.courtcall.com.

Dated: Wilmington, Delaware
     May 7, 2019              */s/ Jaime Luton Chapman*
                                        **YOUNG CONAWAY STARGATT & TAYLOR, LLP**
M. Blake Cleary (No. 3614)
Jaime Luton Chapman (No. 4936)
Joseph M. Mulvihill (No. 6061)
Betsy L. Feldman (No. 6410)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

– and –

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Scott Alberino (*pro hac vice* motion pending)
Kevin M. Eide (*pro hac vice* motion pending)
2001 K Street, N.W.
Washington, DC 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288

Sarah Link Schultz (*pro hac vice* motion pending)
2300 N. Field Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343

**PROPOSED COUNSEL FOR DEBTORS AND DEBTORS IN POSSESSION**