**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Hospital Acquisition LLC, *et al.,*[1] | ) | Case No. 19-10998 (BLS) |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON**
**MAY 29, 2019 AT 11:00 A.M. (ET)**

**UNCONTESTED MATTER WITH CERTIFICATE OF NO OBJECTION**

1.    Debtors' Motion for Entry of Interim and Final Orders (I) Prohibiting Utility Companies From Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Companies Adequately Assured of Future Performance, (III) Establishing Procedures for Determining Additional Adequate Assurance of Payment, and (IV) Setting a Final Hearing Related Hereto [D.I. 5, 5/7/19]

Related Documents:

A.    Interim Order (I) Prohibiting Utility Companies From Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Companies Adequately Assured of Future Performance, (III) Establishing Procedures for Determining Additional Adequate Assurance of Payment, and (IV) Setting a Final Hearing Related Hereto [D.I. 40, 5/8/19]

B.    Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 55, 5/9/19]

C.    Certificate of No Objection [D.I. 132, 5/24/19]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Hospital Acquisition LLC (3232); Hospital Acquisition Intermediate Sub LLC (9609); LifeCare Holdings LLC (f/k/a Hospital Acquisition Sub I LLC) (6612); LifeCare Behavioral Health Hospital of Pittsburgh LLC (9835); New LifeCare Hospitals LLC (7959); New LifeCare Hospitals of Dayton LLC (2592); New LifeCare Hospitals of Milwaukee LLC (2428); New LifeCare Hospitals of South Texas LLC (4237); Hospital Acquisition Sub II LLC (7920); New LifeCare Management Services LLC (4310); New LifeCare REIT 1 LLC (9849); New LifeCare Hospitals of Mechanicsburg LLC (0174); New Pittsburgh Specialty Hospital LLC (7592); LifeCare Vascular Services, LLC (5864); New LifeCare Hospitals of North Texas LLC (4279); New LifeCare Hospitals of Chester County LLC (1116); New LifeCare Hospitals of Northern Nevada LLC (4534); New San Antonio Specialty Hospital LLC (2614); New LifeCare Hospitals of North Carolina LLC (7257); New LifeCare Hospitals of Pittsburgh LLC (8759); NewNextCare Specialty Hospital of Denver LLC (6416); Hospital Acquisition MI LLC (4982); LifeCare Pharmacy Services LLC (3733); New LifeCare REIT 2 LLC (1315); New LifeCare Hospitals at Tenaya LLC (6891); and New LifeCare Hospitals of Sarasota LLC (8094).  The Debtors' address is 5340 Legacy Drive, Suite 150, Plano, Texas 75024.

D.      Proposed Order

Response Deadline:              May 22, 2019 at 4:00 p.m. (ET), extended for the
                                Committee to May 24, 2019 at 12:00 p.m. (ET)

Responses Received:

A.      Informal Comments
        i.   Agent for Second Lien Lenders
        ii.  Committee

Status:     A certificate of no objection has been filed.  No hearing is required.

## MATTERS GOING FORWARD

2.      Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to
        (A) Continue Using Existing Centralized Cash Management System, (B) Honor Certain
        Prepetition Obligations Related to the Use of the Cash Management System, and
        (C) Maintain Existing Bank Accounts and Check Stock and (II) Granting Related Relief
        [D.I. 9, 5/7/19]

        Related Documents:

        A.      Interim Order (I) Authorizing the Debtors to (A) Continue Using Existing
                Centralized Cash Management System, (B) Honor Certain Prepetition
                Obligations Related to the Use of the Cash Management System, and
                (C) Maintain Existing Bank Accounts and Check Stock and (II) Granting
                Related Relief [D.I. 43, 5/8/19]

        B.      Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 55,
                5/9/19]

        Response Deadline:              May 22, 2019 at 4:00 p.m. (ET), extended for the
                                        Committee to May 24, 2019 at 12:00 p.m. (ET)

        Responses Received:

        A.      Informal Comments from the Committee

        Status:     The informal comments of the Committee have been resolved and the Debtors
                    anticipate filing a certification of counsel submitting a revised order prior to
                    the hearing.  This matter will be going forward.

3.      Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing, But Not Directing, Debtors to Pay Prepetition Claims of Certain Critical Vendors and (II) Authorizing Financial Institutions to Honor and Process All Related Checks and Transfer Requests [D.I. 11, 5/7/19]

        Related Documents:

           A.    Interim Order (I) Authorizing, But Not Directing, Debtors to Pay Prepetition Claims of Certain Critical Vendors and (II) Authorizing Financial Institutions to Honor and Process All Related Checks and Transfer Requests [D.I. 45, 5/8/19]

           B.    Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 55, 5/9/19]

        Response Deadline:        May 22, 2019 at 4:00 p.m. (ET), extended for the Committee to May 24, 2019 at 12:00 p.m. (ET)

        Responses Received:

           A.    Informal Comments

               i.   Agent for the Second Lien Lenders
              ii.   Committee

        Status:        All informal comments have been resolved and the Debtors anticipate filing a certification of counsel submitting a revised order prior to the hearing. This matter will be going forward.

4.      Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Employee Wages, Benefits, and Other Obligations and (B) Continue Employee Programs and Severance Program and (II) Granting Related Relief [D.I. 13, 5/7/19]

        Related Documents:

           A.    Interim Order (I) Authorizing, But Not Directing, the Debtors to (A) Pay Prepetition Employee Wages, Benefits, and Other Obligations and (B) Continue Employee Programs and Severance Program and (II) Granting Related Relief [D.I. 51, 5/9/19]

           B.    Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 55, 5/9/19]

        Response Deadline:        May 22, 2019 at 4:00 p.m. (ET), extended, with permission from the Court, for the Committee to May 28, 2019 at 12:00 p.m. (ET)

Responses Received:

    A.    Informal Comments from the Committee

Status:    The Debtors and the Committee are continuing to work toward a consensual resolution of the Committee's informal comments.  This matter is going forward.

5.    Debtors' First Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Unexpired Leases of Nonresidential Real Property and Executory Contracts Effective as of the Rejection Date [D.I. 14, 5/7/19]

    Related Documents:

    A.    Notice of Motion [D.I. 56, 5/9/19]

    Response Deadline:    May 23, 2019 at 4:00 p.m. (ET)

    Responses Received:

    A.    Informal Comments from Turner Windham, L.L.C.

Status:    The Debtors and Turner Windham are working on language to be included in a revised form of order that would resolve the informal comments.  This matter will be going forward.

6.    Debtors' Motion for Interim and Final Orders (I) Authorizing Debtors to Obtain Postpetition Financing and to Use Cash Collateral; (II) Granting Priming Liens and Providing Super Priority Claims; (III) Granting Adequate Protection to Prepetition Secured Parties; and (IV) Prescribing the Form and Manner of Notice and Setting the Time for the Final Hearing [D.I. 25, 5/7/19]

    Related Documents:

    A.    Declaration of Geoffrey Coutts in Support of Debtors' Motion for Interim and Final Orders (I) Authorizing Debtors to Obtain Postpetition Financing and to Use Cash Collateral; (II) Granting Priming Liens and Providing Super Priority Claims; (III) Granting Adequate Protection to Prepetition Secured Parties; and (IV) Prescribing the Form and Manner of Notice and Setting the Time for the Final Hearing [D.I. 26, 5/7/19]

    B.    Interim Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing Use of Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protections, (V) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [D.I. 47, 5/8/19]

    C.    Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 55, 5/9/19]

Response Deadline:        May 22, 2019 at 4:00 p.m. (ET), extended for Local Texas Tax Authorities to May 23, 2019 at 4:00 p.m. (ET), and the Committee and Kettering Health to May 24, 2019 at 12:00 p.m. (ET)

Responses Received:

    A.    Informal Comments of the U.S. Trustee

    B.    Limited Objection of Freedom Medical, Inc. [D.I. 124, 5/22/19]

    C.    MPT of Dallas LTACH, L.P.'s Limited Objection to Proposed Final Order Approving Debtor in Possession Financing Agreement and Reservation of Rights Regarding Same [D.I. 128, 5/23/19]

    D.    Local Texas Tax Authorities' Objection [D.I. 130, 5/23/19]

    E.    Limited Objection of Kettering Medical Center [D.I. 133, 5/24/19]

    F.    Objection of the Official Committee of Unsecured Creditors [D.I. 134, 5/24/19]

    G.    Reservation of Rights of Welltower Inc. and its Affiliates [D.I. 135, 5/24/19]

Status:    The Debtors are continuing to work with the various parties to reach consensual resolutions and narrow the issues raised. This matter will be going forward.

7.    Debtors' Motion for Entry of an Order Extending the Time within Which the Debtors Must File their Schedules of Assets and Liabilities and Statement of Financial Affairs [D.I. 59, 5/10/19]

Response Deadline:    May 24, 2019 at 4:00 p.m. (ET)

Responses Received:    None to date

Status:    The Debtors anticipate filing a certificate of no objection prior to the hearing. This matter will be going forward.

8.      Debtors' Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [D.I. 60, 5/10/19]

Response Deadline:            May 24, 2019 at 4:00 p.m. (ET)

Responses Received:

      A.      Informal Comments

            i.   U.S. Trustee
            ii.  Agent for the Second Lien Lenders
            iii. Committee

Status:      All of the informal comments have been resolved and the Debtors anticipate filing a certification of counsel submitting a revised order prior to the hearing. This matter will be going forward.

9.      Debtors' Motion for an Order Authorizing the Debtors to Retain, Employ, and Compensate Certain Professionals Utilized in the Ordinary Course of Business, Effective as of the Petition Date [D.I. 61, 5/10/19]

Response Deadline:            May 24, 2019 at 4:00 p.m. (ET)

Responses Received:

      A.      Informal Comments

            i.   Agent for the Second Lien Lenders
            ii.  Committee

Status:      All of the informal comments have been resolved and the Debtors anticipate filing a certification of counsel submitting a revised order prior to the hearing. This matter will be going forward.

10.     Debtors' Application for Employment and Retention of Prime Clerk LLC as Administrative Advisor *Nunc Pro Tunc* to the Petition Date [D.I. 62. 5/10/19]

Response Deadline:            May 24, 2019 at 4:00 p.m. (ET)

Responses Received:            None to date

Status:      The Debtors anticipate filing a certificate of no objection prior to the hearing. This matter will be going forward.

11.     Debtors' Application for entry of an Order Authorizing the Retention and Employment of Akin Gump Strauss Hauer & Feld LLP as Counsel to the Debtors, *Nunc Pro Tunc* to the Petition Date [D.I. 63, 5/10/19]

      <u>Response Deadline</u>:            May 24, 2019 at 4:00 p.m. (ET)

      <u>Responses Received</u>:

         A.      Informal Comments from the U.S. Trustee

      <u>Status</u>:     The informal comments of the U.S. Trustee have been resolved and the Debtors anticipate filing a certificate of no objection prior to the hearing.  This matter will be going forward.

12.     Debtors' Application for an Order Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Co-Counsel for the Debtors, Effective as of the Petition Date [D.I. 64, 5/10/19]

      <u>Related Documents</u>:

         A.      [SEALED] Exhibit to Debtors' Application for an Order Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Co-Counsel for the Debtors, Effective as of the Petition Date [D.I. 65, 5/10/19]

      <u>Response Deadline</u>:            May 24, 2019 at 4:00 p.m. (ET)

      <u>Responses Received</u>:

         A.      Informal Comments from the U.S. Trustee

      <u>Status</u>:     The parties are continuing to work toward a consensual resolution of the U.S. Trustee's informal comments.  This matter is going forward.

13.     Debtors' Application or an Order Authorizing the Retention and Employment of Berkeley Research Group, LLC as Financial Advisor to the Debtors, *Nunc Pro Tunc* to the Petition Date [D.I. 66, 5/10/19]

      <u>Related Documents</u>:

         A.      [SEALED] Exhibit to Debtors' Application or an Order Authorizing the Retention and Employment of Berkeley Research Group, LLC as Financial Advisor to the Debtors, *Nunc Pro Tunc* to the Petition Date [D.I. 67, 5/10/19]

Response Deadline:          May 24, 2019 at 4:00 p.m. (ET)

Responses Received:

    A.    Informal Comments from the U.S. Trustee

Status:          The informal comments of the U.S. Trustee have been resolved and the Debtors anticipate filing a certification of counsel submitting a revised order prior to the hearing.  This matter is going forward.

14.    Debtors' Application for an Entry of an Order (I) Authorizing the Retention and Employment of Houlihan Lokey Capital, Inc. as Financial Advisor and Investment Banker for the Debtors, *Nunc Pro Tunc* to the Petition Date, (II) Waiving Certain Time-Keeping Requirements, and (III) Granting Related Relief [D.I. 68, 5/10/19]

    Related Documents:

    A.    [SEALED] Exhibit to Debtors' Application for an Entry of an Order (I) Authorizing the Retention and Employment of Houlihan Lokey Capital, Inc. as Financial Advisor and Investment Banker for the Debtors, *Nunc Pro Tunc* to the Petition Date, (II) Waiving Certain Time-Keeping Requirements, and (III) Granting Related Relief [D.I. 69, 5/10/19]

Response Deadline:          May 24, 2019 at 4:00 p.m. (ET)

Responses Received:

    A.    Informal Comments
        i.  U.S. Trustee
        ii.  Agent for the Second Lien Lenders

    B.    Objection of the Official Committee of Unsecured Creditors [D.I. 136, 5/24/19]

Status:          The informal comments from the U.S. Trustee have been resolved.  This matter is going forward.

15.  Debtors' Omnibus Motion for Entry of an Order Authorizing Certain Confidential Information to Be Filed under Seal in Connection with Retention Applications [D.I. 70, 5/10/19]

Response Deadline:          May 24, 2019 at 4:00 p.m. (ET)

Responses Received:

A.  Informal Comments from the U.S. Trustee

Status:  The informal comments of the U.S. Trustee have been resolved and the Debtors anticipate filing a certification of counsel submitting a revised order prior to the hearing.  This matter will be going forward.

Dated: Wilmington, Delaware
May 24, 2019

/s/ Jaime Luton Chapman
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
M. Blake Cleary (No. 3614)
Jaime Luton Chapman (No. 4936)
Joseph M. Mulvihill (No. 6061)
Betsy L. Feldman (No. 6410)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253

– and –

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Scott Alberino  (admitted *pro hac vice*)
Kevin M. Eide (admitted *pro hac vice*)
2001 K. Street, N.W.
Washington, DC 20006
Telephone:  (202) 887-4000
Facsimile:  (202) 887-4288

Sarah Link Schultz (admitted *pro hac vice*)
2300 N. Field Street, Suite 1800
Dallas, Texas 75201
Telephone:  (214) 969-2800
Facsimile:  (214) 969-4343

**PROPOSED COUNSEL FOR DEBTORS AND DEBTORS IN POSSESSION**