# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|   |   |
|---|---|
| In re: | Chapter 11 |
| Hospital Acquisition LLC, *et al.*,[1] | Case No. 19-10998 (BLS) |
| Debtors. | Jointly Administered |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
## JUNE 27, 2019 AT 11:30 A.M. (ET)

**PLEASE NOTE THAT THE HEARING WILL BE HELD IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 5TH FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801**

## ADJOURNED OR RESOLVED MATTERS

1.  Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Using Existing Centralized Cash Management System, (B) Honor Certain Prepetition Obligations Related to the Use of the Cash Management System, and (C) Maintain Existing Bank Accounts and Check Stock and (II) Granting Related Relief [D.I. 9, 5/7/19]

    Response Deadline:  May 22, 2019 at 4:00 p.m. (ET), extended for the Committee to July 8, 2019 at 12 noon (ET)

    Related Documents:

    A.  Interim Order (I) Authorizing the Debtors to (A) Continue Using Existing Centralized Cash Management System, (B) Honor Certain Prepetition Obligations Related to the Use of the Cash Management System, and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Hospital Acquisition LLC (3232); Hospital Acquisition Intermediate Sub LLC (9609); LifeCare Holdings LLC (f/k/a Hospital Acquisition Sub I LLC) (6612); LifeCare Behavioral Health Hospital of Pittsburgh LLC (9835); New LifeCare Hospitals LLC (7959); New LifeCare Hospitals of Dayton LLC (2592); New LifeCare Hospitals of Milwaukee LLC (2428); New LifeCare Hospitals of South Texas LLC (4237); Hospital Acquisition Sub II LLC (7920); New LifeCare Management Services LLC (4310); New LifeCare REIT 1 LLC (9849); New LifeCare Hospitals of Mechanicsburg LLC (0174); New Pittsburgh Specialty Hospital LLC (7592); LifeCare Vascular Services, LLC (5864); New LifeCare Hospitals of North Texas LLC (4279); New LifeCare Hospitals of Chester County LLC (1116); New LifeCare Hospitals of Northern Nevada LLC (4534); New San Antonio Specialty Hospital LLC (2614); New LifeCare Hospitals of North Carolina LLC (7257); New LifeCare Hospitals of Pittsburgh LLC (8759); New NextCare Specialty Hospital of Denver LLC (6416); Hospital Acquisition MI LLC (4982); LifeCare Pharmacy Services LLC (3733); New LifeCare REIT 2 LLC (1315); New LifeCare Hospitals at Tenaya LLC (6891); and New LifeCare Hospitals of Sarasota LLC (8094). The Debtors' address is 5340 Legacy Drive, Suite 150, Plano, Texas 75024.


    (C) Maintain Existing Bank Accounts and Check Stock and (II) Granting Related Relief [D.I. 43, 5/8/19]

  B. Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 55, 5/9/19]

  C. Final Order (I) Authorizing the Debtors to (A) Continue Using Existing Centralized Cash Management System, (B) Honor Certain Prepetition Obligations Related to the Use of the Cash Management System, and (C) Maintain Existing Bank Accounts and Check Stock and (II) Granting Related Relief [D.I. 166, 5/29/19]

Responses Received:

  A. Informal Comments from the Committee

Status: A final order has been entered with respect to the relief requested in the Motion, other than with respect to Intercompany Transactions, Intercompany Claims, and related issues (the "*Intercompany Relief*").  This matter is adjourned by agreement of the Debtors and the Committee with respect to final approval of the Intercompany Relief to July 11, 2019 at 10:00 a.m. (ET).

2. Debtors' Second Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Unexpired Leases of Nonresidential Real Property and Executory Contracts Effective as of the Rejection Date [D.I. 204, 5/31/19]

Objection Deadline: June 14, 2019 at 4:00 p.m. (ET),

Related Documents:

  A. Certificate of No Objection [D.I. 249, 6/17/19]

  B. Order Authorizing the Debtors to Reject Certain Unexpired Leases of Nonresidential Real Property and Executory Contracts Effective as of the Rejection Date [D.I. 251, 6/18/19]

Objections Received:  None

Status:  An order has been entered.  No hearing is required.

3. Patient Care Ombudsman's Application for Entry of Order Authorizing the Retention and Employment of Seelig + Cussigh HCO LLC Effective May 21, 2019 [D.I. 223, 6/6/19]

Objection Deadline: June 20, 2019 at 4:00 p.m. (ET)

Related Documents:

  A. Certificate of No Objection [D.I. 2/1, 6/21/19]

      B.  Order Authorizing Retention and Employment of Seelig + Cussigh HCO LLC Effective May 21, 2019 [D.I. 287, 6/24/19]

Objections Received:  None

Status:  An order has been entered.  No hearing is required.

4. Patient Care Ombudsman's Application for Entry of Order Authorizing the Retention and Employment of Perkins Coie LLP as Counsel Effective May 27, 2019 [D.I. 224, 6/6/19]

    Objection Deadline:    June 20, 2019 at 4:00 p.m. (ET)

    Related Documents:

        A.  Certificate of No Objection [D.I. 282, 6/21/19]

        B.  Order Authorizing Retention and Employment of Perkins Coie LLP as Counsel to the Patient Care Ombudsman Effective May 27, 2019 [D.I. 288, 6/24/19]

    Objections Received:  None

    Status:  An order has been entered.  No hearing is required.

5. Debtors' Application for an Order (A) Authorizing the Retention and Employment of Crowe LLP as Audit and Tax Advisor to the Debtors, Effective as of the Petition Date and (B) Waiving Certain Requirements of Local Rule 2016-2 [D.I. 228, 6/6/19/19]

    Objection Deadline:    June 20, 2019 at 4:00 p.m. (ET)

    Related Documents:

        A.  [SEALED] Exhibit to Debtors' Application for an Order (A) Authorizing the Retention and Employment of Crowe LLP as Audit and Tax Advisor to the Debtors, Effective as of the Petition Date and (B) Waiving Certain Requirements of Local Rule 2016-2 [D.I. 229, 6/6/19]

        B.  Certification of Counsel [D.I. 283, 6/21/19]

        C.  Order (A) Authorizing the Retention and Employment of Crowe LLP as Audit and Tax Advisor to the Debtors, Effective as of the Petition Date and (B) Waiving Certain Requirements of Local Rule 2016-2 [D.I. 286, 6/24/19]

Objections Filed:

    A.    Informal Response of the U.S. Trustee

Status:  An order has been entered.  No hearing is required.

## CONTESTED MATTERS GOING FORWARD

6. Debtors' Motion for (I) an Order Establishing Bidding Procedures and Granting Related Relief and (II) an Order or Orders Approving the Sale of the Assets [D.I. 227. 6/6/19]

    Objection Deadline:    June 20, 2019 at 4:00 p.m. (ET)

    Objections Filed:

        A.    Informal Comments
    - i. U.S. Trustee
    - ii. Committee
    - iii. MPT of Dallas LTACH, L.P.

        B.    Objection of Cigna Health and Life Insurance Company and Life Insurance Company of North America [D.I. 279, 6/21/19]

    Status: The informal comments of the U.S. Trustee and the Committee are resolved.  This matter is going forward.

[*Remainder of the Page Intentionally Left Blank*]

Dated: Wilmington, Delaware
       June 25, 2019       */s/ Joseph M. Mulvihill*

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
M. Blake Cleary (No. 3614)
Jaime Luton Chapman (No. 4936)
Joseph M. Mulvihill (No. 6061)
Betsy L. Feldman (No. 6410)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

– and –

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Scott Alberino (admitted *pro hac vice*)
Kevin M. Eide (admitted *pro hac vice*)
2001 K. Street, N.W.
Washington, DC 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288

Sarah Link Schultz (admitted *pro hac vice*)
2300 N. Field Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343

**COUNSEL FOR DEBTORS AND DEBTORS IN POSSESSION**