**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Hospital Acquisition LLC, *et al.*,[1] | ) ) | Case No. 19-10998 (BLS) |
| Debtors. | ) ) ) | Jointly Administered |

**NOTICE OF <u>AMENDED</u>[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON <u>JULY 11, 2019 AT 10:00 A.M. (ET)</u>**

> **AS NO MATTERS ARE GOING FORWARD,
> THE COURT HAS CANCELLED THE HEARING.**

**CONTINUED MATTER**

1.  Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Using Existing Centralized Cash Management System, (B) Honor Certain Prepetition Obligations Related to the Use of the Cash Management System, and (C) Maintain Existing Bank Accounts and Check Stock and (II) Granting Related Relief [D.I. 9, 5/7/19]

    Related Documents:

    A.  Interim Order (I) Authorizing the Debtors to (A) Continue Using Existing Centralized Cash Management System, (B) Honor Certain Prepetition Obligations Related to the Use of the Cash Management System, and (C) Maintain Existing Bank Accounts and Check Stock and (II) Granting Related Relief [D.I. 43, 5/8/19]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Hospital Acquisition LLC (3232); Hospital Acquisition Intermediate Sub LLC (9609); LifeCare Holdings LLC (f/k/a Hospital Acquisition Sub I LLC) (6612); LifeCare Behavioral Health Hospital of Pittsburgh LLC (9835); New LifeCare Hospitals LLC (7959); New LifeCare Hospitals of Dayton LLC (2592); New LifeCare Hospitals of Milwaukee LLC (2428); New LifeCare Hospitals of South Texas LLC (4237); Hospital Acquisition Sub II LLC (7920); New LifeCare Management Services LLC (4310); New LifeCare REIT 1 LLC (9849); New LifeCare Hospitals of Mechanicsburg LLC (0174); New Pittsburgh Specialty Hospital LLC (7592); LifeCare Vascular Services, LLC (5864); New LifeCare Hospitals of North Texas LLC (4279); New LifeCare Hospitals of Chester County LLC (1116); New LifeCare Hospitals of Northern Nevada LLC (4534); New San Antonio Specialty Hospital LLC (2614); New LifeCare Hospitals of North Carolina LLC (7257); New LifeCare Hospitals of Pittsburgh LLC (8759); New NextCare Specialty Hospital of Denver LLC (6416); Hospital Acquisition MI LLC (4982); LifeCare Pharmacy Services LLC (3733); New LifeCare REIT 2 LLC (1315); New LifeCare Hospitals at Tenaya LLC (6891); and New LifeCare Hospitals of Sarasota LLC (8094). The Debtors' address is 5340 Legacy Drive, Suite 150, Plano, Texas 75024.

[2] **Amendments appear in bold.**

    B.    Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 55, 5/9/19]

    C.    Final Order (I) Authorizing the Debtors to (A) Continue Using Existing Centralized Cash Management System, (B) Honor Certain Prepetition Obligations Related to the Use of the Cash Management System, and (C) Maintain Existing Bank Accounts and Check Stock and (II) Granting Related Relief [D.I. 166, 5/29/19]

Objection Deadline:   May 22, 2019 at 4:00 p.m. (ET), extended for the Committee to July 16, 2019 at 4:00 p.m. (ET)

Objections Received:

    A.    Informal Comments from the Committee

Status:  A final order has been entered with respect to the relief requested in the Motion, other than with respect to Intercompany Transactions, Intercompany Claims, and related issues (the "*Intercompany Relief*"). This matter is continued by agreement of the Debtors and the Committee with respect to final approval of the Intercompany Relief.

## MATTERS UNDER CERTIFICATION

2.    Application of the Official Committee of Unsecured Creditors of Hospital Acquisition, LLC, et al. for Entry of an Order Authorizing the Employment and Retention of Greenberg Traurig, LLP as Lead Counsel *Nunc Pro Tunc* to May 17, 2019 [D.I. 266, 6/20/19]

    Related Documents:

        A.  Supplemental Declaration of Nancy A. Peterman in Support of the Application of the Official Committee of Unsecured Creditors of Hospital Acquisition, LLC, et al. for Entry of an Order Authorizing the Employment and Retention of Greenberg Traurig, LLP as Lead Counsel *Nunc Pro Tunc* to May 17, 2019 [D.I. 360, 7/3/19]

        B.  Certificate of No Objection [D.I. 367, 7/9/19]

        C.  Proposed Order

Objection Deadline:   July 5, 2019 at 4:00 p.m. (ET)

Objections Received:  None

Status:  A certificate of no objection has been filed. No hearing is required unless the Court has questions.

3.     Application of the Official Committee of Unsecured Creditors of the Debtors, Hospital Acquisition LLC, et al., for Order Authorizing Employment and Retention of Alvarez & Marsal North America, LLC as Financial Advisor *Nunc Pro Tunc* to May 17, 2019 [D.I. 268, 6/20/19]

    Related Documents:

        A. Certification of Counsel [D.I. 365, 7/9/19]

        B. Proposed Order

    Objection Deadline:   July 5, 2019 at 4:00 p.m. (ET)

    Objections Received:

        A. Informal Comments of the U.S. Trustee

    Status: A certification of counsel has been filed. No hearing is required unless the Court has questions.

4.     Motion of the Official Committee of Unsecured Creditors for an Order Determining that the Committee is not Required to Provide Access to Confidential or Privileged Information of the Debtors [D.I. 270, 6/20/19/19]

    Related Documents:

        A. Certificate of No Objection [D.I. 364, 7/8/19]

        B. Proposed Order

    Objection Deadline:   July 5, 2019 at 4:00 p.m. (ET)

    Objections Received:       None

    Status: A certificate of no objection has been filed. No hearing is required unless the Court has questions.

5.     Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing Retention and Employment of Bayard, P.A. as Co-Counsel to the Official Committee of Unsecured Creditors, *Nunc Pro Tunc* to May 17, 2019 [D.I. 272. 6/20/19]

    Related Documents:

        A. Certification of Counsel [D.I. 366, 7/9/19]

        B. Proposed Order

    Objection Deadline:   July 5, 2019 at 4:00 p.m. (ET)

Objections Received:

    A.  Informal Comments of the U.S. Trustee

Status:   A certification of counsel has been filed. No hearing is required unless the Court has questions.

6.   Application of Patient Care Ombudsman for Entry of Order Authorizing the Retention and Employment of Morris James LLP as Co-Counsel *Nunc Pro Tunc* to May 27, 2019 [D.I. 276, 6/20/19]

Related Documents:

    A.  Certificate of No Objection [D.I. 363, 7/8/19]

    B.  Proposed Order

Objection Deadline:   July 5, 2019 at 4:00 p.m. (ET)

Objections Received:   None

Status:   A certificate of no objection has been filed. No hearing is required unless the Court has questions.

[*Remainder of Page Intentionally Left Blank*]

Dated: Wilmington, Delaware
      July 9, 2019

*/s/ Joseph M. Mulvihill*
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
M. Blake Cleary (No. 3614)
Jaime Luton Chapman (No. 4936)
Joseph M. Mulvihill (No. 6061)
Betsy L. Feldman (No. 6410)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

– and –

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Scott Alberino (admitted *pro hac vice*)
Kevin M. Eide (admitted *pro hac vice*)
2001 K. Street, N.W.
Washington, DC 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288

Sarah Link Schultz (admitted *pro hac vice*)
2300 N. Field Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343

**COUNSEL FOR DEBTORS AND DEBTORS IN POSSESSION**