IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Hospital Acquisition LLC, *et al.*, | ) | Case No. 19-10998 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Re: Docket No. 393 |

## STATEMENT AND RESERVATION OF RIGHTS IN CONNECTION WITH NOTICE OF STALKING HORSE BID

White Oak Healthcare Finance, LLC, as administrative agent, collateral agent and lender ("**DIP Lender**"), with respect to that certain *Debtor-In-Possession Credit Agreement*, dated as of May 6, 2019 (as amended, the "**DIP Agreement**"), hereby files this statement and reservation of rights ("**Statement**") with respect to the *Notice Of Stalking Horse Bid In Connection With Debtors' Motion For (I) An Order Establishing Bidding Procedures And Granting Related Relief And (II) An Order Or Orders Approving The Sale Of The Assets*, dated July 18, 2019 [D.I. 393] ("**Stalking Horse Bid Notice**").[1] In support of this Statement, the DIP Lender respectfully represents as follows:

1. As set forth in the Stalking Horse Bid Notice, on July 18, 2019, the Debtors "entered into that certain asset purchase agreement (the '*APA*') by and between the Debtors and PAM Squared, LLC (the '*Stalking Horse Bidder*')," and a copy of the APA was attached thereto as Exhibit A.

---

[1] Capitalized terms not otherwise defined herein shall the meanings ascribed to them in the Stalking Horse Bid Notice.

2. The DIP Lender was consulted in the sale process and provided comments to the Debtors on the APA before it was executed by the Stalking Horse Bidder. While many of the DIP Lender's comments were accepted and incorporated into the final version of the APA, certain comments were not satisfactorily addressed, including but not limited to (a) provisions that address the billing and collection of the Debtors' accounts receivable by the Stalking Horse Bidder,[2] and (b) that the anticipated Closing Date for the sale to the Stalking Horse Bidder may occur after the Stated Maturity Date set forth in the DIP Agreement.

3. The DIP Lender will continue to work with the Debtors and the Stalking Horse Bidder prior to the Auction to address these concerns. The DIP Lender files this Statement to reserve its rights with respect to the ultimate approval of the APA in the event that the Stalking Horse Bidder becomes the Successful Bidder and issues related to, among other things, the billing and collection of accounts receivable not sold to the Stalking Horse Bidder and the Closing Date are not adequately addressed.

Dated: Wilmington, Delaware
July 25, 2019

**THE ROSNER LAW GROUP LLC**

*/s/ Jason A. Gibson*
Frederick B. Rosner (DE 3995)
Jason A. Gibson (DE 6091)
824 N. Market Street, Suite 810
Wilmington, DE 19801
Tel: (302) 777-1111
Email: rosner@teamrosner.com
Email: gibson@teamrosner.com

-and-

Arthur J. Steinberg (admitted *pro hac vice*)
Scott Davidson (admitted *pro hac vice*)
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036

---

[2] Accounts receivable are not being purchased by the Stalking Horse Bidder.

Tel: (212) 556 2100
Email: asteinberg@kslaw.com
Email: sdavidson@kslaw.com

*Counsel to White Oak Healthcare Finance, LLC*