UNITED STATES BANKRUPTCY COURT

District of Delaware

**In Re:** Hospital Acquisitions, LLC, *et al*  **Case No.** 19-10998 (Jointly Administered)

**Debtor**  **Reporting Period:** June 1 - June 30, 2019

**Federal Tax ID:** 46-1523232

MONTHLY OPERATING REPORT

| Required Documents | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | |
|   Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | |
|   Schedule of Professional Fees Paid | MOR-1b | X | |
|   Copies of Bank Statements | | | |
|   Cash Disbursement Journals | | | |
| Statement of Operations | MOR-2 | X | |
| Balance Sheet | MOR-3 | X | |
| Status of Postpetition Taxes | MOR-4 | X | |
|   Copies of IRS Form 6123 or payment receipt | | | |
|   Copies of Tax Returns Filed During the Period | | | |
| Summary of Unpaid Post Petition Debts | MOR-4 | X | |
|   Listing of Aged Accounts Payable | MOR-4 | X | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | |
| Debtor Questionnaire | MOR-5 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Debtor  Date:

Hospital Acqusitions LLC

Signature of Authorized Individual*  Date:

/s/ Michael K. Scott

Printed Name of Authorized Individual  Date:

Michael K. Scott

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager if debtor is a limited liability company.

This Monthly Operating Report ("MOR") has been prepared solely for the purpose of complying with the monthly reporting requirements applicable in these chapter 11 cases and is in a format acceptable to the United States Trustee. The financial information contained herein is limited in scope and covers a limited time period. Such information is preliminary and unaudited, and is not prepared in accordance with generally accepted accounting principles ("GAAP") in the United States. In addition, the financial statements and supplemental information contained herein represent condensed combined information.

The unaudited financial statements have been derived from the books and records of the Debtors. This information, however, has not been subject to certain procedures that would typically be applied to financial information in accordance with GAAP, and upon application of such procedures the financial information could be subject to material change.

The financial information contained herein is presented on a preliminary and unaudited basis and remains subject to future adjustments.

The results of operations contained herein are not necessarily indicative of results which may be expected for any other period or for the full year and may not necessarily reflect the consolidated results of operation and financial position of the Debtors in the future.

**Notes to MOR schedules:**

**MOR-1 (Statement of Cash Flows)**

Note: Debtors with no activity are not listed in this schedule

(1) The information contained herein is provided to fulfill the requirements of the Office of the United States Trustee. All information contained herein is unaudited and subject to future adjustment. Certain totals may not sum due to rounding.
(2) This statement reflects unrestricted cash and represents the book activity of the company. Due to the consolidated cash management reporting system, certain cash payments may be paid out of a legal entity that is different than the legal entity where the expenses were incurred. Also, certain cash receipts may be received in a different legal entity that is different than the legal entity where the accounts receivable is recorded. Amounts attributed to each entity represent the entity on behalf of which payments were made from the consolidated cash management system.
(3) Book Cash Flow excludes intercompany transfers.
(4) Ending Bank Cash reflects the amount of cash at each of the Debtors' accounts as reflected on MOR-1a.

**MOR-2 (Statement of Operations)**

Note: Debtors with no activity are listed on the schedule with values reflected as zero for each line. The Statement of Operations is prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is received or paid.

(1) The information contained herein is provided to fulfill the requirements of the Office of the United States Trustee. All information contained herein is unaudited and subject to future adjustment. Certain totals may not sum due to rounding.

**MOR-3 (Balance Sheet)**

Note: Debtors with no activity are listed on the schedule with value s reflected as zero for each line. The balance sheet is presented without intercompany eliminations.

(1) The information contained herein is provided to fulfill the requirements of the Office of the United States Trustee. All information contained herein is unaudited and subject to future adjustment. Certain totals may not sum due to rounding.
(2) The Company keeps both due from and due to related parties entries for the respective entities in the asset section of the balance sheet per their books and records.
(3) There may be other pre-petition obligations that were either granted to pay via First Day Motions or other senior debts such as mortgages and capital lease s that will be paid in the normal course.

**MOR-4**

As of June 30, 2019, the Debtors were current on all undisputed post-petition taxes.

*See schedule for notes*

**MOR-5**

*See schedule for notes*

The under signed, having reviewed the attached report and being familiar with the Debtors financial affairs, verifies, under penalty of perjury, that the information contained herein is complete, accurate and truthful to the best of my knowledge, information and belief.

MOR-1
Statement of Cash Flows (1) (2)
For the Period June 1, 2019 - June 30, 2019
(Unaudited)

| Legal Entity | Hospital Acquisition LLC | Hospital Acquisition Intermediate Sub LLC | LifeCare Holdings LLC (f/k/a Hospital Acquisition Sub I LLC) | LifeCare Behavioral Health Hospital of Pittsburgh LLC | New LifeCare Hospitals LLC | New LifeCare Hospitals of Dayton LLC | New LifeCare Hospitals of Milwaukee LLC | New LifeCare Hospitals of South Texas LLC | Hospital Acquisition Sub II LLC | New LifeCare Management Services LLC |
|---|---|---|---|---|---|---|---|---|---|---|
| **Case Number** | **19-10999** | **19-10999** | **19-10991** | **19-11000** | **19-11001** | **19-11002** | **19-10993** | **19-11003** | **19-11004** | **19-11005** |
| **Receipts** | | | | | | | | | | |
| Operating Receipts | - | - | - | 750,487 | 2,154,825 | 1,440,026 | 554,097 | 91 | - | - |
| Other Receipts | - | - | 970 | - | - | - | 12,227 | - | - | 901,363 |
| **Total Receipts** | - | - | 970 | 750,487 | 2,154,825 | 1,440,026 | 566,324 | 91 | - | 901,363 |
| **Operating Disbursements** | | | | | | | | | | |
| Payroll & Taxes | - | - | - | 280,891 | 863,214 | 543,482 | 611,982 | - | - | 1,304,008 |
| Insurance & Benefits | - | - | - | 61,294 | 188,365 | 118,595 | 133,543 | - | - | 284,552 |
| Occupancy/Lease | - | - | - | 28,268 | 134,978 | 83,530 | 110,444 | - | - | 377,712 |
| Other Operating | - | - | - | 73,620 | 723,667 | 214,137 | 46,079 | - | - | 613,698 |
| **Total Operating Disbursements** | - | - | - | 444,074 | 1,910,224 | 959,744 | 902,048 | - | - | 2,579,969 |
| **Operating Cash Flows** | - | - | 970 | 306,413 | 244,601 | 480,281 | (335,723) | 91 | - | (1,678,606) |
| **Restructuring Payments** | | | | | | | | | | |
| Professional Fees | - | - | - | - | - | - | - | - | - | 88,058 |
| Critical Vendors | - | - | - | - | - | - | - | - | - | - |
| Utility/Vendor Deposits | - | - | - | - | - | - | - | - | - | 112,180 |
| Other Restructuring | - | - | - | - | - | - | - | - | - | - |
| **Total Restructuring Disbursements** | - | - | - | - | - | - | - | - | - | 200,238 |
| **Debt Service** | | | | | | | | | | |
| Letter of Credit Draw | - | - | (8,993,539) | - | - | - | - | - | - | - |
| Net Revolver Repayment/DIP Draw | - | - | - | - | - | - | - | - | - | (337,865) |
| **Total Debt Services** | - | - | (8,993,539) | - | - | - | - | - | - | (337,865) |
| **Total Disbursements** | - | - | (8,993,539) | 444,074 | 1,910,224 | 959,744 | 902,048 | - | - | 2,442,342 |
| **Book Cash Flow (3)** | - | - | 8,994,509 | 306,413 | 244,601 | 480,281 | (335,723) | 91 | - | (1,540,979) |
| **Beginning Bank Cash** | - | - | 203,947 | - | - | - | - | - | - | 8,381,853 |
| **Ending Bank Cash (4)** | - | - | 9,198,456 | - | - | - | - | - | - | 10,467,929 |
| **May Disbursements** | - | - | - | 312,432 | 1,149,897 | 709,185 | 726,423 | - | - | 5,785,093 |
| **June Disbursements** | - | - | (8,993,539) | 444,074 | 1,910,224 | 959,744 | 902,048 | - | - | 2,442,342 |
| **Total Disbursements** | - | - | (8,993,539) | 756,506 | 3,060,121 | 1,668,929 | 1,628,471 | - | - | 8,227,435 |

**MOR-1**
**Statement of Cash Flows (1) (2)**
For the Period June 1, 2019 - June 30, 2019
(Unaudited)

| Legal Entity | New LifeCare REIT 1 LLC | New LifeCare Hospitals of Mechanicsburg LLC | New Pittsburgh Specialty Hospital LLC | LifeCare Vascular Services, LLC | New LifeCare Hospitals of North Texas LLC | New LifeCare Hospitals of Chester County LLC | New LifeCare Hospitals of Northern Nevada LLC | New San Antonio Specialty Hospital LLC | New LifeCare Hospitals of North Carolina LLC | New LifeCare Hospitals of Pittsburgh LLC |
|---|---|---|---|---|---|---|---|---|---|---|
| **Case Number** | **19-10997** | **19-10994** | **19-11006** | **19-11007** | **19-11008** | **19-11009** | **19-11010** | **19-10992** | **19-11011** | **19-11012** |
| **Receipts** | | | | | | | | | | |
| Operating Receipts | - | 61,639 | 66 | - | 7,364,370 | 154,120 | 1,810,751 | 2,296,003 | 2,165,078 | 1,753,289 |
| Other Receipts | - | - | - | - | 1,944 | - | - | 13,799 | 1,854 | 48,807 |
| **Total Receipts** | - | 61,639 | 66 | - | 7,366,314 | 154,120 | 1,810,751 | 2,309,802 | 2,166,932 | 1,802,096 |
| **Operating Disbursements** | | | | | | | | | | |
| Payroll & Taxes | - | - | - | - | 2,453,815 | 463,889 | 759,213 | 821,253 | 770,581 | 1,014,386 |
| Insurance & Benefits | - | - | - | - | 535,456 | 101,227 | 165,671 | 179,209 | 168,151 | 221,353 |
| Occupancy/Lease | - | 350,420 | - | - | 897,776 | - | 110,005 | 346,796 | 92,128 | 185,204 |
| Other Operating | - | - | - | - | 1,790,534 | 228,322 | 143,198 | 1,136,611 | 384,722 | 648,272 |
| **Total Operating Disbursements** | - | 350,420 | - | - | 5,677,581 | 793,438 | 1,178,087 | 2,483,869 | 1,415,582 | 2,069,215 |
| **Operating Cash Flows** | - | (288,782) | 66 | - | 1,688,733 | (639,318) | 632,665 | (174,067) | 751,350 | (267,119) |
| **Restructuring Payments** | | | | | | | | | | |
| Professional Fees | - | - | - | - | - | - | - | - | - | - |
| Critical Vendors | - | - | - | - | - | - | - | - | - | - |
| Utility/Vendor Deposits | - | - | - | - | - | - | - | - | - | - |
| Other Restructuring | - | - | - | - | - | - | - | - | - | - |
| **Total Restructuring Disbursements** | - | - | - | - | - | - | - | - | - | - |
| **Debt Service** | | | | | | | | | | |
| Letter of Credit Draw | - | - | - | - | - | - | - | - | - | - |
| Net Revolver Repayment/DIP Draw | - | - | - | - | - | - | - | - | - | - |
| **Total Debt Services** | - | - | - | - | - | - | - | - | - | - |
| **Total Disbursements** | - | 350,420 | - | - | 5,677,581 | 793,438 | 1,178,087 | 2,483,869 | 1,415,582 | 2,069,215 |
| **Book Cash Flow (3)** | - | (288,782) | 66 | - | 1,688,733 | (639,318) | 632,665 | (174,067) | 751,350 | (267,119) |
| **Beginning Bank Cash** | - | - | - | - | - | - | - | - | 5,218 | 109,293 |
| **Ending Bank Cash (4)** | - | - | - | - | - | - | - | - | 2,028 | 58,100 |
| **May Disbursements** | - | - | - | - | 3,228,331 | 577,927 | 1,031,568 | 1,204,245 | 986,750 | 1,450,724 |
| **June Disbursements** | - | 350,420 | - | - | 5,677,581 | 793,438 | 1,178,087 | 2,483,869 | 1,415,582 | 2,069,215 |
| **Total Disbursements** | - | 350,420 | - | - | 8,905,912 | 1,371,366 | 2,209,655 | 3,688,114 | 2,402,333 | 3,519,938 |

| Legal Entity | New NextCare Specialty Hospital of Denver LLC | Hospital Acquisition MI LLC | LifeCare Pharmacy Services LLC | New LifeCare REIT 2 LLC | New LifeCare Hospitals at Tenaya LLC | New LifeCare Hospitals of Sarasota LLC | Total |
|---|---|---|---|---|---|---|---|
| **Case Number** | **19-11013** | **19-10999** | **19-11015** | **19-11016** | **19-10995** | **19-10996** | |
| **Receipts** | | | | | | | |
| Operating Receipts | 2,577,395 | - | - | - | 3,867,410 | 1,668,107 | 28,617,754 |
| Other Receipts | 26,946 | - | - | - | 2,638 | 730 | 1,011,278 |
| **Total Receipts** | 2,604,341 | - | - | - | 3,870,048 | 1,668,837 | 29,629,032 |
| **Operating Disbursements** | | | | | | | |
| Payroll & Taxes | 858,137 | - | 74,292 | - | 1,048,467 | 759,189 | 12,626,801 |
| Insurance & Benefits | 187,257 | - | 16,212 | - | 228,790 | 165,665 | 2,755,341 |
| Occupancy/Lease | 558,450 | - | - | - | 467,227 | 438,025 | 4,180,963 |
| Other Operating | 796,258 | - | - | - | 1,015,877 | 355,897 | 8,170,891 |
| **Total Operating Disbursements** | 2,400,103 | - | 90,504 | - | 2,760,361 | 1,718,777 | 27,733,996 |
| **Operating Cash Flows** | 204,238 | - | (90,504) | - | 1,109,687 | (49,940) | 1,895,036 |
| **Restructuring Payments** | | | | | | | |
| Professional Fees | - | - | - | - | - | - | 88,058 |
| Critical Vendors | - | - | - | - | - | - | - |
| Utility/Vendor Deposits | - | - | - | - | - | - | 112,180 |
| Other Restructuring | - | - | - | - | - | - | - |
| **Total Restructuring Disbursements** | - | - | - | - | - | - | 200,238 |
| **Debt Service** | | | | | | | |
| Letter of Credit Draw | - | - | - | - | - | - | (8,993,539) |
| Net Revolver Repayment/DIP Draw | - | - | - | - | - | - | (337,865) |
| **Total Debt Services** | - | - | - | - | - | - | (9,331,404) |
| **Total Disbursements** | 2,400,103 | - | 90,504 | - | 2,760,361 | 1,718,777 | 18,602,830 |
| | | | | | | | - |
| **Book Cash Flow (3)** | 204,238 | - | (90,504) | - | 1,109,687 | (49,940) | 11,026,202 |
| | | | | | | | - |
| **Beginning Bank Cash** | - | - | - | - | - | - | 8,700,310 |
| **Ending Bank Cash (4)** | - | - | - | - | - | - | 19,726,512 |
| **May Disbursements** | 1,361,591 | - | 86,238 | - | 1,579,501 | 939,185 | 21,129,091 |
| **June Disbursements** | 2,400,103 | - | 90,504 | - | 2,760,361 | 1,718,777 | 18,602,830 |
| **Total Disbursements** | 3,761,694 | - | 176,742 | - | 4,339,862 | 2,657,961 | 39,731,921 |

**MOR-1a**
**Bank Account Balance**
**As of June 30, 2019**
**(Unaudited)**

**Bank Statements**
The Debtors affrim that bank statements for all open and active bank accounts are retained by the Debtors. The Debtors affirm that no bank accounts were closed during the current reporting period.

| Debtor Name | Name of Institution | Type of Account | Last 4 digits of account number | Current Value of Debtor's Interest |
|---|---|---|---|---|
| New LifeCare Management Services, LLC | JPMorgan Chase | Main Operating Account | 2163 | $4,455,640.36 |
| New LifeCare Management Services, LLC | JPMorgan Chase | Receivables Account | 4298 | $115,064.00 |
| New LifeCare Management Services, LLC | JPMorgan Chase | Receivables Account | 8806 | $20,968.00 |
| New LifeCare Hospitals of Pittsburgh LLC | Citizens | Cafeteria/Misc Check Deposit Account | 5077 | $58,099.88 |
| New LifeCare Management Services, LLC | CapitalOne | Lockbox Concentration Account | 3109 | $1,411,256.62 |
| New LifeCare Hospitals of North Carolina LLC | PNC | Cafeteria/Misc Check Deposit Account | 1859 | $2,027.72 |
| New LifeCare Management Services, LLC | JPMorgan Chase | Controlled Disbursement Account | 7687 | $0.00 |
| New LifeCare Management Services, LLC | JPMorgan Chase | Payroll Account | 4895 | $0.00 |
| New LifeCare Management Services, LLC | JPMorgan Chase | Utility Deposit Account | 0523 | $200,000.00 |
| New LifeCare Management Services, LLC | JPMorgan Chase | Professional Fees Account | 0515 | $4,265,000.00 |
| Hospital Acquisition MI, LLC | JPMorgan Chase | Fund Account | 0307 | $0.00 |
| New LifeCare Management Services, LLC | JPMorgan Chase | Receivables Account | 4280 | $0.00 |
| New LifeCare Management Services, LLC | JPMorgan Chase | Receivables Account | 4413 | $0.00 |
| New LifeCare Management Services, LLC | JPMorgan Chase | Receivables Account | 4405 | $0.00 |
| New LifeCare Management Services, LLC | JPMorgan Chase | Receivables Account | 2118 | $0.00 |
| New LifeCare Management Services, LLC | JPMorgan Chase | Receivables Account | 8057 | $0.00 |
| New LifeCare Hospitals of Mechanicsburg LLC | Citizens | Cafeteria/Misc Check Deposit Account | 4400 | $0.00 |
| Hospital Acquisitions, LLC | CapitalOne | Collateral Account | 0359 | $0.00 |
| New LifeCare Management Services, LLC | CapitalOne | Operating Account | 3106 | $0.00 |
| LifeCare Holdings, LLC (f/k/a Hospital Acquisition Sub I LLC) | CapitalOne | Letters of Credit Account | 6187 | $9,198,455.54 |
| LifeCare Behaviorial Health Hospital of Pittsburgh LLC | N/A | | | |
| New LifeCare Hospitals at Tenaya LLC | N/A | | | |
| New LifeCare Hospitals LLC | N/A | | | |
| New LifeCare Hospitals of Chester County LLC | N/A | | | |
| New LifeCare Hospitals of Dayton LLC | N/A | | | |
| New LifeCare Hospitals of Milwaukee LLC | N/A | | | |
| New LifeCare Hospitals of North Louisiana LLC | N/A | | | |
| New LifeCare Hospitals of North Texas LLC | N/A | | | |
| New LifeCare Hospitals of Northern Nevada LLC | N/A | | | |
| New LifeCare Hospitals of Sarasota LLC | N/A | | | |
| New LifeCare Hospitals of South Texas LLC | N/A | | | |
| New NextCare Speciality Hospital of Denver LLC | N/A | | | |
| New Pittsburgh Specialty Hospital LLC | N/A | | | |
| New San Antonio Specialty Hospital LLC | N/A | | | |
| Hospital Acquisition Intermediate Sub LLC | N/A | | | |
| Hospital Acquisition Sub II LLC | N/A | | | |
| New LifeCare REIT 1 LLC | N/A | | | |
| LifeCare Vascular Services, LC | N/A | | | |
| LifeCare Pharmacy Services LLC | N/A | | | |
| New LifeCare REIT 2 LLC | N/A | | | |

In re Hospital Acquisition, LLC, et al.
Case No. 19-10998
Schedule A/B: Part 1, Question 3 - Checking, savings or other financial accounts

**MOR-1B**
**Schedule of Professional Fees Paid**

| Professional | Role in Case | Period Covered | Payment Date | Amount Paid in June 2019 | | | Case To Date | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Fees | Expenses | Total | Fees | Expenses | Total |
| **Berkley Research Group** | | N/A | N/A | $    - | $    - | $    - | $    - | $    - | $    - |
| **Akin Gump Strauss Hauer & Feld LLP** | | N/A | N/A | - | - | - | - | - | - |
| **Young Conaway Stargatt & Taylor LLP** | | N/A | N/A | - | - | - | - | - | - |
| **Houlihan Lokey Capital, Inc.** | | N/A | N/A | - | - | - | - | - | - |
| **Perkins Coie** | | N/A | N/A | | | | | | |
| **Prime Clerk** | | N/A | N/A | | | | | | |
| | | | Total | $    - | $    - | $    - | $    - | $    - | $    - |

| Legal Entity | Hospital Acquisition LLC | Hospital Acquisition Intermediate Sub LLC | LifeCare Holdings LLC (f/k/a Hospital Acquisition Sub I LLC) | LifeCare Behavioral Health Hospital of Pittsburgh LLC | New LifeCare Hospitals LLC | New LifeCare Hospitals of Dayton LLC | New LifeCare Hospitals of Milwaukee LLC | New LifeCare Hospitals of South Texas LLC | Hospital Acquisition Sub II LLC | New LifeCare Management Services LLC | New LifeCare REIT 1 LLC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Case Number** | **19-10999** | **19-10999** | **19-10991** | **19-11000** | **19-11001** | **19-11002** | **19-10993** | **19-11003** | **19-11004** | **19-11005** | **19-10997** |
| **Revenues** | | | | | | | | | | | |
| Medicare | - | - | - | 330,361 | 1,653,562 | 778,406 | 2,057 | - | - | - | - |
| Medicare Replacement | - | - | - | 290,260 | 262,127 | 238,996 | 15,564 | - | - | - | - |
| Medicaid | - | - | - | (368) | - | 91,493 | 102,330 | - | - | - | - |
| Commercial | - | - | - | 147,673 | 925,330 | 401,803 | 18,791 | - | - | - | - |
| Patient revenue | - | - | - | 767,926 | 2,841,019 | 1,510,698 | 138,742 | - | - | - | - |
| Management fee revenue (related party) | - | - | - | - | - | - | - | - | - | 4,498,634 | - |
| Other revenues | - | - | - | - | - | - | (33) | - | - | 4,406 | 835,747 |
| **Total Revenues** | - | - | - | 767,926 | 2,841,019 | 1,510,698 | 138,709 | - | - | 4,503,040 | 835,747 |
| **Expenses** | | | | | | | | | | | |
| **Staffing** | | | | | | | | | | | |
| Salaries & wages | - | - | - | 347,268 | 1,005,053 | 689,298 | 739,849 | (245) | - | 1,432,508 | - |
| Benefits | - | - | - | 57,300 | 174,832 | 132,325 | 143,159 | (18) | - | 262,525 | - |
| Contract labor | - | - | - | 6,231 | 17,413 | 20,371 | 4,560 | - | - | 114,161 | - |
| **Total staffing costs** | - | - | - | 410,799 | 1,197,298 | 841,994 | 887,568 | (263) | - | 1,809,194 | - |
| Purchased services | - | - | - | 24,759 | 322,322 | 364,067 | 7,392 | - | - | 15,992 | - |
| Medical supplies | - | - | - | 2,711 | 65,900 | 74,436 | 5,016 | 1,373 | - | - | - |
| Drug cost | - | - | - | 19,221 | 143,519 | 68,266 | 23,310 | - | - | - | - |
| Physician fees | - | - | - | 9,379 | 93,067 | 21,250 | 7,530 | - | - | - | - |
| Equipment rent | - | - | - | 9,375 | 66,796 | 32,632 | 9,698 | - | - | 7,618 | - |
| **Total core operating costs** | - | - | - | 476,244 | 1,888,902 | 1,402,645 | 940,514 | 1,110 | - | 1,832,804 | - |
| **Other operating expenses** | | | | | | | | | | | |
| Insurance expense | - | - | - | 20,735 | 34,329 | 13,467 | 19,837 | - | - | 20,078 | - |
| Provision for bad debt | - | - | - | 9,773 | 39,582 | 21,057 | 2,616 | - | - | - | - |
| Property taxes | - | - | - | 7,414 | 9,069 | - | 45,482 | - | - | 3,812 | - |
| Other operating | - | - | 170,000 | 56,093 | 114,784 | 182,836 | 121,242 | - | - | 2,212,534 | - |
| **Total other operating** | - | - | 170,000 | 94,015 | 197,764 | 217,360 | 189,177 | - | - | 2,236,424 | - |
| **Total core and other operating** | - | - | 170,000 | 570,259 | 2,086,666 | 1,620,005 | 1,129,691 | 1,110 | - | 4,069,228 | - |
| **EBITDARM** | - | - | (170,000) | 197,667 | 754,353 | (109,307) | (990,982) | (1,110) | - | 433,812 | 835,747 |
| Facility rent | - | - | - | 13,723 | 220,803 | 73,425 | 218,571 | - | - | 87,698 | 835,747 |
| **EBITDAM** | - | - | (170,000) | 183,944 | 533,550 | (182,732) | (1,209,553) | (1,110) | - | 346,114 | - |
| Management fees | - | - | - | 120,596 | 365,445 | 211,175 | 133,777 | - | - | - | - |
| **EBITDA** | - | - | (170,000) | 63,348 | 168,105 | (393,907) | (1,343,330) | (1,110) | - | 346,114 | - |
| Depreciation | - | - | - | 9,202 | 4,403 | 17,149 | 1,827 | - | - | 53,329 | - |
| Amortization | - | - | - | - | - | - | - | - | - | - | - |
| (Gain)/loss - other | - | - | - | - | - | - | - | - | - | - | - |
| (Earnings)/loss on inv. in subs | - | - | 3,586,047 | - | - | - | - | - | - | - | - |
| Interest expense | - | - | 2,983,166 | - | - | - | - | - | - | - | - |
| Interest income | - | - | - | - | - | - | (44) | (1) | - | - | - |
| **EBT** | - | - | (6,739,213) | 54,146 | 163,702 | (411,012) | (1,345,156) | (1,110) | - | 292,785 | - |
| Current income taxes | - | - | (1,416,769) | - | - | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - | - | - | - | - | - |
| **Net Income (Loss)** | - | - | (5,322,444) | 54,146 | 163,702 | (411,012) | (1,345,156) | (1,110) | - | 292,785 | - |

**MOR-2**
**Statement of Operations (1)**
For the Period June 1, 2019 - June 30, 2019
(Unaudited)

| Legal Entity | New LifeCare Hospitals of Mechanicsburg LLC | New Pittsburgh Specialty Hospital LLC | LifeCare Vascular Services, LLC | New LifeCare Hospitals of North Texas LLC | New LifeCare Hospitals of Chester County LLC | New LifeCare Hospitals of Northern Nevada LLC | New San Antonio Specialty Hospital LLC | New LifeCare Hospitals of North Carolina LLC | New LifeCare Hospitals of Pittsburgh LLC | New NextCare Specialty Hospital of Denver LLC |
|---|---|---|---|---|---|---|---|---|---|---|
| **Case Number** | **19-10994** | **19-11006** | **19-11007** | **19-11008** | **19-11009** | **19-11010** | **19-10992** | **19-11011** | **19-11012** | **19-11013** |
| **Revenues** | | | | | | | | | | |
| Medicare | - | - | - | 3,230,821 | 5,470 | 868,881 | 962,362 | 1,180,845 | 816,768 | 891,664 |
| Medicare Replacement | - | - | - | 1,330,549 | 22,544 | 356,697 | 292,627 | 120,128 | 458,821 | 246,300 |
| Medicaid | - | - | - | 4,161 | - | 122,100 | - | - | - | 171,854 |
| Commercial | - | - | - | 2,964,049 | 83,923 | 618,286 | 1,373,756 | 634,125 | 665,149 | 1,620,648 |
| Patient revenue | - | - | - | 7,529,580 | 111,937 | 1,965,964 | 2,628,745 | 1,935,098 | 1,940,738 | 2,930,466 |
| Management fee revenue (related party) | - | - | - | - | - | - | - | - | - | - |
| Other revenues | - | - | - | 13,962 | - | - | 13,675 | 1,518 | 49,669 | 26,619 |
| **Total Revenues** | - | - | - | 7,543,542 | 111,937 | 1,965,964 | 2,642,420 | 1,936,616 | 1,990,407 | 2,957,085 |
| **Expenses** | | | | | | | | | | |
| **Staffing** | | | | | | | | | | |
| Salaries & wages | - | - | - | 2,859,232 | 315,125 | 1,010,678 | 1,045,481 | 884,891 | 1,376,211 | 985,118 |
| Benefits | 110 | - | - | 498,811 | 42,359 | 154,040 | 196,195 | 181,787 | 244,752 | 152,125 |
| Contract labor | - | - | - | 111,007 | - | 43,467 | 55,887 | - | (16,679) | 49,064 |
| **Total staffing costs** | 110 | - | - | 3,469,050 | 357,484 | 1,208,185 | 1,297,563 | 1,066,678 | 1,604,284 | 1,186,307 |
| Purchased services | 6,344 | - | - | 423,852 | 79,192 | 157,756 | 190,426 | 180,823 | 250,559 | 138,579 |
| Medical supplies | - | - | - | 314,355 | 1,309 | 84,254 | 143,764 | 109,504 | 80,050 | 76,603 |
| Drug cost | (985) | - | - | 292,890 | 59,758 | 104,929 | 139,615 | 105,109 | 71,588 | 70,693 |
| Physician fees | - | - | - | 246,302 | 44,533 | 36,025 | 83,449 | 48,790 | 77,748 | 102,201 |
| Equipment rent | 903 | - | - | 169,778 | 29,588 | 52,220 | 66,101 | 28,780 | 84,768 | 110,915 |
| **Total core operating costs** | 6,372 | - | - | 4,916,227 | 571,864 | 1,643,369 | 1,920,918 | 1,539,684 | 2,168,997 | 1,685,298 |
| **Other operating expenses** | | | | | | | | | | |
| Insurance expense | - | - | - | 78,849 | 29,041 | 21,857 | 28,617 | 22,728 | 72,224 | 40,743 |
| Provision for bad debt | - | - | - | 109,540 | 1,987 | 28,289 | 41,280 | 26,993 | 27,334 | 48,368 |
| Property taxes | 6,168 | - | - | 77,562 | 7,685 | 804 | 47,144 | 2,100 | 36,200 | 2,621 |
| Other operating | 21,270 | - | - | 390,667 | 45,189 | 102,396 | 139,774 | 93,202 | 217,484 | 111,169 |
| **Total other operating** | 27,438 | - | - | 656,618 | 83,902 | 153,346 | 256,815 | 145,023 | 353,242 | 202,901 |
| **Total core and other operating** | 33,810 | - | - | 5,572,845 | 655,766 | 1,796,715 | 2,177,733 | 1,684,707 | 2,522,239 | 1,888,199 |
| **EBITDARM** | (33,810) | - | - | 1,970,697 | (543,829) | 169,249 | 464,687 | 251,909 | (531,832) | 1,068,886 |
| Facility rent | 171,680 | - | - | 548,196 | 66,384 | 113,657 | 170,246 | 92,128 | 217,905 | 268,521 |
| **EBITDAM** | (205,490) | - | - | 1,422,501 | (610,213) | 55,592 | 294,441 | 159,781 | (749,737) | 800,365 |
| Management fees | - | - | - | 1,044,023 | 103,180 | 318,731 | 375,572 | 308,861 | 320,279 | 416,226 |
| **EBITDA** | (205,490) | - | - | 378,478 | (713,393) | (263,139) | (81,131) | (149,080) | (1,070,016) | 384,139 |
| Depreciation | 257 | - | - | 77,282 | 23,121 | 13,158 | 41,131 | 20,355 | 39,295 | 24,543 |
| Amortization | - | - | - | - | - | - | - | - | - | - |
| (Gain)/loss - other | - | - | - | - | - | - | - | - | - | - |
| (Earnings)/loss on inv. in subs | - | - | - | - | - | - | - | - | - | - |
| Interest expense | - | - | - | 548 | - | - | - | - | - | - |
| Interest income | - | - | - | (152) | (126) | (697) | (27) | (1,727) | (327) | (176) |
| **EBT** | (205,747) | - | - | 300,800 | (736,388) | (275,600) | (122,235) | (167,708) | (1,108,984) | 359,772 |
| Current income taxes | - | - | - | - | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - | - | - | - | - |
| **Net Income (Loss)** | (205,747) | - | - | 300,800 | (736,388) | (275,600) | (122,235) | (167,708) | (1,108,984) | 359,772 |

MOR-2
Statement of Operations (1)
For the Period June 1, 2019 - June 30, 2019
(Unaudited)

| Legal Entity | Hospital Acquisition MI LLC | LifeCare Pharmacy Services LLC | New LifeCare REIT 2 LLC | New LifeCare Hospitals at Tenaya LLC | New LifeCare Hospitals of Sarasota LLC | |
|---|---|---|---|---|---|---|
| **Case Number** | **19-10999** | **19-11015** | **19-11016** | **19-10995** | **19-10996** | **x** |
| | | | | | | **x** |
| **Revenues** | | | | | | |
| Medicare | - | - | - | 1,747,958 | 1,170,240 | |
| Medicare Replacement | - | - | - | 157,118 | 534,156 | |
| Medicaid | - | - | - | 104,412 | - | |
| Commercial | - | - | - | 898,333 | 354,850 | |
| Patient revenue | - | - | - | 2,907,821 | 2,059,246 | |
| Management fee revenue (related party) | - | - | - | - | - | |
| Other revenues | - | - | 198,941 | 4,692 | 1,522 | |
| Total Revenues | - | - | 198,941 | 2,912,513 | 2,060,768 | |
| **Expenses** | | | | | | |
| **Staffing** | | | | | | |
| Salaries & wages | - | (1,634) | - | 1,245,395 | 882,783 | |
| Benefits | - | - | - | 216,289 | 150,331 | |
| Contract labor | - | - | - | 80,786 | (21,733) | |
| Total staffing costs | - | (1,634) | - | 1,542,470 | 1,011,381 | |
| Purchased services | - | - | - | 218,695 | 109,781 | |
| Medical supplies | - | - | - | 123,236 | 145,673 | |
| Drug cost | - | - | - | 141,631 | 85,157 | |
| Physician fees | - | - | - | 52,595 | 16,570 | |
| Equipment rent | - | - | - | 68,268 | 33,606 | |
| Total core operating costs | - | (1,634) | - | 2,146,895 | 1,402,168 | |
| **Other operating expenses** | | | | | | |
| Insurance expense | - | - | - | 30,158 | 33,849 | |
| Provision for bad debt | - | - | - | 41,011 | 25,845 | |
| Property taxes | - | - | - | 7,857 | 24,263 | |
| Other operating | - | - | - | 147,787 | 145,239 | |
| Total other operating | - | - | - | 226,813 | 229,196 | |
| Total core and other operating | - | (1,634) | - | 2,373,708 | 1,631,364 | |
| **EBITDARM** | - | 1,634 | 198,941 | 538,805 | 429,404 | |
| Facility rent | - | - | 198,941 | 228,907 | 214,225 | |
| **EBITDAM** | - | 1,634 | - | 309,898 | 215,179 | |
| Management fees | - | - | - | 452,304 | 285,892 | |
| **EBITDA** | - | 1,634 | - | (142,406) | (70,713) | |
| Depreciation | - | - | - | 34,855 | 21,887 | |
| Amortization | - | - | - | - | - | |
| (Gain)/loss - other | - | - | - | - | - | |
| (Earnings)/loss on inv. in subs | - | - | - | - | - | |
| Interest expense | - | - | - | - | - | |
| Interest income | - | - | - | (147) | (388) | |
| **EBT** | - | 1,634 | - | (177,114) | (92,212) | |
| Current income taxes | - | - | - | - | - | |
| Deferred income taxes | - | - | - | - | - | |
| **Net Income (Loss)** | - | 1,634 | - | (177,114) | (92,212) | |

| Legal Entity | Hospital Acquisition LLC | Hospital Acquisition Intermediate Sub LLC | LifeCare Holdings LLC (f/k/a Hospital Acquisition Sub I LLC) | LifeCare Behavioral Health Hospital of Pittsburgh LLC | New LifeCare Hospitals LLC | New LifeCare Hospitals of Dayton LLC | New LifeCare Hospitals of Milwaukee LLC | New LifeCare Hospitals of South Texas LLC | Hospital Acquisition Sub II LLC | New LifeCare Management Services LLC | New LifeCare REIT 1 LLC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Case Number** | **19-10999** | **19-10999** | **19-10991** | **19-11000** | **19-11001** | **19-11002** | **19-10993** | **19-11003** | **19-11004** | **19-11005** | **19-10997** |
| **Assets** | | | | | | | | | | | |
| Cash and cash equivalents | - | - | - | - | 500 | - | 500 | - | - | 18,422,455 | - |
| Accounts receivable, net | - | - | (1,849,297) | 2,036,939 | 4,620,444 | 2,497,149 | 775,085 | 330,632 | - | - | - |
| Due from/(to) related parties (2) | - | - | 157,425,527 | (3,067,124) | (9,601,687) | (3,797,587) | (17,244,835) | (13,882,826) | - | 9,228,838 | (950,417) |
| Due from/(to) third party payors | - | - | - | 164,232 | (3,296,387) | 128,712 | 98,855 | 43,111 | - | 23,329 | - |
| Deferred Taxes, net | - | - | (0) | - | - | - | - | - | - | - | - |
| Inventory | - | - | - | 8,276 | 375,572 | 185,528 | 55,178 | - | - | - | - |
| Prepaid expenses and other current assets | - | - | (0) | 16,993 | 97,076 | 195,195 | (187,146) | - | - | 3,834,367 | 950,417 |
| **Total current assets** | - | - | 155,576,229 | (840,685) | (7,804,482) | (791,003) | (16,502,363) | (13,509,083) | - | 31,508,989 | - |
| Land | - | - | - | - | - | - | - | - | - | - | - |
| Building & improvements | - | - | - | - | - | - | - | - | - | - | - |
| Leasehold improvements | - | - | - | 1,154,792 | (28,543) | 539,061 | 32,477 | - | - | 194,890 | - |
| Equipment | - | - | - | 288,165 | 1,040,163 | 1,573,142 | 1,633,428 | - | - | 5,788,643 | - |
| Construction in progress | - | - | - | - | - | - | - | - | - | - | - |
| Accumulated depreciation | - | - | - | (387,481) | (478,256) | (1,357,344) | (1,290,268) | - | - | (4,477,031) | - |
| **Net property, plant and equipment** | - | - | - | 1,055,476 | 533,364 | 754,860 | 375,637 | - | - | 1,506,501 | - |
| Investment in subsidiary | - | - | 541,425 | - | - | - | - | - | - | - | - |
| Goodwill | - | - | - | - | - | - | - | - | - | - | - |
| Other intangibles, net of accum. amortization | - | - | - | - | 5,894,821 | 5,261,007 | 2,436,766 | - | - | - | - |
| Other assets | - | - | 10,596,310 | - | 8,425 | - | - | - | - | 3,346,863 | - |
| **Total Assets** | - | - | 166,713,964 | 214,791 | (1,367,872) | 5,224,863 | (13,689,960) | (13,509,083) | - | 36,362,353 | - |
| **Liabilities & Equity** | | | | | | | | | | | |
| Current liabilities not subject to compromise (3) | | | | | | | | | | | |
| Post-petition accounts payable | - | - | - | - | - | - | - | - | - | 3,280,052 | - |
| Accrued expenses | - | - | (6,556,018) | 156,734 | 1,255,514 | 856,506 | 1,422,183 | 20,650 | - | 7,330,252 | - |
| Accrued salaries, wages and benefits | - | - | 568,305 | 236,512 | 1,322,627 | 479,342 | 321,630 | 109,421 | - | 1,536,560 | - |
| Current liabilities subject to compromise | | | | | | | | | | | |
| Pre-petition accounts payable | - | - | - | - | - | - | - | - | - | 23,061,005 | - |
| Current portion of LTD | - | - | 34,409,247 | - | - | - | - | - | - | - | - |
| **Total current liabilities** | - | - | 28,421,534 | 393,246 | 2,578,142 | 1,335,848 | 1,743,814 | 130,071 | - | 35,207,869 | - |
| Long-term liabilities not subject to compromise | | | | | | | | | | | |
| Long-term debt, less current portion | - | - | - | - | - | - | - | - | - | - | - |
| Other non-current liabilties | - | - | 3,874,194 | 140,755 | 343,850 | 240,225 | 332,153 | - | - | 380,048 | - |
| Long-term liabilities subject to compromise | | | | | | | | | | | |
| Long-term debt, less current portion | - | - | 147,448,949 | - | - | - | - | - | - | - | - |
| **Total liabilities** | - | - | 179,744,677 | 534,001 | 2,921,991 | 1,576,072 | 2,075,966 | 130,071 | - | 35,587,918 | - |
| Common stock | - | - | - | - | - | - | - | - | - | - | - |
| Additional paid-in-capital | - | - | 85,506,792 | - | - | - | - | - | - | - | - |
| Partners' and Members' equity | - | - | - | - | - | - | - | - | - | - | - |
| Accumulated earnings | - | - | (98,537,506) | (319,210) | (4,289,863) | 3,648,791 | (15,765,926) | (13,639,154) | - | 774,436 | - |
| Treasury stock | - | - | - | - | - | - | - | - | - | - | - |
| **Total equity** | - | - | (13,030,714) | (319,210) | (4,289,863) | 3,648,791 | (15,765,926) | (13,639,154) | - | 774,436 | - |
| **Total Liabilities and Equity** | - | - | 166,713,964 | 214,791 | (1,367,872) | 5,224,863 | (13,689,960) | (13,509,083) | - | 36,362,353 | - |
| | - | - | 1 | - | 0 | - | - | - | - | (0) | - |

| Legal Entity | New LifeCare Hospitals of Mechanicsburg LLC | New Pittsburgh Specialty Hospital LLC | LifeCare Vascular Services, LLC | New LifeCare Hospitals of North Texas LLC | New LifeCare Hospitals of Chester County LLC | New LifeCare Hospitals of Northern Nevada LLC | New San Antonio Specialty Hospital LLC | New LifeCare Hospitals of North Carolina LLC | New LifeCare Hospitals of Pittsburgh LLC | New NextCare Specialty Hospital of Denver LLC |
|---|---|---|---|---|---|---|---|---|---|---|
| **Case Number** | **19-10994** | **19-11006** | **19-11007** | **19-11008** | **19-11009** | **19-11010** | **19-10992** | **19-11011** | **19-11012** | **19-11013** |
| **Assets** | | | | | | | | | | |
| Cash and cash equivalents | 1,000 | - | - | 2,500 | - | 1,000 | 500 | 1,500 | 58,600 | 1,250 |
| Accounts receivable, net | 50,235 | 121,984 | - | 14,145,066 | 383,455 | 4,328,741 | 5,077,838 | 7,228,439 | 7,445,055 | 11,179,881 |
| Due from/(to) related parties (2) | (17,042,320) | (13,017,961) | - | (27,053,287) | (9,495,743) | 10,397,670 | 4,894,853 | 16,633,330 | (42,460,035) | 602,212 |
| Due from/(to) third party payors | 5,444 | 88,572 | - | 2,510,314 | 26,205 | (14,105) | (40,041) | 179,618 | (2,375,951) | 26,235 |
| Deferred Taxes, net | - | - | - | - | - | - | - | - | - | - |
| Inventory | - | - | - | 705,715 | 49,435 | 234,114 | 308,335 | 203,059 | 266,283 | 289,439 |
| Prepaid expenses and other current assets | - | - | - | 387,822 | (26,099) | 152,563 | 51,157 | 123,839 | 107,085 | 393,060 |
| **Total current assets** | **(16,985,641)** | **(12,807,404)** | **-** | **(9,301,871)** | **(9,062,747)** | **15,099,982** | **10,292,641** | **24,369,785** | **(36,958,963)** | **12,492,077** |
| Land | - | - | - | - | - | - | - | - | - | - |
| Building & improvements | - | - | - | - | - | - | - | - | - | - |
| Leasehold improvements | 100,750 | - | - | 3,393,376 | 980,050 | 234,947 | 1,296,593 | 961,754 | 850,966 | 691,545 |
| Equipment | 45,204 | - | - | 7,831,751 | 1,449,454 | 1,591,259 | 3,906,484 | 1,719,814 | 4,846,018 | 2,945,474 |
| Construction in progress | - | - | - | 4,133,345 | - | - | - | - | - | 6,115 |
| Accumulated depreciation | (50,277) | - | - | (6,208,011) | (1,857,956) | (1,198,543) | (2,803,891) | (1,530,378) | (4,056,700) | (2,615,249) |
| **Net property, plant and equipment** | **95,677** | **-** | **-** | **9,150,461** | **571,549** | **627,663** | **2,399,187** | **1,151,190** | **1,640,284** | **1,027,886** |
| Investment in subsidiary | - | - | - | - | - | - | - | - | - | - |
| Goodwill | - | - | - | - | - | - | - | - | - | - |
| Other intangibles, net of accum. amortization | 1,796,733 | - | - | 15,855,873 | 1,613,217 | 8,628,608 | 8,753,945 | 3,984,673 | 11,526,412 | 3,490,133 |
| Other assets | - | - | - | 281,724 | 586,185 | 20,886 | - | - | 326,278 | 194,682 |
| **Total Assets** | **(15,093,231)** | **(12,807,404)** | **-** | **15,986,187** | **(6,291,796)** | **24,377,139** | **21,445,772** | **29,505,648** | **(23,465,989)** | **17,204,778** |
| **Liabilities & Equity** | | | | | | | | | | |
| Current liabilities not subject to compromise (3) | | | | | | | | | | |
| Post-petition accounts payable | - | - | - | - | - | - | - | - | - | - |
| Accrued expenses | 166,432 | 846 | - | 3,500,903 | 346,934 | 741,301 | 1,844,518 | 1,897,693 | 445,142 | 2,077,696 |
| Accrued salaries, wages and benefits | (81,996) | - | - | 2,741,063 | (34,352) | 793,586 | 989,528 | 1,038,770 | 1,158,217 | 740,758 |
| Current liabilities subject to compromise | | | | | | | | | | |
| Pre-petition accounts payable | - | - | - | - | - | - | - | - | - | - |
| Current portion of LTD | - | - | - | - | - | - | - | - | - | - |
| **Total current liabilities** | **84,436** | **846** | **-** | **6,241,966** | **312,582** | **1,534,888** | **2,834,046** | **2,936,463** | **1,603,359** | **2,818,454** |
| Long-term liabilities not subject to compromise | | | | | | | | | | |
| Long-term debt, less current portion | - | - | - | - | - | - | - | - | - | - |
| Other non-current liabilties | - | - | - | 3,933,522 | (0) | 331,280 | 387,893 | 313,664 | 1,281,080 | 437,008 |
| Long-term liabilities subject to compromise | | | | | | | | | | |
| Long-term debt, less current portion | - | - | - | - | - | - | - | - | - | - |
| **Total liabilities** | **84,436** | **846** | **-** | **10,175,488** | **312,582** | **1,866,167** | **3,221,940** | **3,250,126** | **2,884,439** | **3,255,462** |
| Common stock | - | - | - | - | - | - | - | - | - | - |
| Additional paid-in-capital | - | - | - | - | - | - | - | - | - | - |
| Partners' and Members' equity | - | - | - | - | - | - | - | - | - | - |
| Accumulated earnings | (15,177,667) | (12,808,250) | - | 5,810,700 | (6,604,378) | 22,510,972 | 18,223,832 | 26,255,521 | (26,350,428) | 13,949,317 |
| Treasury stock | | | | | | | | | | |
| **Total equity** | **(15,177,667)** | **(12,808,250)** | **-** | **5,810,700** | **(6,604,378)** | **22,510,972** | **18,223,832** | **26,255,521** | **(26,350,428)** | **13,949,317** |
| **Total Liabilities and Equity** | **(15,093,231)** | **(12,807,404)** | **-** | **15,986,187** | **(6,291,796)** | **24,377,139** | **21,445,772** | **29,505,648** | **(23,465,989)** | **17,204,778** |
| | - | - | - | 0 | - | - | - | - | - | - |

| Legal Entity | Hospital Acquisition MI LLC | LifeCare Pharmacy Services LLC | New LifeCare REIT 2 LLC | New LifeCare Hospitals at Tenaya LLC | New LifeCare Hospitals of Sarasota LLC | Total |
|---|---|---|---|---|---|---|
| **Case Number** | **19-10999** | **19-11015** | **19-11016** | **19-10995** | **19-10996** | |
| **Assets** | | | | | | |
| Cash and cash equivalents | - | - | - | 1,000 | 500 | 18,491,305 |
| Accounts receivable, net | - | - | - | 8,353,663 | 4,242,747 | 70,968,055 |
| Due from/(to) related parties (2) | 7,935,655 | (333,504) | 1,584,825 | (1,718,187) | (11,243,388) | 37,794,006 |
| Due from/(to) third party payors | - | - | - | 68,659 | 196,333 | (2,166,864) |
| Deferred Taxes, net | - | - | - | - | - | (0) |
| Inventory | - | 362,808 | - | 279,634 | 172,689 | 3,496,065 |
| Prepaid expenses and other current assets | 25,045 | - | 312,836 | 58,080 | 27,755 | 6,520,046 |
| **Total current assets** | 7,960,700 | 29,304 | 1,897,661 | 7,042,848 | (6,603,363) | 135,102,612 |
| Land | - | - | - | - | - | - |
| Building & improvements | - | - | - | - | - | - |
| Leasehold improvements | - | - | - | 1,090,560 | 991,613 | 12,484,832 |
| Equipment | - | - | - | 2,892,985 | 2,181,019 | 39,733,005 |
| Construction in progress | - | - | - | - | 8,639 | 4,148,099 |
| Accumulated depreciation | - | - | - | (2,055,810) | (1,759,044) | (32,126,239) |
| **Net property, plant and equipment** | - | - | - | 1,927,736 | 1,422,228 | 24,239,697 |
| | | | | | | - |
| Investment in subsidiary | - | - | - | - | - | 541,425 |
| Goodwill | - | - | - | - | - | - |
| Other intangibles, net of accum. amortization | - | - | - | 4,547,266 | 6,249,992 | 80,039,446 |
| Other assets | 2,000,000 | - | - | 30,206 | 57,539 | 17,449,098 |
| **Total Assets** | 9,960,700 | 29,304 | 1,897,661 | 13,548,056 | 1,126,396 | 257,372,278 |
| **Liabilities & Equity** | | | | | | |
| Current liabilities not subject to compromise (3) | | | | | | |
| Post-petition accounts payable | - | - | - | - | - | 3,280,052 |
| Accrued expenses | - | - | - | 1,005,672 | 1,016,538 | 17,529,497 |
| Accrued salaries, wages and benefits | - | 27,670 | - | 1,369,663 | 839,695 | 14,156,999 |
| Current liabilities subject to compromise | | | | | | |
| Pre-petition accounts payable | - | - | - | - | - | 23,061,005 |
| Current portion of LTD | - | - | - | - | - | 34,409,247 |
| **Total current liabilities** | - | 27,670 | - | 2,375,334 | 1,856,233 | 92,436,799 |
| Long-term liabilities not subject to compromise | | | | | | |
| Long-term debt, less current portion | - | - | - | - | - | - |
| Other non-current liabilties | - | - | 1,897,661 | 432,243 | 276,741 | 14,602,316 |
| Long-term liabilities subject to compromise | | | | | | |
| Long-term debt, less current portion | - | - | - | - | - | 147,448,949 |
| **Total liabilities** | - | 27,670 | 1,897,661 | 2,807,578 | 2,132,974 | 254,488,065 |
| Common stock | - | - | - | - | - | - |
| Additional paid-in-capital | - | - | - | - | - | 85,506,792 |
| Partners' and Members' equity | - | - | - | - | - | - |
| Accumulated earnings | 9,960,700 | 1,634 | (0) | 10,740,479 | (1,006,578) | (82,622,580) |
| Treasury stock | - | - | - | - | - | - |
| **Total equity** | 9,960,700 | 1,634 | (0) | 10,740,479 | (1,006,578) | 2,884,212 |
| **Total Liabilities and Equity** | 9,960,700 | 29,304 | 1,897,661 | 13,548,056 | 1,126,396 | 257,372,277 |
| | - | 0 | - | - | - | |

**MOR-4**
**Summary of Unpaid Postpetition Debts and Accounts Payable Aging**
**As of June 30, 2019**
**(Unaudited)**
**Consolidated**

|  | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|
| Accounts Payable | $ 2,698,975 | $ 568,128 | $ 12,949 | $ - | $ - | $ 3,280,052 |
| Total Postpetition Debts | $ 2,698,975 | $ 568,128 | $ 12,949 | $ - | $ - | $ 3,280,052 |

Note: Wages and payroll taxes payable excludes accrued and unpaid PTO.

**MOR-5**
**Accounts Receivable Reconciliation and Aging**
**As of June 30, 2019**
**(Unaudited)**
**Consolidated**

|  | Unbilled | 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|
| Gross Accounts Receivables | $ 21,840,461 | $ 22,121,655 | $ 9,442,794 | $ 5,605,721 | $ 23,372,964 | $ 82,383,595 |
| Allowance for Doubtful Accounts |  |  |  |  |  | (11,415,540) |
| Net Accounts Receivable |  |  |  |  |  | $ 70,968,055 |

**MOR-5**
**DEBTOR QUESTIONNAIRE**

|  | Yes | No |
|---|---|---|
| 1. Have any assets been sold of transferred outside of the normal course of business during this reporting period?  If yes, please explain below. |  | **X** |
| 2. Have any funds been disbursed from any account other than debtor in possession accounts during this reporting period?  If yes, please provide explanation below. |  | **X** |
| 3. Have all post petition tax returns been timely filed?  If no, provide an explanation below. | **X** |  |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, please provide an explanation below. | **X** |  |
| 4. Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s).  If an investment account has been opened, provide the required documentation pursuant to the Delaware Local Rule 4001-3. |  | **X** |