**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Hospital Acquisition LLC, *et al.*, | ) ) | Case No. 19-10998 (BLS) |
| Debtors. | ) ) ) | (Jointly Administered) |
|  | ) | Re: Docket No. 436 |

**STATEMENT AND RESERVATION OF RIGHTS IN**
**CONNECTION WITH NOTICE OF STALKING HORSE BID (LIFECARE 2.0, LLC)**

White Oak Healthcare Finance, LLC, as administrative agent, collateral agent and lender ("**DIP Lender**"), with respect to that certain *Debtor-In-Possession Credit Agreement*, dated as of May 6, 2019 (as amended, the "**DIP Agreement**"), hereby files this statement and reservation of rights ("**Statement**") with respect to the *Certification Of Counsel Regarding Proposed Order Authorizing And Approving (I) The Selection Of Lifecare 2.0, LLC As The Stalking Horse Bidder For Certain Of The Debtors' Assets And (II) Related Bidding Protections*, dated July 31, 2019 [D.I. 436] ("**LifeCare 2.0 Stalking Horse Bid Notice**").[1] In support of this Statement, the DIP Lender respectfully represents as follows:

1. As set forth in the LifeCare 2.0 Stalking Horse Bid Notice and the proposed order attached thereto, on July 30, 2019, the Debtors entered into an asset purchase agreement (the "**LifeCare 2.0 APA**") by and between the Debtors and LifeCare 2.0, LLC (the "**LifeCare 2.0 Stalking Horse Bidder**"). A copy of the LifeCare 2.0 APA was attached to the proposed order as Exhibit A.

---

[1] Capitalized terms not otherwise defined herein shall the meanings ascribed to them in the LifeCare 2.0 Stalking Horse Bid Notice.

2. The DIP Lender was consulted in the sale process and provided comments to the Debtors on the LifeCare 2.0 APA before it was executed by the LifeCare 2.0 Stalking Horse Bidder. While many of the DIP Lender's comments were accepted and incorporated into the final version of the LifeCare 2.0 APA, certain comments were not satisfactorily addressed, including but not limited to (a) provisions that address the billing and collection of the Debtors' accounts receivable by the LifeCare 2.0 Stalking Horse Bidder;[2] (b) that the anticipated Closing Date for the sale to the Lifecare 2.0 Stalking Horse Bidder could potentially occur after the Stated Maturity Date set forth in the DIP Agreement; and (c) that the LifeCare 2.0 APA does not make clear what the net proceeds to the Debtors' estates will be (in other words, there is no cap on the deductions from the gross purchase price).

3. The DIP Lender will continue to work with the Debtors and the LifeCare 2.0 Stalking Horse Bidder prior to the Auction to address these concerns. The DIP Lender files this Statement to reserve its rights with respect to the ultimate approval of the LifeCare 2.0 APA in the event that the LifeCare 2.0 Stalking Horse Bidder becomes the Successful Bidder and issues related to, among other things, those cited above are not adequately addressed.

Dated: Wilmington, Delaware
August 1, 2019

**THE ROSNER LAW GROUP LLC**

*/s/ Scott J. Leonhardt*
Frederick B. Rosner (DE 3995)
Scott J. Leonhardt (DE 4885)
Jason A. Gibson (DE 6091)
824 N. Market Street, Suite 810
Wilmington, DE 19801
Tel: (302) 777-1111
Email: rosner@teamrosner.com
Email: leonhardt@teamrosner.com

---

[2] Accounts receivable are not being purchased by the LifeCare 2.0 Stalking Horse Bidder.

Email: gibson@teamrosner.com

-and-

Arthur J. Steinberg (admitted *pro hac vice*)
Scott Davidson (admitted *pro hac vice*)
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036
Tel: (212) 556 2100
Email: asteinberg@kslaw.com
Email: sdavidson@kslaw.com

*Counsel to White Oak Healthcare Finance, LLC*