**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Hospital Acquisition LLC, *et al.*[1] | ) | Case No. 19-10998 (BLS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Re: D.I. 227, 392, 393** |
| | ) | |

**LIMITED OBJECTION AND RESERVATION OF RIGHTS OF WELLTOWER INC. AND ITS AFFILIATES WITH RESPECT TO THE DEBTORS' MOTION FOR ENTRY OF AN ORDER APPROVING THE SALE OF ASSETS AND DEBTORS' NOTICE OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES THAT MAY BE ASSUMED AND ASSIGNED IN CONNECTION WITH THE SALE OF THE DEBTORS' ASSETS <u>AND THE PROPOSED CURE COST WITH RESPECT THERETO</u>**

Welltower Inc. (collectively with its affiliates, "***Welltower***"), by and through its undersigned counsel, respectfully submits this limited objection and reservation of rights ("***Limited Objection***") with respect to the *Debtors' Notice of Executory Contracts and Unexpired Leases That May Be Assumed and Assigned In Connection With the Sale of the Debtors' Assets and The Proposed Cure Cost With Respect Thereto* [D.I. 392] (the "***Cure Notice***")[2] filed by the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Hospital Acquisition LLC (3232); Hospital Acquisition Intermediate Sub LLC (9609); LifeCare Holdings LLC (f/k/a Hospital Acquisition Sub I LLC) (6612); LifeCare Behavioral Health Hospital of Pittsburgh LLC (9835); New LifeCare Hospitals LLC (7959); New LifeCare Hospitals of Dayton LLC (2592); New LifeCare Hospitals of Milwaukee LLC (2428); New LifeCare Hospitals of South Texas LLC (4237); Hospital Acquisition Sub II LLC (7920); New LifeCare Management Services LLC (4310); New LifeCare REIT 1 LLC (9849); New LifeCare Hospitals of Mechanicsburg LLC (0174); New Pittsburgh Specialty Hospital LLC (7592); LifeCare Vascular Services, LLC (5864); New LifeCare Hospitals of North Texas LLC (4279); New LifeCare Hospitals of Chester County LLC (1116); New LifeCare Hospitals of Northern Nevada LLC (4534); New San Antonio Specialty Hospital LLC (2614); New LifeCare Hospitals of North Carolina LLC (7257); New LifeCare Hospitals of Pittsburgh LLC (8759); New NextCare Specialty Hospital of Denver LLC (6416); Hospital Acquisition MI LLC (4982); LifeCare Pharmacy Services LLC (3733); New LifeCare REIT 2 LLC (1315); New LifeCare Hospitals at Tenaya LLC (6891); and New LifeCare Hospitals of Sarasota LLC (8094). The Debtors' address is 5340 Legacy Drive, Suite 150, Plano, Texas 75024.

[2] Capitalized terms used, but not otherwise defined, herein shall have the same meanings ascribed to them in the Cure Notice.

above-captioned debtors and debtors in possession (collectively, the "***Debtors***") on July 17, 2019

and respectfully represents as follows:

## Background

1.      New LifeCare REIT 1 LLC, one of the Debtors, is party to that certain Second

Amended and Restated Master Lease Agreement effective as of August 1, 2011 (as amended and

as may be further amended, modified, or restated from time to time and in effect, the "***Welltower***

***Master Lease***").

2.      On May 6, 2019 (the "***Petition Date***"), the Debtors commenced the above-

captioned cases under chapter 11 of title 11 of the United States Code (the "***Bankruptcy Code***").

Pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, the Debtors continue to operate

their businesses and manage their properties as debtors in possession.

3.      On June 6, 2019, the Debtors filed the *Debtors' Motion for (I) An Order*

*Establishing Bidding Procedures and Granting Related Relief and (II) An Order or Orders*

*Approving the Sale of the Assets* [D.I. 227] (the "***Sale Motion***") with the Court.

4.      On July 17, 2019, the Debtors filed the Cure Notice with the Court which

included, as "Exhibit 1" thereto, a list of the Debtors' executory contracts and unexpired leases

that the Debtors may seek to assume and assign in connection with a Sale Transaction, and the

proposed amounts that the Debtors believe are owed to a counterparty to a Designated Contract

to cure any defaults or arrears existing under the Designated Contract.  The Cure Notice provides

that "other than the Cure Costs listed on Exhibit 1, the Debtors are not aware of any amounts due

and owing under the Designated Contracts listed therein."

5.      The Welltower Master Lease is listed on "Exhibit 1" to the Cure Notice with a

proposed Cure Cost of $1,131,532.

6.       On July 18, 2019, the Debtors filed a *Notice of Stalking Horse Bid in Connection with Debtors' Procedures Motion* [D.I. 393] (the "***Stalking Horse Bid***"), pursuant to which the Debtors seek to have PAM Squared LLC serve as the Stalking Horse Bidder for certain Assets, including certain assets of Welltower.  Pursuant to the Stalking Horse Bid, the closing of a Sale is contingent upon, among other things, "evidence of the buyout or payoff of all obligations related to the Welltower Master Lease other than those obligations relating to the San Antonio, Tanaya and Sarasota Seller Facilities that are expressly assumed by Buyer hereunder and a fully executed lease related to such Seller Facilities subject to the Welltower Master Lease in a form reasonably satisfactory to Buyer and in full force and effect."  Stalking Horse Bid, Exhibit A § 2.9(n).  Although negotiations are ongoing, to date, no agreements have been reached between Welltower and the Stalking Horse Bidder with respect to the Welltower Master Lease, a lease related to the Seller Facilities (as defined in the Stalking Horse Bid), or with respect to the related obligations and cure amounts contemplated by the Stalking Horse Bid.

### Limited Objection and Reservation of Rights

7.       Welltower does not object to the proposed assumption and assignment of the Welltower Master Lease, provided that as a condition to any assumption and assignment, (i) the full Cure Cost associated with the Welltower Master Lease is paid to Welltower as outlined below and (ii) Welltower receives adequate assurance of future performance of the assignee.

8.       The Cure Costs with respect to pre-petition amounts owing under the Welltower Master Lease is $1,144,210.06.  Additionally, the Debtors have not paid the postpetition accrued rent for May 2019 (*i.e.*, the stub rent from the Petition Date through May 31, 2019), in the amount of $773,114.90, which remains due and owing and is entitled to administrative priority claim status. *See* 11 U.S.C. § 365(d)(3), 11 U.S.C. § 503(b)(1).

9.      Welltower reserves all rights with respect to any Sale to the extent an agreement cannot be reached between Welltower and the Stalking Horse Bidder or some other bidder regarding the Welltower Master Lease and reserves its right to amend, modify, supplement, or otherwise revise this Limited Objection and to raise any additional objections to the Sale Motion at the sale hearing.

10.     Welltower reserves all of its rights with respect to the proposed assumption and assignment of the Welltower Master Lease and reserves the right to amend, modify, supplement, or otherwise revise this Limited Objection and to raise any additional objections at any hearing regarding the Cure Notice, including, without limitation, as necessary or appropriate to amend, quantify, or correct amounts necessary to cure any defaults or arrears associated with the Welltower Master Lease, to assert as part of the Cure Costs any additional amounts that may accrue or arise between now and the date of assumption, or to assert additional grounds for objecting to the assumption and assignment of the Welltower Master Lease (including, without limitation, adequate assurance of future performance of the assignee), or to take any additional or further action with respect to the assumption and assignment of the Welltower Master Lease once a purchaser for the Assets is identified.

## **Joinder In Objections**

11.     To the extent consistent with the objections expressed herein, Welltower also joins in the other parties' objections to the Sale Motion.

[*Remainder of page intentionally left blank.*]

Dated: August 1, 2019
      Wilmington, Delaware

*/s/ Jason M. Madron*

Paul N. Heath (No. 3704)
Jason M. Madron (No. 4431)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701

-and-

Michael A. Rosenthal
Alan Moskowitz
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone:  (212) 351-4000
Facsimile:  (212) 351-4035

*Co-Attorneys for Welltower Inc.*