**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Hospital Acquisition LLC, *et al.*,[1] | ) ) ) | Case No. 19-10998 (BLS) |
| Debtors. | ) ) ) | Jointly Administered |

**NOTICE OF (I) SUCCESSFUL BIDDERS WITH RESPECT TO THE
DEBTORS' ASSETS, (II) SUPPLEMENTAL DESIGNATED CONTRACTS,
AND (III) SUPPLEMENTAL DESIGNATED CONTRACT OBJECTION DEADLINE**

**PLEASE TAKE NOTICE** that, on June 27, 2019, the United States Bankruptcy Court for the District of Delaware (the "***Bankruptcy Court***") entered an order [D.I. 298] (the "***Bidding Procedures Order***"):[2] (i) approving proposed bidding procedures (the "***Bidding Procedures***") by which the Debtors will solicit and select the highest or otherwise best offer for the sale of substantially all or a portion of their assets (the "***Assets***") through one or more sales of the Assets (each, a "***Sale Transaction***" or "***Sale***"); (ii) establishing procedures for the assumption and assignment of executory contracts and unexpired leases, including notice of proposed cure amounts (the "***Assumption and Assignment Procedures***"); (iii) approving the form and manner of notice with respect to certain procedures, protections, schedules, and agreements described

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Hospital Acquisition LLC (3232); Hospital Acquisition Intermediate Sub LLC (9609); LifeCare Holdings LLC (f/k/a Hospital Acquisition Sub I LLC) (6612); LifeCare Behavioral Health Hospital of Pittsburgh LLC (9835); New LifeCare Hospitals LLC (7959); New LifeCare Hospitals of Dayton LLC (2592); New LifeCare Hospitals of Milwaukee LLC (2428); New LifeCare Hospitals of South Texas LLC (4237); Hospital Acquisition Sub II LLC (7920); New LifeCare Management Services LLC (4310); New LifeCare REIT 1 LLC (9849); New LifeCare Hospitals of Mechanicsburg LLC (0174); New Pittsburgh Specialty Hospital LLC (7592); LifeCare Vascular Services, LLC (5864); New LifeCare Hospitals of North Texas LLC (4279); New LifeCare Hospitals of Chester County LLC (1116); New LifeCare Hospitals of Northern Nevada LLC (4534); New San Antonio Specialty Hospital LLC (2614); New LifeCare Hospitals of North Carolina LLC (7257); New LifeCare Hospitals of Pittsburgh LLC (8759); New NextCare Specialty Hospital of Denver LLC (6416); Hospital Acquisition MI LLC (4982); LifeCare Pharmacy Services LLC (3733); New LifeCare REIT 2 LLC (1315); New LifeCare Hospitals at Tenaya LLC (6891); and New LifeCare Hospitals of Sarasota LLC (8094). The Debtors' address is 5340 Legacy Drive, Suite 150, Plano, Texas 75024.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Bidding Procedures Order.

herein and attached hereto, including the Debtors' selection of one or more stalking horse bidders (each a "**Stalking Horse Bidder**"), if any, and the provision of Bid Protections (as defined below) to such Stalking Horse Bidder, if necessary; (iv) scheduling (a) an auction (the "**Auction**") if the Debtors receive one or more timely and acceptable Qualified Bids (as defined below) and (b) a final hearing (the "**Sale Hearing**") to approve one or more Sales of the Assets; and (v) granting related relief.

**PLEASE TAKE FURTHER NOTICE** that on August 6, 2019 at 10:00 a.m. (prevailing Central Time), pursuant to the Bidding Procedures Order, the Debtors conducted the Auction(s) with respect to certain of the Assets. The Debtors did not receive two or more Qualified Bids for the Assets being sold pursuant to the bids received from LifeCare 2.0, LLC and Select Medical Corporation.

**PLEASE TAKE FURTHER NOTICE** that, at the conclusion of the Auction, the Debtors, in consultation with their professionals and the Bid Consultation Parties, selected the following Successful Bidders with respect to the Assets:

| Asset(s) | Successful Bidder |
|---|---|
| Assets of the Debtors primarily relating to the following Seller Facilities:<br><br>• LifeCare Hospitals Of Shreveport (North Campus)<br>• LifeCare Hospitals Of Shreveport (Pierremont Campus)<br>• Tahoe Pacific Hospitals – North<br>• Tahoe Pacific Hospitals – Meadows<br>• LifeCare Hospitals Of Dayton<br>• Colorado Acute Long Term Hospital<br>• LifeCare Hospitals Of North Carolina<br>• LifeCare Hospitals Of San Antonio<br>• Complex Care Hospital At Tenaya<br>• Complex Care Hospital At Ridgelake | PAM Squared, LLC |

01:24919589.1

| | |
|---|---|
| Assets of the Debtors primarily relating to the following Seller Facilities:<br>• Lifecare Behavioral Health Hospital of Pittsburgh<br>• Lifecare Hospitals of Dallas<br>• Lifecare Hospitals of Fort Worth<br>• Lifecare Hospitals of Plano<br>• Lifecare Hospitals of Pittsburgh (Main Campus) | LifeCare 2.0, LLC |
| Assets of the Debtors primarily relating to the following Seller Facility:<br>• LifeCare Hospitals of Pittsburgh (Alle-Kiski Campus) | Select Medical Corporation |

**PLEASE TAKE FURTHER NOTICE** that the Sale Hearing to consider approval of the sale of the Assets to the Successful Bidders at the Auction, <u>free and clear of all liens, claims, interests, and encumbrances</u> in accordance with Bankruptcy Code section 363(f), will be held before the Honorable Brendan L. Shannon, United States Bankruptcy Judge for the District of Delaware, at the Bankruptcy Court, 824 N. Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19081 on August 13, 2019 at 10:00 a.m. (prevailing Eastern Time). The Sale Hearing may be adjourned or rescheduled without notice.

**PLEASE TAKE FURTHER NOTICE** that, at the Sale Hearing, the Debtors will seek Bankruptcy Court approval of the Successful Bids. Unless the Bankruptcy Court orders otherwise, the Sale Hearing shall be an evidentiary hearing on matters relating to the Sale Transaction and there will be no further bidding at the Sale Hearing.

**PLEASE TAKE FURTHER NOTICE** that the Successful Bids included certain supplemental Designated Contracts (the "***Supplemental Designated Contracts***"). Attached hereto as **Exhibit A** is a list of the Supplemental Designated Contracts subject to the Successful Bids.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bidding Procedures Order, all Supplemental Designated Contract Objections must (i) be to the proposed assumption and assignment of the applicable Designated Contract or the proposed Cure Costs, if any; (ii) state, with specificity, the legal and factual basis thereof as well as what Cure Costs such objecting party believes are required, if any; (iii) include appropriate documentation in support of the objection; and (iv) **be filed and served on the Objection Recipients no later than August 22, 2019**.  **If a Supplemental Designated Contract Objection is not consensually resolved, a hearing will be held before the Honorable Brendan L. Shannon, United States Bankruptcy Judge for the District of Delaware, at the Bankruptcy Court, 824 N. Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19081 on August 28, 2019, at 2:00 p.m. (ET).**

**PLEASE TAKE FURTHER NOTICE** that this Notice is subject to the terms and conditions of the Motion and the Bidding Procedures Order, with such Bidding Procedures Order controlling in the event of any conflict, and the Debtors encourage parties in interest to review such documents in their entirety.  Parties interested in receiving more information regarding the sale of the Assets and/or copies of any related document, including the Motion or the Bidding Procedures Order, may make a written request to:  counsel to the Debtors, Akin Gump Strauss Hauer & Feld LLP, 2001 K Street, N.W., Washington, DC 20006, Attn:  Scott L. Alberino, Esq. (salberino@akingump.com) and Kevin M. Eide, Esq. (keide@akingump.com) and 2300 N. Field Street, Suite 1800, Dallas, TX 75201, Attn: Sarah Link Schultz, Esq. (sschultz@akingump.com). In addition, copies of the Motion, the Bidding Procedures Order and this Notice may be examined by interested parties (i) free of charge at the website established for these chapter 11 cases by the Debtors' Court approved claims agent, Prime Clerk LLC, at https://cases.primeclerk.com/HospitalAcquisition, or (ii) on the Court's electronic docket for the

Debtors' chapter 11 cases, which is posted on the Internet at www.deb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov).

Dated: August 8, 2019
   Wilmington, Delaware

/s/ *Joseph M. Mulvihill*
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
M. Blake Cleary (No. 3614)
Jaime Luton Chapman (No. 4936)
Joseph M. Mulvihill (No. 6061)
Betsy L. Feldman (No. 6410)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253

– and –

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Scott Alberino (admitted *pro hac vice*)
Kevin M. Eide (admitted *pro hac vice*)
2001 K Street, N.W.
Washington, DC 20006
Telephone:  (202) 887-4000
Facsimile:  (202) 887-4288

Sarah Link Schultz (admitted *pro hac vice*)
2300 N. Field Street, Suite 1800
Dallas, Texas 75201
Telephone:  (214) 969-2800
Facsimile:  (214) 969-4343

**COUNSEL FOR DEBTORS AND DEBTORS IN POSSESSION**

01:24919589.1