**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Hospital Acquisition LLC, *et al.*,[1] | ) ) | Case No. 19-10998 (BLS) |
| Debtors. | ) ) ) | Jointly Administered |

**NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON
AUGUST 13, 2019 AT 10:00 A.M. (ET)**

**CONTINUED/RESOLVED MATTERS**

1. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Using Existing Centralized Cash Management System, (B) Honor Certain Prepetition Obligations Related to the Use of the Cash Management System, and (C) Maintain Existing Bank Accounts and Check Stock and (II) Granting Related Relief [D.I. 9, 5/7/19]

    Related Documents:

    A. Interim Order (I) Authorizing the Debtors to (A) Continue Using Existing Centralized Cash Management System, (B) Honor Certain Prepetition Obligations Related to the Use of the Cash Management System, and (C) Maintain Existing Bank Accounts and Check Stock and (II) Granting Related Relief [D.I. 43, 5/8/19]

    B. Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 55, 5/9/19]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Hospital Acquisition LLC (3232); Hospital Acquisition Intermediate Sub LLC (9609); LifeCare Holdings LLC (f/k/a Hospital Acquisition Sub I LLC) (6612); LifeCare Behavioral Health Hospital of Pittsburgh LLC (9835); New LifeCare Hospitals LLC (7959); New LifeCare Hospitals of Dayton LLC (2592); New LifeCare Hospitals of Milwaukee LLC (2428); New LifeCare Hospitals of South Texas LLC (4237); Hospital Acquisition Sub II LLC (7920); New LifeCare Management Services LLC (4310); New LifeCare REIT 1 LLC (9849); New LifeCare Hospitals of Mechanicsburg LLC (0174); New Pittsburgh Specialty Hospital LLC (7592); LifeCare Vascular Services, LLC (5864); New LifeCare Hospitals of North Texas LLC (4279); New LifeCare Hospitals of Chester County LLC (1116); New LifeCare Hospitals of Northern Nevada LLC (4534); New San Antonio Specialty Hospital LLC (2614); New LifeCare Hospitals of North Carolina LLC (7257); New LifeCare Hospitals of Pittsburgh LLC (8759); New NextCare Specialty Hospital of Denver LLC (6416); Hospital Acquisition MI LLC (4982); LifeCare Pharmacy Services LLC (3733); New LifeCare REIT 2 LLC (1315); New LifeCare Hospitals at Tenaya LLC (6891); and New LifeCare Hospitals of Sarasota LLC (8094). The Debtors' address is 5340 Legacy Drive, Suite 150, Plano, Texas 75024.

[2] ***Amendments appear in bold and italics.***

01:24700519.3

    C.    Final Order (I) Authorizing the Debtors to (A) Continue Using Existing Centralized Cash Management System, (B) Honor Certain Prepetition Obligations Related to the Use of the Cash Management System, and (C) Maintain Existing Bank Accounts and Check Stock and (II) Granting Related Relief [D.I. 166, 5/29/19]

Objection Deadline: May 22, 2019 at 4:00 p.m. (ET), extended for the Committee to July 16, 2019 at 4:00 p.m. (ET)

Objections Received:

    A.    Informal Comments from the Committee

Status: A final order has been entered with respect to the relief requested in the Motion, other than with respect to Intercompany Transactions, Intercompany Claims, and related issues (the "***Intercompany Relief***"). This matter is continued by agreement of the Debtors and the Committee with respect to final approval of the Intercompany Relief.

2. Motion of Owens & Minor Distribution, Inc. for Relief from the Automatic Stay to Permit the Exercise of Setoff Rights Against the Debtors [D.I. 179, 5/29/19]

    Objection Deadline: June 12, 2019, extended for the Debtors

    Related Document:

        A.    Order Extending the Automatic Stay With Respect to the Motion of Owens & Minor Distribution, Inc. for Relief from the Automatic Stay to Permit the Exercise of Setoff Rights Against the Debtors [D.I. 250, 6/18/19]

    Objections Received: None to date

    Status: This matter is adjourned by agreement of the parties to August 28, 2019 at 2:00 p.m. (ET).

3. Motion of Gloria Gray for Relief form the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code [D.I. 300, 7/1/19]

    Objection Deadline: July 5, 2019 at 4:00 p.m. (ET), extended for the Debtors

    Objections Received: None as of the filing of this agenda

    Status: This matter is adjourned by agreement of the parties to August 28, 2019 at 2:00 p.m. (ET)

4.     Debtors' Motion for Entry of an Order Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 [D.I. 420, 7/30/19]

    Objection Deadline:   August 6, 2019 at 4:00 p.m. (ET)

    Related Documents:

        A.    Certificate of No Objection [D.I. 471, 8/8/19]

        B.    Order Extending the Period Within Which the Debtors May Remove Actions [D.I. 476, 8/8/19]

    Objections Received:  None

    Status:  An order has been entered.  No hearing is required.

5.     Debtors' Motion for an Order Extending the Deadline by Which to Assume or Reject Unexpired Leases of Nonresidential Real Property [D.I. 421, 7/30/19]

    Objection Deadline:   August 6, 2019 at 4:00 p.m. (ET)

    Related Documents:

        A.    Certificate of No Objection [D.I. 472, 8/8/19]

        B.    Order Extending the Deadline by Which to Assume or Reject Unexpired Leases of Nonresidential Real Property

    Objections Received:  None

    Status:  An order has been entered.  No hearing is required.

**CONTESTED MATTER GOING FORWARD**

6.     Debtors' Motion for (I) an Order Establishing Bidding Procedures and Granting Related Relief and (II) an Order or Orders Approving the Sale of the Assets [D.I. 227. 6/6/19]

    Objection Deadline:   August 1, 2019 at 5:00 p.m. (ET), extended for certain parties[3]

    Related Documents:

        A.    Order Establishing Bidding Procedures Relating to the Sales of All or a Portion of the Debtors' Assets [D.I. 298, 6/27/19]

        B.    Notice of Proposed Sale, Bidding Procedures, Auction, and Sale Hearing [D.I. 369, 7/9/19]

---

[3] The objection deadline was extended by agreement with respect to certain parties to various dates, each of which was in advance of the filing of this agenda.

C.     Affidavit of Publication [D.I. 384, 7/11/19]

D.     Notice of Executory Contracts and Unexpired Leases that may be Assumed and Assigned in Connection With the Sale of the Debtors' Assets and the Proposed Cure Cost With Respect Thereto [D.I. 392, 7/17/19]

E.     Notice of Stalking Horse Bid in Connection With Debtors' Motion for (I) an Order Establishing Bidding Procedures and Granting Related Relief and (II) an Order or Orders Approving the Sale of the Assets [D.I. 393, 7/18/19]

F.     Notice of Filing of Order (I) Authorizing the Sale of the Assets to the Purchaser Free and Clear of Liens, Claims, Interests, and Encumbrances; (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief [D.I. 401, 7/22/19]

G.     Order Authorizing and Approving (I) the Selection of PAM Squared, LLC as the Stalking Horse Bidder for Certain of the Debtors' Assets and (II) Related Bidding Protections [D.I. 414, 7/30/19]

H.     Certification of Counsel Regarding Proposed Order Authorizing and Approving (I) the Selection of LifeCare 2.0, LLC as the Stalking Horse Bidder for Certain of the Debtors' Assets and (II) Related Bidding Protections [D.I. 436, 7/31/19]

I.     Order Authorizing and Approving (I) the Selection of LifeCare 2.0, LLC as the Stalking Horse Bidder for Certain of the Debtors' Assets and (II) Related Bidding Protection [D.I. 443, [8/1/19]

J.     Notice of (I) Successful Bidders With Respect to the Debtors' Assets, (II) Supplemental Designated Contracts, and (III) Supplemental Designated Contract Objection Deadline [D.I. 479, 8/8/19]

***K.***     ***Declaration of Geoffrey Coutts in Support of the Debtors' Motion for (I) an Order Establishing Procedures and Granting Related Relief and (II) an Order or Orders Approving the Sale of Assets [D.I. 485, 8/12/19]***

***L.***     ***Debtors' Omnibus Reply in Support of the Debtors' Motion for (I) an Order Establishing Procedures and Granting Related Relief and (II) an Order or Orders Approving the Sale of the Assets [D.I. 486, 8/12/19]***

***M.***     ***Joint Reply of Seaport Loan Products, LLC as Administrative Agent, and Wilmington Trust, National Association, as Co-Administrative***

> *Agent and Collateral Agent Under the Prepetition Loan Facility and Marathon Asset Management, on Behalf of Certain Funds and Accounts, to the Objection of the Official Committee of Unsecured Creditors to the Debtors' Motion for (I) an Order Establishing Bidding Procedures and Granting Related Relief and (II) an Order or Orders Approving the Sale of the Assets [D.I. 489, 8/12/19]*

Objections Received:

A. See Schedule A, attached, for Contract/Cure Objections

B. White Oak Healthcare Finance, LLC's Statement and Reservation of Rights in Connection With Notice of Stalking Horse Bid [D.I. 406, 7/25/19]

C. White Oak Healthcare Finance, LLC's Statement and Reservation of Rights in Connection With Notice of Stalking Horse Bid (LifeCare 2.0, LLC) [D.I. 438, 8/1/19]

D. Objection and Reservation of Rights of Kettering Medical Center to Debtors' Motion for Entry of an Order or Orders Approving the Sale of the Assets [D.I. 442, 8/1/19]

E. Hewlett-Packard Financial Services Company's Limited Objection and Reservation of Rights as to the Debtors' Proposed Sale and Potential Assumption and Assignment of Hewlett-Packard Financial Services' Agreements [D.I. 452, 8/1/19]

F. Objection of the Official Committee of Unsecured Creditors of Hospital Acquisition, LLC et al., to the Debtors' Motion for (I) and Order Establishing Bidding Procedures and Granting Related Relief and (II) an Order or Orders Approving the Sale of the Assets [D.I. 459, 8/1/19]

G. Limited Objection of the Zurich Companies with Respect to the Debtors' Proposed Sale of Assets [D.I. 469, 8/6/19]

H. MPT of Dallas LTACH, L.P.'s Reservation of Rights with Respect to the Auction and Sale Motion [D.I. 473, 8/8/19]

I. Local Texas Taxing Authorities' Objection to Debtors' Motion for (I) an Order Establishing Bidding Procedures and Granting Related Relief and (II) an Order or Orders Approving the Sale of the Assets, and Granting Related Relief [D.I. 481, 8/9/19]

Status: *All of the cure/contract objections listed on Schedule A attached hereto have been resolved or, to the extent not resolved prior to the hearing, will be adjourned to August 28, 2019 at 2:00 p.m. (ET).  With respect to Objections B–I, attached as Exhibit A to the Debtors' omnibus reply [D.I. 486] is a chart providing the status of such objections; provided, that, subsequent to the filing of the Debtors' reply, the Committee's objection (Objection F) was resolved.*  This matter will be going forward.

Dated: Wilmington, Delaware
August 1**2**, 2019

/s/ *Jaime Luton Chapman*
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
M. Blake Cleary (No. 3614)
Jaime Luton Chapman (No. 4936)
Joseph M. Mulvihill (No. 6061)
Betsy L. Feldman (No. 6410)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253

– and –

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Scott Alberino  (admitted *pro hac vice*)
Kevin M. Eide (admitted *pro hac vice*)
2001 K. Street, N.W.
Washington, DC 20006
Telephone:  (202) 887-4000
Facsimile:  (202) 887-4288

Sarah Link Schultz (admitted *pro hac vice*)
2300 N. Field Street, Suite 1800
Dallas, Texas 75201
Telephone:  (214) 969-2800
Facsimile:  (214) 969-4343

**COUNSEL FOR DEBTORS AND DEBTORS IN POSSESSION**

## SCHEDULE A

### Contract/Cure Objections

**I.      Filed Objections**

| | Counterparty and Docket Number | Status |
|---|---|---|
| 1. | Microsoft Corporation<br>[Docket No. 410] | The Debtors are working to resolve the objection. *To the extent not resolved prior to the hearing, this matter will be adjourned by agreement of the parties to August 28, 2019 at 2:00 p.m. (ET).* |
| 2. | Lowell17, LLC<br>[Docket No. 411] | The Debtors are working to resolve the objection. *To the extent not resolved prior to the hearing, this matter will be adjourned by agreement of the parties to August 28, 2019 at 2:00 p.m. (ET).* |
| 3. | Constellation NewEnergy, Inc. and Constellation NewEnergy – Gas Division, LLC<br>[Docket No. 418] | The Debtors are working to resolve the objection. *To the extent not resolved prior to the hearing, this matter will be adjourned by agreement of the parties to August 28, 2019 at 2:00 p.m. (ET).* |
| 4. | Renown South Meadows Medical Center<br>[Docket No. 427] | The Debtors are working to resolve the objection. *To the extent not resolved prior to the hearing, this matter will be adjourned by agreement of the parties to August 28, 2019 at 2:00 p.m. (ET).* |
| 5. | Allegheny Health Network<br>[Docket No. 428] | The Debtors are working to resolve the objection. *To the extent not resolved prior to the hearing, this matter will be adjourned by agreement of the parties to August 28, 2019 at 2:00 p.m. (ET).* |
| 6. | Owens & Minor<br>[Docket No. 429] | The Debtors are working to resolve the objection. *To the extent not resolved prior to the hearing, this matter will be adjourned by agreement of the parties to August 28, 2019 at 2:00 p.m. (ET).* |
| 7. | BC Commercial<br>[Docket No. 431] | The Debtors are working to resolve the objection. *To the extent not resolved prior to the hearing, this matter will be adjourned by agreement of the parties to August 28, 2019 at 2:00 p.m. (ET).* |
| 8. | Cigna Health and Life Insurance Company of North America<br>[Docket No. 440] | The Debtors are working to resolve the objection. *To the extent not resolved prior to the hearing, this matter will be adjourned by agreement of the parties to August 28, 2019 at 2:00 p.m. (ET).* |

| | **Counterparty and Docket Number** | **Status** |
|---|---|---|
| 9. | National Medical Care, Inc., Spectra Laboratories, Inc. and Fresenius Medical Care Holdings, Inc. [Docket No. 441] | The Debtors are working to resolve the objection. To the extent not resolved prior to the hearing, this matter will be adjourned by agreement of the parties to August 28, 2019 at 2:00 p.m. (ET). |
| 10. | Kettering Medical Center (*"Kettering"*) [Docket No. 442] | *Discussions with Kettering regarding the assumption and assignment of the Kettering lease and services agreement are ongoing, and, to the extent those matters are not resolved, such matters will be adjourned by agreement of the parties to August 28, 2019 at 2:00 p.m. (ET).* |
| 11. | Sparks Family Hospital (d/b/a/ Northern Nevada Medical Center) [Docket No. 445] | *A consensual resolution has been reached. This matter is going forward.* |
| 12. | Nash Community Health Services, Inc. and Nash Hospitals, Inc. [Docket No. 446] | The Debtors are working to resolve the objection. *To the extent not resolved prior to the hearing, this matter will be adjourned by agreement of the parties to August 28, 2019 at 2:00 p.m. (ET).* |
| 13. | Freedom Medical, Inc. [Docket No. 447] | The Debtors are working to resolve the objection. *To the extent not resolved prior to the hearing, this matter will be adjourned by agreement of the parties to August 28, 2019 at 2:00 p.m. (ET).* |
| 14. | Cardinal Health 110, LLC, Cardinal Health 112, LLC, and Cardinal Health Pharmacy Services, LLC [Docket No. 448] | The Debtors are working to resolve the objection. *To the extent not resolved prior to the hearing, this matter will be adjourned by agreement of the parties to August 28, 2019 at 2:00 p.m. (ET).* |
| 15. | MPT of Dallas LTACH [Docket No. 449] | The Debtors are working to resolve the objection. To the extent not resolved prior to the hearing, this matter will be adjourned by agreement of the parties to August 28, 2019 at 2:00 p.m. (ET). |
| 16. | CareSource [Docket No. 450] | The Debtors are working to resolve the objection. *To the extent not resolved prior to the hearing, this matter will be adjourned by agreement of the parties to August 28, 2019 at 2:00 p.m. (ET).* |

|     | **Counterparty and Docket Number** | **Status** |
| --- | --- | --- |
| 17. | Messer LLC (as successor to LifeGas) [Docket No. 451] | The Debtors are working to resolve the objection. *To the extent not resolved prior to the hearing, this matter will be adjourned by agreement of the parties to August 28, 2019 at 2:00 p.m. (ET).* |
| 19. | DOC-LifeCare Plan LTACH, LLC, DOC-LifeCare Ft. Worth LTACH, LLC and DOC-LifeCare Pittsburgh LTACH, LLC [Docket No. 453] | The Debtors are working to resolve the objection. To the extent not resolved prior to the hearing, this matter will be adjourned by agreement of the parties to August 28, 2019 at 2:00 p.m. (ET). |
| 20. | Airgas USA, LLC [Docket No. 454] | *A consensual resolution has been reached.* This matter will be going forward. |
| 21. | University of Texas System on behalf of The University of Texas Southwestern Medical Center [Docket No. 455] | The Debtors are working to resolve the objection. *To the extent not resolved prior to the hearing, this matter will be adjourned by agreement of the parties to August 28, 2019 at 2:00 p.m. (ET).* |
| 22. | Welltower Inc. [Docket No. 457] | *Subject to the completion of all relevant documentation, this matter has been resolved.* To the extent *the documentation is not completed* prior to the hearing, this matter will be adjourned by agreement of the parties to August 28, 2019 at 2:00 p.m. (ET). |
| 23. | United States on behalf of the Department of Health and Human Services acting through the Centers for Medicare & Medicaid Services [Docket No. 458] | The Debtors are working to resolve the objection. *To the extent not resolved prior to the hearing, this matter will be adjourned by agreement of the parties to August 28, 2019 at 2:00 p.m. (ET).* |
| 24. | Physician's Mobile X-Ray, Inc. [Docket No. 461] | *A consensual resolution has been reached.* This matter will be going forward. |
| 25. | Whetstone Legacy Campus, L.P. [Docket No. 467] | This matter is adjourned by agreement of the parties to August 28, 2019 at 2:00 p.m. (ET). |
| 26. | Cardinal Health 110, LLC, Cardinal Health 112, LLC, and Cardinal Health Pharmacy Services, LLC [Docket No. 480] | The Debtors are working to resolve the objection. *To the extent not resolved prior to the hearing, this matter will be adjourned by agreement of the parties to August 28, 2019 at 2:00 p.m. (ET).* |

II. **Informal Responses**

|   | **Counterparty** | **Status** |
|---|---|---|
| 1. | Denver Health and Hospital Authority | The informal response has been consensually resolved. |
| 2. | Shared Imaging, LLC | The informal response has been consensually resolved. |
| 3. | Suncoast Community Blood Blank | The informal response has been consensually resolved. |
| 4. | UnitedHealth Care Company | The informal response has been addressed by the filing of the notice of supplemental Designated Contracts, which provides for an objection deadline of August 22, 2019. |