**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Hospital Acquisition LLC, *et al.*,[1] | ) | Case No. 19-10998 (BLS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
AUGUST 28, 2019 AT 10:30 A.M. (ET)**

**CONTINUED/RESOLVED MATTERS**

1. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Using Existing Centralized Cash Management System, (B) Honor Certain Prepetition Obligations Related to the Use of the Cash Management System, and (C) Maintain Existing Bank Accounts and Check Stock and (II) Granting Related Relief [D.I. 9, 5/7/19]

    Related Documents:

    A. Interim Order (I) Authorizing the Debtors to (A) Continue Using Existing Centralized Cash Management System, (B) Honor Certain Prepetition Obligations Related to the Use of the Cash Management System, and (C) Maintain Existing Bank Accounts and Check Stock and (II) Granting Related Relief [D.I. 43, 5/8/19]

    B. Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 55, 5/9/19]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Hospital Acquisition LLC (3232); Hospital Acquisition Intermediate Sub LLC (9609); LifeCare Holdings LLC (f/k/a Hospital Acquisition Sub I LLC) (6612); LifeCare Behavioral Health Hospital of Pittsburgh LLC (9835); New LifeCare Hospitals LLC (7959); New LifeCare Hospitals of Dayton LLC (2592); New LifeCare Hospitals of Milwaukee LLC (2428); New LifeCare Hospitals of South Texas LLC (4237); Hospital Acquisition Sub II LLC (7920); New LifeCare Management Services LLC (4310); New LifeCare REIT 1 LLC (9849); New LifeCare Hospitals of Mechanicsburg LLC (0174); New Pittsburgh Specialty Hospital LLC (7592); LifeCare Vascular Services, LLC (5864); New LifeCare Hospitals of North Texas LLC (4279); New LifeCare Hospitals of Chester County LLC (1116); New LifeCare Hospitals of Northern Nevada LLC (4534); New San Antonio Specialty Hospital LLC (2614); New LifeCare Hospitals of North Carolina LLC (7257); New LifeCare Hospitals of Pittsburgh LLC (8759); New NextCare Specialty Hospital of Denver LLC (6416); Hospital Acquisition MI LLC (4982); LifeCare Pharmacy Services LLC (3733); New LifeCare REIT 2 LLC (1315); New LifeCare Hospitals at Tenaya LLC (6891); and New LifeCare Hospitals of Sarasota LLC (8094). The Debtors' address is 5340 Legacy Drive, Suite 150, Plano, Texas 75024.

24989466.1

    C.    Final Order (I) Authorizing the Debtors to (A) Continue Using Existing Centralized Cash Management System, (B) Honor Certain Prepetition Obligations Related to the Use of the Cash Management System, and (C) Maintain Existing Bank Accounts and Check Stock and (II) Granting Related Relief [D.I. 166, 5/29/19]

Objection Deadline:   May 22, 2019 at 4:00 p.m. (ET), extended for the Committee to July 16, 2019 at 4:00 p.m. (ET)

Objections Received:

    A.    Informal Comments from the Committee

Status:  A final order has been entered with respect to the relief requested in the Motion, other than with respect to Intercompany Transactions, Intercompany Claims, and related issues (the "***Intercompany Relief***"). This matter is continued by agreement of the Debtors and the Committee with respect to final approval of the Intercompany Relief.

2.    Motion of Owens & Minor Distribution, Inc. for Relief from the Automatic Stay to Permit the Exercise of Setoff Rights Against the Debtors [D.I. 179, 5/29/19]

Objection Deadline:   June 12, 2019, extended for the Debtors

Related Document:

    A.    Order Extending the Automatic Stay With Respect to the Motion of Owens & Minor Distribution, Inc. for Relief from the Automatic Stay to Permit the Exercise of Setoff Rights Against the Debtors [D.I. 250, 6/18/19]

Objections Received: None to date

Status: This matter is adjourned by agreement of the parties to the next scheduled omnibus hearing.

3.    Motion of Gloria Gray for Relief form the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code [D.I. 300, 7/1/19]

Objection Deadline:   July 5, 2019 at 4:00 p.m. (ET), extended for the Debtors

Related Document:

    A.    Notice of Withdrawal [D.I. 510. 8/15/19]

Objections Received: None as of the filing of this agenda

Status: This matter has been withdrawn.

**MATTER GOING FORWARD**

4.  Debtors' Motion for (I) an Order Establishing Bidding Procedures and Granting Related Relief and (II) an Order or Orders Approving the Sale of the Assets [D.I. 227. 6/6/19]

    Objection Deadline:   August 1, 2019 at 5:00 p.m. (ET), extended for certain parties[2]

    Related Documents:

    A.  Order Establishing Bidding Procedures Relating to the Sales of All or a Portion of the Debtors' Assets [D.I. 298, 6/27/19]

    B.  Notice of Proposed Sale, Bidding Procedures, Auction, and Sale Hearing [D.I. 369, 7/9/19]

    C.  Affidavit of Publication [D.I. 384, 7/11/19]

    D.  Notice of Executory Contracts and Unexpired Leases that may be Assumed and Assigned in Connection With the Sale of the Debtors' Assets and the Proposed Cure Cost With Respect Thereto [D.I. 392, 7/17/19]

    E.  Notice of Stalking Horse Bid in Connection With Debtors' Motion for (I) an Order Establishing Bidding Procedures and Granting Related Relief and (II) an Order or Orders Approving the Sale of the Assets [D.I. 393, 7/18/19]

    F.  Notice of Filing of Order (I) Authorizing the Sale of the Assets to the Purchaser Free and Clear of Liens, Claims, Interests, and Encumbrances; (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief [D.I. 401, 7/22/19]

    G.  Order Authorizing and Approving (I) the Selection of PAM Squared, LLC as the Stalking Horse Bidder for Certain of the Debtors' Assets and (II) Related Bidding Protections [D.I. 414, 7/30/19]

    H.  Order Authorizing and Approving (I) the Selection of LifeCare 2.0, LLC as the Stalking Horse Bidder for Certain of the Debtors' Assets and (II) Related Bidding Protection [D.I. 443, [8/1/19]

    I.  Notice of (I) Successful Bidders With Respect to the Debtors' Assets, (II) Supplemental Designated Contracts, and (III) Supplemental Designated Contract Objection Deadline [D.I. 479, 8/8/19]

---

[2] The objection deadline was extended by agreement with respect to certain parties to various dates, each of which was in advance of the filing of this agenda.

J.  Declaration of Geoffrey Coutts in Support of the Debtors' Motion for (I) an Order Establishing Procedures and Granting Related Relief and (II) an Order or Orders Approving the Sale of Assets [D.I. 485, 8/12/19]

K.  Debtors' Omnibus Reply in Support of the Debtors' Motion for (I) an Order Establishing Procedures and Granting Related Relief and (II) an Order or Orders Approving the Sale of the Assets [D.I. 486, 8/12/19]

L.  Joint Reply of Seaport Loan Products, LLC as Administrative Agent, and Wilmington Trust, National Association, as Co-Administrative Agent and Collateral Agent Under the Prepetition Loan Facility and Marathon Asset Management, on Behalf of Certain Funds and Accounts, to the Objection of the Official Committee of Unsecured Creditors to the Debtors' Motion for (I) an Order Establishing Bidding Procedures and Granting Related Relief and (II) an Order or Orders Approving the Sale of the Assets [D.I. 489, 8/12/19]

M.  Order (I) Authorizing the Sale of the Assets to the Purchaser Free and Clear of Liens, Claims, Interests, and Encumbrances; (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief [D.I. 519, 8/19/19]

N.  Order (I) Authorizing the Sale of the Assets to the Purchaser Free and Clear of Liens, Claims, Interests, and Encumbrances; (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief [D.I. 520, 8/19/19]

O.  Order (I) Authorizing the Sale of the Assets to the Purchaser Free and Clear of Liens, Claims, Interests, and Encumbrances; (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief [D.I. 528, 8/21/19]

Objections Received:

A.  See Schedule A, attached, for Contract/Cure Objections

B.  White Oak Healthcare Finance, LLC's Statement and Reservation of Rights in Connection With Notice of Stalking Horse Bid [D.I. 406, 7/25/19]

C.  White Oak Healthcare Finance, LLC's Statement and Reservation of Rights in Connection With Notice of Stalking Horse Bid (LifeCare 2.0, LLC) [D.I. 438, 8/1/19]

D.  Objection and Reservation of Rights of Kettering Medical Center to Debtors' Motion for Entry of an Order or Orders Approving the Sale of

      the Assets [D.I. 442, 8/1/19]

E.    Hewlett-Packard Financial Services Company's Limited Objection and Reservation of Rights as to the Debtors' Proposed Sale and Potential Assumption and Assignment of Hewlett-Packard Financial Services' Agreements [D.I. 452, 8/1/19]

F.    Objection of the Official Committee of Unsecured Creditors of Hospital Acquisition, LLC et al., to the Debtors' Motion for (I) and Order Establishing Bidding Procedures and Granting Related Relief and (II) an Order or Orders Approving the Sale of the Assets [D.I. 459, 8/1/19]

G.    Limited Objection of the Zurich Companies with Respect to the Debtors' Proposed Sale of Assets [D.I. 469, 8/6/19]

H.    MPT of Dallas LTACH, L.P.'s Reservation of Rights with Respect to the Auction and Sale Motion [D.I. 473, 8/8/19]

I.    Local Texas Taxing Authorities' Objection to Debtors' Motion for (I) an Order Establishing Bidding Procedures and Granting Related Relief and (II) an Order or Orders Approving the Sale of the Assets, and Granting Related Relief [D.I. 481, 8/9/19]

J.    UnitedHealthcare Insurance Company's Limited Objection to Debtors' Proposed Assumption and Assignment of Certain Designated Executory Contracts [D.I. 529, 8/21/19]

K.    Objection of Cigna Health and Life Insurance Company and Life Insurance Company of North America to Notice of (I) Successful Bidders with Respect to the Debtors' Assets, (II) Supplemental Designated Contracts, and (III) Supplemental Designated Contract Objection Deadline [D.I. 536, 8/22/19]

<u>Status</u>:   The Debtors anticipate filing a certification of counsel resolving certain of the cure objections in advance of the hearing. The remainder of the cure objections will be adjourned to the next scheduled omnibus hearing. This matter is currently going forward.

[*Remainder of Page Intentionally Left Blank*]

Dated: Wilmington, Delaware
      August 26, 2019               */s/ Joseph M. Mulvihill*
                                    **YOUNG CONAWAY STARGATT & TAYLOR, LLP**
M. Blake Cleary (No. 3614)
Jaime Luton Chapman (No. 4936)
Joseph M. Mulvihill (No. 6061)
Betsy L. Feldman (No. 6410)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253

– and –

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Scott Alberino  (admitted *pro hac vice*)
Kevin M. Eide (admitted *pro hac vice*)
2001 K. Street, N.W.
Washington, DC 20006
Telephone:  (202) 887-4000
Facsimile:  (202) 887-4288


Sarah Link Schultz (admitted *pro hac vice*)
2300 N. Field Street, Suite 1800
Dallas, Texas 75201
Telephone:  (214) 969-2800
Facsimile:  (214) 969-4343

**COUNSEL FOR DEBTORS AND DEBTORS IN POSSESSION**

## SCHEDULE A

### Contract/Cure Objections

**I.      Filed Objections**

| | Counterparty and Docket Number | Status |
|---|---|---|
| 1. | Microsoft Corporation [Docket No. 410] | The Debtors are working to resolve the objection. To the extent not resolved prior to the hearing, this matter will be adjourned by agreement to the next omnibus hearing. |
| 2. | Lowell17, LLC [Docket No. 411] | A consensual resolution has been reached and a revised order will be submitted under certification of counsel. |
| 3. | Constellation NewEnergy, Inc. and Constellation NewEnergy – Gas Division, LLC [Docket No. 418] | The Debtors are working to resolve the objection. To the extent not resolved prior to the hearing, this matter will be adjourned by agreement to the next omnibus hearing. |
| 4. | Renown South Meadows Medical Center [Docket No. 427] | The Debtors are working to resolve the objection. To the extent not resolved prior to the hearing, this matter will be adjourned by agreement to the next omnibus hearing. |
| 5. | Allegheny Health Network [Docket No. 428] | The Debtors are working to resolve the objection. To the extent not resolved prior to the hearing, this matter will be adjourned by agreement to the next omnibus hearing. |
| 6. | Owens & Minor [Docket No. 429] | The Debtors are working to resolve the objection. To the extent not resolved prior to the hearing, this matter will be adjourned by agreement to the next omnibus hearing. |
| 7. | BC Commercial [Docket No. 431] | The Debtors are working to resolve the objection. To the extent not resolved prior to the hearing, this matter will be adjourned by agreement to the next omnibus hearing. |
| 8. | Cigna Health and Life Insurance Company of North America [Docket No. 440] | The Debtors are working to resolve the objection. To the extent not resolved prior to the hearing, this matter will be adjourned by agreement to the next omnibus hearing. |

|  | **Counterparty and Docket Number** | **Status** |
|---|---|---|
| 9. | National Medical Care, Inc., Spectra Laboratories, Inc. and Fresenius Medical Care Holdings, Inc. [Docket No. 441] | The Debtors are working to resolve the objection. To the extent not resolved prior to the hearing, this matter will be adjourned by agreement to the next omnibus hearing. |
| 10. | Kettering Medical Center (*"Kettering"*) [Docket No. 442] | Subject to the completion of all relevant documentation, this matter has been resolved. To the extent the documentation is not completed prior to the hearing, this matter will be adjourned to the next omnibus hearing. |
| 11. | Sparks Family Hospital (d/b/a/ Northern Nevada Medical Center) [Docket No. 445] | A consensual resolution has been reached and a revised order will be submitted under certification of counsel. |
| 12. | Nash Community Health Services, Inc. and Nash Hospitals, Inc. [Docket No. 446] | The Debtors are working to resolve the objection. To the extent not resolved prior to the hearing, this matter will be adjourned by agreement to the next omnibus hearing. |
| 13. | Freedom Medical, Inc. [Docket No. 447] | The Debtors are working to resolve the objection. To the extent not resolved prior to the hearing, this matter will be adjourned by agreement to the next omnibus hearing. |
| 14. | Cardinal Health 110, LLC, Cardinal Health 112, LLC, and Cardinal Health Pharmacy Services, LLC [Docket No. 448] | The Debtors are working to resolve the objection. To the extent not resolved prior to the hearing, this matter will be adjourned by agreement to the next omnibus hearing. |
| 15. | MPT of Dallas LTACH [Docket No. 449] | The Debtors are working to resolve the objection. To the extent not resolved prior to the hearing, this matter will be adjourned by agreement to the next omnibus hearing. |
| 16. | CareSource [Docket No. 450] | The Debtors are working to resolve the objection. To the extent not resolved prior to the hearing, this matter will be adjourned by agreement to the next omnibus hearing. |
| 17. | Messer LLC (as successor to LifeGas) [Docket No. 451] | The Debtors are working to resolve the objection. To the extent not resolved prior to the hearing, this matter will be adjourned by agreement to the next omnibus hearing. |

|  | **Counterparty and Docket Number** | **Status** |
|---|---|---|
| 19. | DOC-LifeCare Plan LTACH, LLC, DOC-LifeCare Ft. Worth LTACH, LLC and DOC-LifeCare Pittsburgh LTACH, LLC [Docket No. 453] | The Debtors are working to resolve the objection. To the extent not resolved prior to the hearing, this matter will be adjourned by agreement of the parties to the next omnibus hearing. |
| 20. | Airgas USA, LLC [Docket No. 454] | A consensual resolution has been reached and a revised order will be submitted under certification of counsel. |
| 21. | University of Texas System on behalf of The University of Texas Southwestern Medical Center [Docket No. 455] | A consensual resolution has been reached and a revised order will be submitted under certification of counsel. |
| 22. | Welltower Inc. [Docket No. 457] | Subject to the completion of all relevant documentation, this matter has been resolved. To the extent the documentation is not completed prior to the hearing, this matter will be adjourned to the next omnibus hearing |
| 23. | United States on behalf of the Department of Health and Human Services acting through the Centers for Medicare & Medicaid Services [Docket No. 458] | The Debtors are working to resolve the objection. To the extent not resolved prior to the hearing, this matter will be adjourned by agreement to the next omnibus hearing. |
| 24. | Physician's Mobile X-Ray, Inc. [Docket No. 461] | A consensual resolution has been reached and a revised order will be submitted under certification of counsel. |
| 25. | Whetstone Legacy Campus, L.P. [Docket No. 467] | The Debtors are working to resolve the objection. To the extent not resolved prior to the hearing, this matter will be adjourned by agreement to the next omnibus hearing. |
| 26. | Cardinal Health 110, LLC, Cardinal Health 112, LLC, and Cardinal Health Pharmacy Services, LLC [Docket No. 480] | The Debtors are working to resolve the objection. To the extent not resolved prior to the hearing, this matter will be adjourned by agreement to the next omnibus hearing. |
| 27. | United Healthcare Insurance Company [Docket No. 539] | The Debtors are working to resolve the objection. To the extent not resolved prior to the hearing, this matter will be adjourned by agreement to the next omnibus hearing. |

|     | **Counterparty and Docket Number** | **Status** |
| --- | --- | --- |
| 28. | Cigna Health and Life Insurance Company and Life Insurance Company of North America [Docket NO. 536] | The Debtors are working to resolve the objection. To the extent not resolved prior to the hearing, this matter will be adjourned by agreement to the next omnibus hearing. |

## II. Informal Responses

|     | **Counterparty** | **Status** |
| --- | --- | --- |
| 1. | Denver Health and Hospital Authority | A consensual resolution has been reached and a revised order will be submitted under certification of counsel. |
| 2. | Shared Imaging, LLC | The informal response has been consensually resolved. |
| 3. | Suncoast Community Blood Blank | A consensual resolution has been reached and a revised order will be submitted under certification of counsel. |