UNITED STATES BANKRUPTCY COURT

District of Delaware

**In Re:** Hospital Acquisitions, LLC, *et al*  **Case No.** 19-10998 (Jointly Administered)

**Debtor**  **Reporting Period:** August 1 - August 31, 2019

**Federal Tax ID:** 46-1523232

MONTHLY OPERATING REPORT

| Required Documents | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | |
|    Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | |
|    Schedule of Professional Fees Paid | MOR-1b | X | |
|    Copies of Bank Statements | | | |
|    Cash Disbursement Journals | | | |
| Statement of Operations | MOR-2 | X | |
| Balance Sheet | MOR-3 | X | |
| Status of Postpetition Taxes | MOR-4 | X | |
|    Copies of IRS Form 6123 or payment receipt | | | |
|    Copies of Tax Returns Filed During the Period | | | |
| Summary of Unpaid Post Petition Debts | MOR-4 | X | |
|    Listing of Aged Accounts Payable | MOR-4 | X | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | |
| Debtor Questionnaire | MOR-5 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

| | |
|---|---|
| Signature of Debtor | Date: |
| /s/ Michael K. Scott | 9/30/2019 |
| Signature of Authorized Individual* | Date: |
| Michael K. Scott | Chief Financial Officer |
| Printed Name of Authorized Individual | Title of Authorized Individual |

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager if debtor is a limited liability company.

| Legal Entity | Hospital Acquisition LLC | Hospital Acquisition Intermediate Sub LLC | LifeCare Holdings LLC (f/k/a Hospital Acquisition Sub I LLC) | LifeCare Behavioral Health Hospital of Pittsburgh LLC | New LifeCare Hospitals LLC | New LifeCare Hospitals of Dayton LLC | New LifeCare Hospitals of Milwaukee LLC | New LifeCare Hospitals of South Texas LLC | Hospital Acquisition Sub II LLC | New LifeCare Management Services LLC |
|---|---|---|---|---|---|---|---|---|---|---|
| **Case Number** | **19-10999** | **19-10999** | **19-10991** | **19-11000** | **19-11001** | **19-11002** | **19-10993** | **19-11003** | **19-11004** | **19-11005** |
| **Receipts** | | | | | | | | | | |
| Operating Receipts | - | - | - | 670,208 | 2,716,919 | 1,707,755 | 266,234 | 140 | - | - |
| Other Receipts | - | - | 27,049 | - | - | - | 8,027 | - | - | 629,075 |
| **Total Receipts** | - | - | 27,049 | 670,208 | 2,716,919 | 1,707,755 | 274,261 | 140 | - | 629,075 |
| **Operating Disbursements** | | | | | | | | | | |
| Payroll & Taxes | - | - | - | 269,913 | 851,282 | 592,462 | 64,953 | - | - | 1,221,126 |
| Insurance & Benefits | - | - | - | 89,203 | 281,337 | 195,801 | 21,466 | - | - | 403,566 |
| Occupancy/Lease | - | - | - | 14,134 | 134,978 | 83,530 | 55,222 | - | - | 83,370 |
| Other Operating | - | - | - | 81,193 | 976,844 | 301,907 | 4,443 | - | - | 848,393 |
| **Total Operating Disbursements** | - | - | - | 454,442 | 2,244,441 | 1,173,700 | 146,084 | - | - | 2,556,454 |
| **Operating Cash Flows** | - | - | 27,049 | 215,765 | 472,478 | 534,056 | 128,177 | 140 | - | (1,927,379) |
| **Restructuring Payments** | | | | | | | | | | |
| Professional Fees | - | - | - | - | - | - | - | - | - | 2,560,734 |
| Critical Vendors | - | - | - | - | - | - | - | - | - | - |
| Utility/Vendor Deposits | - | - | - | - | - | - | - | - | - | - |
| Other Restructuring | - | - | - | - | - | - | - | - | - | - |
| **Total Restructuring Disbursements** | - | - | - | - | - | - | - | - | - | 2,560,734 |
| **Debt Service** | | | | | | | | | | |
| Letter of Credit Draw | - | - | - | - | - | - | - | - | - | - |
| Net Revolver Repayment/DIP Draw | - | - | - | - | - | - | - | - | - | (1,216,984) |
| **Total Debt Services** | - | - | - | - | - | - | - | - | - | (1,216,984) |
| **Total Disbursements** | - | - | - | 454,442 | 2,244,441 | 1,173,700 | 146,084 | - | - | 3,900,205 |
| **Book Cash Flow (3)** | - | - | 27,049 | 215,765 | 472,478 | 534,056 | 128,177 | 140 | - | (3,271,130) |
| **Beginning Bank Cash** | - | - | 9,200,018 | - | - | - | - | - | - | 15,259,386 |
| **Ending Bank Cash (4)** | - | - | 9,227,067 | - | - | - | - | - | - | 14,160,896 |
| May Disbursements | - | - | - | 312,432 | 1,149,897 | 709,185 | 726,423 | - | - | 5,785,093 |
| June Disbursements | - | - | (8,993,539) | 444,074 | 1,910,224 | 959,744 | 902,048 | - | - | 2,442,342 |
| July Disbursements | - | - | - | 436,180 | 2,276,915 | 1,189,293 | 688,614 | - | - | 1,259,623 |
| August Disbursements | - | - | - | 454,442 | 2,244,441 | 1,173,700 | 146,084 | - | - | 3,900,205 |
| **Total Disbursements** | - | - | (8,993,539) | 1,647,128 | 7,581,477 | 4,031,921 | 2,463,169 | - | - | 13,387,262 |

MOR-1
Statement of Cash Flows (1) (2)
For the Period August 1, 2019 - August 31, 2019
(Unaudited)

| Legal Entity | New LifeCare REIT 1 LLC | New LifeCare Hospitals of Mechanicsburg LLC | New Pittsburgh Specialty Hospital LLC | LifeCare Vascular Services, LLC | New LifeCare Hospitals of North Texas LLC | New LifeCare Hospitals of Chester County LLC | New LifeCare Hospitals of Northern Nevada LLC | New San Antonio Specialty Hospital LLC | New LifeCare Hospitals of North Carolina LLC | New LifeCare Hospitals of Pittsburgh LLC |
|---|---|---|---|---|---|---|---|---|---|---|
| **Case Number** | **19-10997** | **19-10994** | **19-11006** | **19-11007** | **19-11008** | **19-11009** | **19-11010** | **19-10992** | **19-11011** | **19-11012** |
| **Receipts** | | | | | | | | | | |
| Operating Receipts | - | 121 | 55 | - | 6,936,980 | 28,718 | 2,199,951 | 2,035,567 | 2,110,668 | 1,405,457 |
| Other Receipts | - | - | - | - | 8,972 | - | 391 | 10,483 | 2,566 | 55,309 |
| **Total Receipts** | - | 121 | 55 | - | 6,945,952 | 28,718 | 2,200,342 | 2,046,050 | 2,113,234 | 1,460,766 |
| **Operating Disbursements** | | | | | | | | | | |
| Payroll & Taxes | - | - | - | - | 2,328,565 | 98,987 | 821,536 | 762,586 | 754,580 | 919,993 |
| Insurance & Benefits | - | - | - | - | 769,559 | 32,714 | 271,507 | 252,024 | 249,379 | 304,045 |
| Occupancy/Lease | - | 175,210 | - | - | 448,888 | - | 110,005 | 173,398 | 92,128 | 116,196 |
| Other Operating | - | - | - | - | 1,869,597 | 295,644 | 217,856 | 1,298,350 | 525,324 | 784,325 |
| **Total Operating Disbursements** | - | 175,210 | - | - | 5,416,609 | 427,345 | 1,420,904 | 2,486,359 | 1,621,410 | 2,124,559 |
| **Operating Cash Flows** | - | (175,089) | 55 | - | 1,529,343 | (398,627) | 779,437 | (440,308) | 491,824 | (663,793) |
| **Restructuring Payments** | | | | | | | | | | |
| Professional Fees | - | - | - | - | - | - | - | - | - | - |
| Critical Vendors | - | - | - | - | - | - | - | - | - | - |
| Utility/Vendor Deposits | - | - | - | - | - | - | - | - | - | - |
| Other Restructuring | - | - | - | - | - | - | - | - | - | - |
| **Total Restructuring Disbursements** | - | - | - | - | - | - | - | - | - | - |
| **Debt Service** | | | | | | | | | | |
| Letter of Credit Draw | - | - | - | - | - | - | - | - | - | - |
| Net Revolver Repayment/DIP Draw | - | - | - | - | - | - | - | - | - | - |
| **Total Debt Services** | - | - | - | - | - | - | - | - | - | - |
| **Total Disbursements** | - | 175,210 | - | - | 5,416,609 | 427,345 | 1,420,904 | 2,486,359 | 1,621,410 | 2,124,559 |
| **Book Cash Flow (3)** | - | (175,089) | 55 | - | 1,529,343 | (398,627) | 779,437 | (440,308) | 491,824 | (663,793) |
| **Beginning Bank Cash** | - | - | - | - | - | - | - | - | 2,740 | 113,499 |
| **Ending Bank Cash (4)** | - | - | - | - | - | - | - | - | 174 | 49,006 |
| May Disbursements | - | - | - | - | 3,228,331 | 577,927 | 1,031,568 | 1,204,245 | 986,750 | 1,450,724 |
| June Disbursements | - | 350,420 | - | - | 5,677,581 | 793,438 | 1,178,087 | 2,483,869 | 1,415,582 | 2,069,215 |
| July Disbursements | - | 175,210 | - | - | 5,565,339 | 562,940 | 1,308,013 | 2,559,963 | 1,627,421 | 2,119,333 |
| August Disbursements | - | 175,210 | - | - | 5,416,609 | 427,345 | 1,420,904 | 2,486,359 | 1,621,410 | 2,124,559 |
| **Total Disbursements** | - | 700,841 | - | - | 19,887,861 | 2,361,651 | 4,938,573 | 8,734,435 | 5,651,164 | 7,763,830 |

**MOR-1**
**Statement of Cash Flows (1) (2)**
**For the Period August 1, 2019 - August 31, 2019**
**(Unaudited)**

| Legal Entity | New NextCare Specialty Hospital of Denver LLC | Hospital Acquisition MI LLC | LifeCare Pharmacy Services LLC | New LifeCare REIT 2 LLC | New LifeCare Hospitals at Tenaya LLC | New LifeCare Hospitals of Sarasota LLC | Total |
|---|---|---|---|---|---|---|---|
| **Case Number** | **19-11013** | **19-10999** | **19-11015** | **19-11016** | **19-10995** | **19-10996** | |
| **Receipts** | | | | | | | |
| Operating Receipts | 5,239,926 | - | - | - | 3,696,986 | 1,539,956 | 30,555,640 |
| Other Receipts | 4,132 | - | - | - | 3,726 | 2,777 | 752,507 |
| **Total Receipts** | 5,244,058 | - | - | - | 3,700,712 | 1,542,733 | 31,308,148 |
| **Operating Disbursements** | | | | | | | |
| Payroll & Taxes | 858,257 | - | 62,897 | - | 1,057,644 | 761,911 | 11,426,692 |
| Insurance & Benefits | 283,642 | - | 20,787 | - | 349,537 | 251,801 | 3,776,368 |
| Occupancy/Lease | 279,225 | - | - | - | 233,614 | 219,013 | 2,218,909 |
| Other Operating | 751,815 | - | - | - | 1,081,801 | 241,823 | 9,279,315 |
| **Total Operating Disbursements** | 2,172,939 | - | 83,684 | - | 2,722,597 | 1,474,548 | 26,701,285 |
| **Operating Cash Flows** | 3,071,119 | - | (83,684) | - | 978,116 | 68,185 | 4,606,863 |
| **Restructuring Payments** | | | | | | | |
| Professional Fees | - | - | - | - | - | - | 2,560,734 |
| Critical Vendors | - | - | - | - | - | - | - |
| Utility/Vendor Deposits | - | - | - | - | - | - | - |
| Other Restructuring | - | - | - | - | - | - | - |
| **Total Restructuring Disbursements** | - | - | - | - | - | - | 2,560,734 |
| **Debt Service** | | | | | | | |
| Letter of Credit Draw | - | - | - | - | - | - | - |
| Net Revolver Repayment/DIP Draw | - | - | - | - | - | - | (1,216,984) |
| **Total Debt Services** | - | - | - | - | - | - | (1,216,984) |
| **Total Disbursements** | 2,172,939 | - | 83,684 | - | 2,722,597 | 1,474,548 | 28,045,035 |
| | | | | | | | - |
| **Book Cash Flow (3)** | 3,071,119 | - | (83,684) | - | 978,116 | 68,185 | 3,263,112 |
| | | | | | | | - |
| **Beginning Bank Cash** | - | - | - | - | - | - | 24,575,643 |
| **Ending Bank Cash (4)** | - | - | - | - | - | - | 23,437,144 |
| **May Disbursements** | 1,361,591 | - | 86,238 | - | 1,579,501 | 939,185 | 21,129,091 |
| **June Disbursements** | 2,400,103 | - | 90,504 | - | 2,760,361 | 1,718,777 | 18,602,830 |
| **July Disbursements** | 2,207,032 | - | 77,623 | - | 2,742,440 | 1,454,909 | 26,250,847 |
| **August Disbursements** | 2,172,939 | - | 83,684 | - | 2,722,597 | 1,474,548 | 28,045,035 |
| **Total Disbursements** | 8,141,665 | - | 338,048 | - | 9,804,898 | 5,587,418 | 94,027,804 |

**MOR-1a**
**Bank Account Balance**
**As of August 31, 2019**
**(Unaudited)**

**Bank Statements**
The Debtors affrim that bank statements for all open and active bank accounts are retained by the Debtors. The Debtors affirm that no bank accounts were closed during the current reporting period.

| Debtor Name | Name of Institution | Type of Account | Last 4 digits of account number | Current Value of Debtor's Interest |
|---|---|---|---|---|
| New LifeCare Management Services, LLC | JPMorgan Chase | Main Operating Account | 2163 | $6,962,810.93 |
| New LifeCare Management Services, LLC | JPMorgan Chase | Receivables Account | 4298 | $59,221.00 |
| New LifeCare Management Services, LLC | JPMorgan Chase | Receivables Account | 8806 | $9,286.00 |
| New LifeCare Hospitals of Pittsburgh LLC | Citizens | Cafeteria/Misc Check Deposit Account | 5077 | $49,005.88 |
| New LifeCare Management Services, LLC | CapitalOne | Lockbox Concentration Account | 3109 | $789,462.08 |
| New LifeCare Hospitals of North Carolina LLC | PNC | Cafeteria/Misc Check Deposit Account | 1859 | $174.08 |
| New LifeCare Management Services, LLC | JPMorgan Chase | Controlled Disbursement Account | 7687 | $0.48 |
| New LifeCare Management Services, LLC | JPMorgan Chase | Payroll Account | 4895 | $0.00 |
| New LifeCare Management Services, LLC | JPMorgan Chase | Utility Deposit Account | 0523 | $200,000.00 |
| New LifeCare Management Services, LLC | JPMorgan Chase | Professional Fees Account | 0515 | $6,140,116.43 |
| Hospital Acquisition MI, LLC | JPMorgan Chase | Fund Account | 0307 | $0.00 |
| New LifeCare Management Services, LLC | JPMorgan Chase | Receivables Account | 4280 | $0.00 |
| New LifeCare Management Services, LLC | JPMorgan Chase | Receivables Account | 4413 | $0.00 |
| New LifeCare Management Services, LLC | JPMorgan Chase | Receivables Account | 4405 | $0.00 |
| New LifeCare Management Services, LLC | JPMorgan Chase | Receivables Account | 2118 | $0.00 |
| New LifeCare Management Services, LLC | JPMorgan Chase | Receivables Account | 8057 | $0.00 |
| New LifeCare Hospitals of Mechanicsburg LLC | Citizens | Cafeteria/Misc Check Deposit Account | 4400 | $0.00 |
| Hospital Acquisitions, LLC | CapitalOne | Collateral Account | 0359 | $0.00 |
| New LifeCare Management Services, LLC | CapitalOne | Operating Account | 3106 | $0.00 |
| LifeCare Holdings, LLC (f/k/a Hospital Acquisition Sub I LLC) | CapitalOne | Letters of Credit Account | 6187 | $9,227,067.28 |
| LifeCare Behaviorial Health Hospital of Pittsburgh LLC | N/A | | | |
| New LifeCare Hospitals at Tenaya LLC | N/A | | | |
| New LifeCare Hospitals LLC | N/A | | | |
| New LifeCare Hospitals of Chester County LLC | N/A | | | |
| New LifeCare Hospitals of Dayton LLC | N/A | | | |
| New LifeCare Hospitals of Milwaukee LLC | N/A | | | |
| New LifeCare Hospitals of North Louisiana LLC | N/A | | | |
| New LifeCare Hospitals of North Texas LLC | N/A | | | |
| New LifeCare Hospitals of Northern Nevada LLC | N/A | | | |
| New LifeCare Hospitals of Sarasota LLC | N/A | | | |
| New LifeCare Hospitals of South Texas LLC | N/A | | | |
| New NextCare Speciality Hospital of Denver LLC | N/A | | | |
| New Pittsburgh Specialty Hospital LLC | N/A | | | |
| New San Antonio Specialty Hospital LLC | N/A | | | |
| Hospital Acquisition Intermediate Sub LLC | N/A | | | |
| Hospital Acquisition Sub II LLC | N/A | | | |
| New LifeCare REIT 1 LLC | N/A | | | |
| LifeCare Vascular Services, LC | N/A | | | |
| LifeCare Pharmacy Services LLC | N/A | | | |
| New LifeCare REIT 2 LLC | N/A | | | |

Schedule A/B: Part 1, Question 3 - Checking, savings or other financial accounts

**MOR-1B**
**Schedule of Professional Fees Paid**

| Professional | Role in Case | Period Covered | Payment Date | Amount Paid in August 2019 | | | Case To Date | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Fees | Expenses | Total | Fees | Expenses | Total |
| **Berkley Research Group** | | N/A | N/A | $    - | $    - | $    - | $    - | $    - | $    - |
| **Akin Gump Strauss Hauer & Feld LLP** | Company's outside counsel | Various | 8/19/2019 | 1,213,753 | - | 1,213,753 | 1,213,753 | - | 1,213,753 |
| **Young Conaway Stargatt & Taylor LLP** | Company's outside counsel | Various | 8/19/2019 | 211,822 | - | 211,822 | 211,822 | - | 211,822 |
| **Houlihan Lokey Capital, Inc.** | Bankruptcy Advisor | Various | 8/20/2019 | 109,920 | - | 109,920 | 109,920 | - | 109,920 |
| **Perkins Coie** | | N/A | N/A | - | - | - | - | - | - |
| **Prime Clerk** | Bankruptcy Agent | Various | 8/19/2019 | 253,363 | - | 253,363 | 253,363 | - | 253,363 |
| | | | Total | $ 1,788,857 | $    - | $ 1,788,857 | $ 1,788,857 | $    - | $ 1,788,857 |

MOR-2
**Statement of Operations (1)**
For the Period August 1, 2019 - August 31, 2019
(Unaudited)

| Legal Entity | Hospital Acquisition LLC | Hospital Acquisition Intermediate Sub LLC | LifeCare Holdings LLC (f/k/a Hospital Acquisition Sub I LLC) | LifeCare Behavioral Health Hospital of Pittsburgh LLC | New LifeCare Hospitals LLC | New LifeCare Hospitals of Dayton LLC | New LifeCare Hospitals of Milwaukee LLC | New LifeCare Hospitals of South Texas LLC | Hospital Acquisition Sub II LLC | New LifeCare Management Services LLC |
|---|---|---|---|---|---|---|---|---|---|---|
| **Case Number** | **19-10999** | **19-10999** | **19-10991** | **19-11000** | **19-11001** | **19-11002** | **19-10993** | **19-11003** | **19-11004** | **19-11005** |
| **Revenues** | | | | | | | | | | |
| Medicare | - | - | - | 352,633 | 1,427,490 | 567,332 | (4,345) | - | - | - |
| Medicare Replacement | - | - | - | 232,858 | 480,315 | 206,139 | (5,450) | - | - | - |
| Medicaid | - | - | - | - | - | 112,520 | (63,450) | - | - | - |
| Commercial | - | - | - | 117,994 | 310,014 | 372,737 | 43,826 | - | - | - |
| Patient revenue | - | - | - | 703,485 | 2,217,819 | 1,258,728 | (29,419) | - | - | - |
| Management fee revenue (related party) | - | - | - | - | - | - | - | - | - | 6,693,771 |
| Other revenues | - | - | - | - | - | - | 8,027 | - | - | 2,571 |
| **Total Revenues** | - | - | - | 703,485 | 2,217,819 | 1,258,728 | (21,392) | - | - | 6,696,342 |
| **Expenses** | | | | | | | | | | |
| **Staffing** | | | | | | | | | | |
| Salaries & wages | - | - | - | 315,464 | 968,327 | 647,344 | 77,347 | - | - | 1,192,594 |
| Benefits | - | - | - | 44,853 | 146,701 | 113,873 | 59,188 | 4 | - | 168,809 |
| Contract labor | - | - | - | 3,772 | 1,199 | 20,000 | - | - | - | 126,854 |
| **Total staffing costs** | - | - | - | 364,089 | 1,116,227 | 781,217 | 136,535 | 4 | - | 1,488,257 |
| Purchased services | - | - | - | 23,555 | 194,907 | 421,466 | (1,826) | - | - | 109,947 |
| Medical supplies | - | - | - | 2,466 | 47,580 | 88,149 | (960) | - | - | 273,959 |
| Drug cost | - | - | - | 568 | 256,328 | 85,635 | (11,100) | (221) | - | - |
| Physician fees | - | - | - | 44,830 | (5,828) | 16,615 | - | - | - | - |
| Equipment rent | - | - | - | 7,712 | 41,023 | 46,820 | 5,939 | - | - | 8,608 |
| **Total core operating costs** | - | - | - | 443,220 | 1,650,237 | 1,439,902 | 128,588 | (217) | - | 1,880,771 |
| **Other operating expenses** | | | | | | | | | | |
| Insurance expense | - | - | - | 32,812 | 43,344 | 16,779 | - | - | - | 24,704 |
| Provision for bad debt | - | - | - | 8,800 | 27,186 | 18,213 | (500) | - | - | - |
| Property taxes | - | - | - | - | 9,069 | - | 45,482 | - | - | 3,812 |
| Other operating | - | - | 45,000 | 58,872 | (244,172) | 131,806 | (1,072) | 123 | - | 4,701,629 |
| **Total other operating** | - | - | 45,000 | 100,484 | (164,573) | 166,798 | 43,910 | 123 | - | 4,730,145 |
| **Total core and other operating** | - | - | 45,000 | 543,704 | 1,485,664 | 1,606,700 | 172,498 | (94) | - | 6,610,916 |
| **EBITDARM** | - | - | (45,000) | 159,781 | 732,155 | (347,972) | (193,890) | 94 | - | 85,426 |
| Facility rent | - | - | - | 13,723 | 134,978 | 83,530 | 50,617 | - | - | 82,976 |
| **EBITDAM** | - | - | (45,000) | 146,058 | 597,177 | (431,502) | (244,507) | 94 | - | 2,450 |
| Management fees | - | - | - | 195,362 | 558,356 | 342,963 | (1,618) | - | - | - |
| **EBITDA** | - | - | (45,000) | (49,304) | 38,821 | (774,465) | (242,889) | 94 | - | 2,450 |
| Depreciation | - | - | - | 8,746 | (3,466) | 15,235 | 15,971 | - | - | 50,303 |
| Amortization | - | - | - | - | - | - | - | - | - | - |
| (Gain)/loss - other | - | - | - | - | - | - | - | - | - | - |
| (Earnings)/loss on inv. in subs | - | - | 5,595,008 | - | - | - | - | - | - | - |
| Interest expense | - | - | 3,189,160 | - | - | - | - | - | - | - |
| Interest income | - | - | - | (80) | (139) | - | (372) | - | - | - |
| **EBT** | - | - | (8,829,168) | (57,970) | 42,426 | (789,700) | (258,488) | 94 | - | (47,853) |
| Current income taxes | - | - | (2,903,833) | - | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - | - | - | - | - |
| **Net Income (Loss)** | - | - | (5,925,335) | (57,970) | 42,426 | (789,700) | (258,488) | 94 | - | (47,853) |

| Legal Entity | New LifeCare REIT 1 LLC | New LifeCare Hospitals of Mechanicsburg LLC | New Pittsburgh Specialty Hospital LLC | LifeCare Vascular Services, LLC | New LifeCare Hospitals of North Texas LLC | New LifeCare Hospitals of Chester County LLC | New LifeCare Hospitals of Northern Nevada LLC | New San Antonio Specialty Hospital LLC | New LifeCare Hospitals of North Carolina LLC | New LifeCare Hospitals of Pittsburgh LLC |
|---|---|---|---|---|---|---|---|---|---|---|
| Case Number | 19-10997 | 19-10994 | 19-11006 | 19-11007 | 19-11008 | 19-11009 | 19-11010 | 19-10992 | 19-11011 | 19-11012 |
| **Revenues** | | | | | | | | | | |
| Medicare | - | 1,609 | - | - | 2,670,932 | (14,889) | 865,930 | 932,886 | 1,110,087 | 298,430 |
| Medicare Replacement | - | - | - | - | 989,495 | - | 285,979 | 99,170 | 145,329 | 356,026 |
| Medicaid | - | - | - | - | - | - | 91,500 | - | - | - |
| Commercial | - | - | - | - | 2,753,382 | (143) | 511,705 | 902,989 | 655,598 | 436,843 |
| Patient revenue | - | 1,609 | - | - | 6,413,809 | (15,032) | 1,755,114 | 1,935,045 | 1,911,014 | 1,091,299 |
| Management fee revenue (related party) | - | - | - | - | - | - | - | - | - | - |
| Other revenues | 876,870 | - | - | - | 8,971 | - | 391 | 10,483 | 1,144 | 20,934 |
| Total Revenues | 876,870 | 1,609 | - | - | 6,422,780 | (15,032) | 1,755,505 | 1,945,528 | 1,912,158 | 1,112,233 |
| **Expenses** | | | | | | | | | | |
| **Staffing** | | | | | | | | | | |
| Salaries & wages | - | - | - | - | 2,738,422 | 115,924 | 943,394 | 912,026 | 695,302 | 1,038,970 |
| Benefits | - | (2,760) | 46 | - | 447,343 | (7,965) | 140,750 | 166,723 | 158,484 | 180,213 |
| Contract labor | - | - | - | - | 94,861 | - | 8,917 | 3,836 | - | - |
| Total staffing costs | - | (2,760) | 46 | - | 3,280,626 | 107,959 | 1,093,061 | 1,082,585 | 853,786 | 1,219,183 |
| Purchased services | - | (28,638) | - | - | 490,127 | 3 | 204,540 | 127,530 | (46,096) | 140,531 |
| Medical supplies | - | - | 288 | - | 292,475 | - | 66,318 | 90,350 | 80,036 | 56,187 |
| Drug cost | - | 182 | - | - | 57,908 | (1,708) | 73,746 | 78,529 | 89,662 | 65,398 |
| Physician fees | - | - | - | - | 184,055 | - | 34,525 | 56,176 | (3,099) | 9,775 |
| Equipment rent | - | 2,138 | - | - | 149,983 | 2,473 | 37,019 | 46,496 | 12,958 | 60,442 |
| Total core operating costs | - | (29,078) | 334 | - | 4,455,174 | 108,727 | 1,509,209 | 1,481,666 | 987,247 | 1,551,516 |
| **Other operating expenses** | | | | | | | | | | |
| Insurance expense | - | - | - | - | 99,774 | - | 29,230 | 35,112 | 27,982 | 72,604 |
| Provision for bad debt | - | - | - | - | 95,332 | (167) | 24,735 | 29,412 | 26,922 | 16,748 |
| Property taxes | - | 6,168 | - | - | 80,436 | - | 6,084 | 47,144 | 2,100 | 43,615 |
| Other operating | - | (1,407) | 6,701 | - | 542,544 | 3,452 | 112,275 | 120,595 | 21,332 | 97,426 |
| Total other operating | - | 4,761 | 6,701 | - | 818,086 | 3,285 | 172,324 | 232,263 | 78,336 | 230,393 |
| Total core and other operating | - | (24,317) | 7,035 | - | 5,273,260 | 112,012 | 1,681,533 | 1,713,929 | 1,065,583 | 1,781,909 |
| **EBITDARM** | 876,870 | 25,926 | (7,035) | - | 1,149,520 | (127,044) | 73,972 | 231,599 | 846,575 | (669,676) |
| Facility rent | 876,870 | 175,210 | - | - | 528,286 | - | 110,005 | 173,398 | 92,128 | 126,344 |
| **EBITDAM** | - | (149,284) | (7,035) | - | 621,234 | (127,044) | (36,033) | 58,201 | 754,447 | (796,020) |
| Management fees | - | - | - | - | 1,657,173 | (827) | 505,596 | 575,824 | 527,895 | 427,690 |
| **EBITDA** | - | (149,284) | (7,035) | - | (1,035,939) | (126,217) | (541,629) | (517,623) | 226,552 | (1,223,710) |
| Depreciation | - | (1,027) | - | - | 70,835 | (59) | 11,600 | 36,216 | 18,718 | 31,070 |
| Amortization | - | - | - | - | - | - | - | - | - | - |
| (Gain)/loss - other | - | - | - | - | - | - | - | - | - | - |
| (Earnings)/loss on inv. in subs | - | - | - | - | - | - | - | - | - | - |
| Interest expense | - | - | - | - | 537 | - | - | - | - | - |
| Interest income | - | - | - | - | (2,146) | - | (713) | (109) | (232) | (220) |
| **EBT** | - | (148,257) | (7,035) | - | (1,105,165) | (126,158) | (552,516) | (553,730) | 208,066 | (1,254,560) |
| Current income taxes | - | - | - | - | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - | - | - | - | - |
| **Net Income (Loss)** | - | (148,257) | (7,035) | - | (1,105,165) | (126,158) | (552,516) | (553,730) | 208,066 | (1,254,560) |

MOR-2  
Statement of Operations (1)  
For the Period August 1, 2019 - August 31, 2019  
(Unaudited)

Case 19-10998-BLS    Doc 622    Filed 09/30/19    Page 9 of 14

| Legal Entity | New NextCare Specialty Hospital of Denver LLC | Hospital Acquisition MI LLC | LifeCare Pharmacy Services LLC | New LifeCare REIT 2 LLC | New LifeCare Hospitals at Tenaya LLC | New LifeCare Hospitals of Sarasota LLC |
|---|---|---|---|---|---|---|
| **Case Number** | **19-11013** | **19-10999** | **19-11015** | **19-11016** | **19-10995** | **19-10996** |
| **Revenues** | | | | | | |
| Medicare | 828,493 | - | - | - | 1,267,684 | 874,768 |
| Medicare Replacement | 139,437 | - | - | - | 121,398 | 193,219 |
| Medicaid | 437,407 | - | - | - | 200,922 | - |
| Commercial | 2,051,009 | - | - | - | 705,639 | 360,634 |
| Patient revenue | 3,456,346 | - | - | - | 2,295,643 | 1,428,621 |
| Management fee revenue (related party) | - | - | - | - | - | - |
| Other revenues | 4,132 | - | - | 195,342 | 3,726 | 2,777 |
| **Total Revenues** | 3,460,478 | - | - | 195,342 | 2,299,369 | 1,431,398 |
| **Expenses** | | | | | | |
| **Staffing** | | | | | | |
| Salaries & wages | 990,496 | - | 2,369 | - | 1,043,722 | 827,205 |
| Benefits | 139,835 | - | 2,713 | - | 187,460 | 135,852 |
| Contract labor | 43,206 | - | - | - | 14,367 | 1,161 |
| **Total staffing costs** | 1,173,537 | - | 5,082 | - | 1,245,549 | 964,218 |
| Purchased services | 94,821 | - | - | - | 252,803 | 55,088 |
| Medical supplies | 90,231 | - | - | - | 147,107 | 98,588 |
| Drug cost | 82,085 | - | - | - | 83,707 | 85,133 |
| Physician fees | 96,716 | - | - | - | 44,699 | 17,842 |
| Equipment rent | 85,464 | - | - | - | 80,779 | 27,937 |
| **Total core operating costs** | 1,622,854 | - | 5,082 | - | 1,854,644 | 1,248,806 |
| **Other operating expenses** | | | | | | |
| Insurance expense | 51,972 | - | 29 | - | 40,599 | 40,968 |
| Provision for bad debt | 60,416 | - | - | - | 33,411 | 18,961 |
| Property taxes | 2,621 | - | - | - | 7,857 | 24,263 |
| Other operating | 69,930 | - | 119 | - | 115,774 | 154,256 |
| **Total other operating** | 184,939 | - | 148 | - | 197,641 | 238,448 |
| **Total core and other operating** | 1,807,793 | - | 5,230 | - | 2,052,285 | 1,487,254 |
| **EBITDARM** | 1,652,685 | - | (5,230) | 195,342 | 247,084 | (55,856) |
| Facility rent | 268,521 | - | - | 195,342 | 233,614 | 219,013 |
| **EBITDAM** | 1,384,164 | - | (5,230) | - | 13,470 | (274,869) |
| Management fees | 728,452 | - | - | - | 709,557 | 422,866 |
| **EBITDA** | 655,712 | - | (5,230) | - | (696,087) | (697,735) |
| Depreciation | 17,186 | - | - | - | 30,244 | 19,225 |
| Amortization | - | - | - | - | - | - |
| (Gain)/loss - other | - | - | - | - | - | - |
| (Earnings)/loss on inv. in subs | - | - | - | - | - | - |
| Interest expense | - | - | - | - | - | - |
| Interest income | (3) | - | - | - | (132) | (283) |
| **EBT** | 638,529 | - | (5,230) | - | (726,199) | (716,677) |
| Current income taxes | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| **Net Income (Loss)** | 638,529 | - | (5,230) | - | (726,199) | (716,677) |

| Legal Entity | Hospital Acquisition LLC | Hospital Acquisition Intermediate Sub LLC | LifeCare Holdings LLC (f/k/a Hospital Acquisition Sub I LLC) | LifeCare Behavioral Health Hospital of Pittsburgh LLC | New LifeCare Hospitals LLC | New LifeCare Hospitals of Dayton LLC | New LifeCare Hospitals of Milwaukee LLC | New LifeCare Hospitals of South Texas LLC | Hospital Acquisition Sub II LLC | New LifeCare Management Services LLC | New LifeCare REIT 1 LLC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Case Number** | **19-10999** | **19-10999** | **19-10991** | **19-11000** | **19-11001** | **19-11002** | **19-10993** | **19-11003** | **19-11004** | **19-11005** | **19-10997** |
| **Assets** | | | | | | | | | | | |
| Cash and cash equivalents | - | - | - | 552,344 | 1,197,964 | 1,472,090 | 220,306 | 115 | - | (9,202,500) | - |
| Accounts receivable, net | - | - | (1,849,297) | 1,917,031 | 4,561,186 | 2,938,652 | (32,012) | 329,940 | - | - | - |
| Due from/(to) related parties (2) | - | - | 158,344,753 | (3,660,885) | (12,328,052) | (6,309,885) | (17,417,710) | (13,882,812) | - | 41,882,154 | (950,300) |
| Due from/(to) third party payors | - | - | - | 175,311 | (2,326,291) | 74,228 | 98,482 | 43,683 | - | 23,329 | - |
| Deferred Taxes, net | - | - | (0) | - | - | - | - | - | - | - | - |
| Inventory | - | - | - | 8,276 | 375,572 | 185,528 | 55,178 | - | - | - | - |
| Prepaid expenses and other current assets | - | - | (0) | 13,702 | 162,692 | 314,314 | (189,792) | - | - | 3,791,171 | 950,300 |
| **Total current assets** | - | - | 156,495,455 | (994,222) | (8,356,930) | (1,325,073) | (17,265,547) | (13,509,074) | - | 36,494,153 | - |
| Land | - | - | - | - | - | - | - | - | - | - | - |
| Building & improvements | - | - | - | - | - | - | - | - | - | - | - |
| Leasehold improvements | - | - | - | 1,154,792 | (28,543) | 539,061 | 32,477 | - | - | 194,890 | - |
| Equipment | - | - | - | 288,165 | 1,040,163 | 1,573,142 | 1,633,428 | - | - | 5,788,643 | - |
| Construction in progress | - | - | - | - | - | - | - | - | - | - | - |
| Accumulated depreciation | - | - | - | (404,973) | (484,095) | (1,387,814) | (1,320,310) | - | - | (4,578,193) | - |
| **Net property, plant and equipment** | - | - | - | 1,037,984 | 527,525 | 724,389 | 345,595 | - | - | 1,405,339 | - |
| Investment in subsidiary | - | - | (12,309,859) | - | - | - | - | - | - | - | - |
| Goodwill | - | - | - | - | - | - | - | - | - | - | - |
| Other intangibles, net of accum. amortization | - | - | - | - | 5,894,821 | 5,261,007 | 2,436,766 | - | - | - | - |
| Other assets | - | - | 9,019,290 | - | 8,425 | - | - | - | - | 3,346,863 | - |
| **Total Assets** | - | - | 153,204,886 | 43,761 | (1,926,159) | 4,660,323 | (14,483,186) | (13,509,074) | - | 41,246,355 | - |
| **Liabilities & Equity** | | | | | | | | | | | |
| Current liabilities not subject to compromise (3) | | | | | | | | | | | |
| Post-petition accounts payable | - | - | - | - | - | - | - | - | - | 5,380,910 | - |
| Accrued expenses | - | - | (9,254,804) | 203,463 | 1,166,581 | 1,353,661 | 1,309,793 | 20,630 | - | 10,166,375 | - |
| Accrued salaries, wages and benefits | - | - | 249,336 | 193,655 | 1,134,315 | 348,344 | 130,083 | 109,510 | - | 2,967,257 | - |
| Current liabilities subject to compromise | | | | | | | | | | | |
| Pre-petition accounts payable | - | - | - | - | - | - | - | - | - | 21,265,964 | - |
| Current portion of LTD | - | - | 37,499,186 | - | - | - | - | - | - | - | - |
| **Total current liabilities** | - | - | 28,493,718 | 397,118 | 2,300,896 | 1,702,005 | 1,439,876 | 130,140 | - | 39,780,506 | - |
| Long-term liabilities not subject to compromise | | | | | | | | | | | |
| Long-term debt, less current portion | - | - | - | - | - | - | - | - | - | - | - |
| Other non-current liabilties | - | - | 3,867,578 | 140,499 | 343,224 | 239,787 | 327,393 | - | - | 690,724 | - |
| Long-term liabilities subject to compromise | | | | | | | | | | | |
| Long-term debt, less current portion | - | - | 148,923,694 | - | - | - | - | - | - | - | - |
| **Total liabilities** | - | - | 181,284,991 | 537,617 | 2,644,120 | 1,941,792 | 1,767,269 | 130,140 | - | 40,471,230 | - |
| Common stock | - | - | - | - | - | - | - | - | - | - | - |
| Additional paid-in-capital | - | - | 85,506,792 | - | - | - | - | - | - | - | - |
| Partners' and Members' equity | - | - | - | - | - | - | - | - | - | - | - |
| Accumulated earnings | - | - | (113,586,897) | (493,856) | (4,570,279) | 2,718,530 | (16,250,455) | (13,639,214) | - | 775,125 | - |
| Treasury stock | - | - | - | - | - | - | - | - | - | - | - |
| **Total equity** | - | - | (28,080,105) | (493,856) | (4,570,279) | 2,718,530 | (16,250,455) | (13,639,214) | - | 775,125 | - |
| **Total Liabilities and Equity** | - | - | 153,204,886 | 43,761 | (1,926,159) | 4,660,323 | (14,483,186) | (13,509,074) | - | 41,246,355 | - |

| Legal Entity | New LifeCare Hospitals of Mechanicsburg LLC | New Pittsburgh Specialty Hospital LLC | LifeCare Vascular Services, LLC | New LifeCare Hospitals of North Texas LLC | New LifeCare Hospitals of Chester County LLC | New LifeCare Hospitals of Northern Nevada LLC | New San Antonio Specialty Hospital LLC | New LifeCare Hospitals of North Carolina LLC | New LifeCare Hospitals of Pittsburgh LLC | New NextCare Specialty Hospital of Denver LLC |
|---|---|---|---|---|---|---|---|---|---|---|
| Case Number | 19-10994 | 19-11006 | 19-11007 | 19-11008 | 19-11009 | 19-11010 | 19-10992 | 19-11011 | 19-11012 | 19-11013 |
| **Assets** | | | | | | | | | | |
| Cash and cash equivalents | 1,100 | 45 | - | 6,854,920 | 27,693 | 1,836,663 | 1,701,470 | 1,890,786 | 1,902,687 | 4,332,014 |
| Accounts receivable, net | 33,626 | 121,899 | - | 12,985,278 | 146,234 | 3,686,029 | 5,240,695 | 7,777,411 | 7,171,414 | 8,603,914 |
| Due from/(to) related parties (2) | (17,437,943) | (13,025,053) | - | (35,391,343) | (9,710,282) | 7,930,369 | 2,323,784 | 13,781,544 | (46,235,769) | (898,403) |
| Due from/(to) third party payors | 4,982 | 88,572 | - | 2,584,683 | 44,258 | (187) | (16,100) | 146,105 | (3,153,151) | 80,662 |
| Deferred Taxes, net | - | - | - | - | - | - | - | - | - | - |
| Inventory | - | - | - | 703,215 | 49,435 | 234,114 | 308,335 | 203,059 | 266,283 | 289,439 |
| Prepaid expenses and other current assets | - | - | - | 292,585 | (50,976) | 132,037 | 45,377 | 136,104 | 77,396 | 403,899 |
| **Total current assets** | (17,398,236) | (12,814,536) | - | (11,970,661) | (9,493,638) | 13,819,025 | 9,603,561 | 23,935,008 | (39,971,140) | 12,811,525 |
| Land | - | - | - | - | - | - | - | - | - | - |
| Building & improvements | - | - | - | - | - | - | - | - | - | - |
| Leasehold improvements | 100,750 | - | - | 3,393,376 | - | 234,947 | 1,296,593 | 961,754 | 850,966 | 691,545 |
| Equipment | 45,204 | - | - | 8,327,532 | 14,050 | 1,591,259 | 3,916,268 | 1,719,814 | 4,846,018 | 2,945,474 |
| Construction in progress | - | - | - | 4,133,345 | - | - | - | - | - | 6,115 |
| Accumulated depreciation | (50,481) | - | - | (6,362,231) | (3,141) | (1,222,552) | (2,876,859) | (1,567,815) | (4,121,314) | (2,649,620) |
| **Net property, plant and equipment** | 95,473 | - | - | 9,492,022 | 10,909 | 603,654 | 2,336,003 | 1,113,753 | 1,575,670 | 993,515 |
| Investment in subsidiary | - | - | - | - | - | - | - | - | - | - |
| Goodwill | - | - | - | - | - | - | - | - | - | - |
| Other intangibles, net of accum. amortization | 1,796,733 | - | - | 15,855,873 | 1,613,217 | 8,628,608 | 8,753,945 | 3,984,673 | 11,526,412 | 3,490,133 |
| Other assets | 1,500 | - | - | 281,724 | 586,185 | 20,886 | - | - | 326,278 | 194,682 |
| **Total Assets** | (15,504,530) | (12,814,536) | - | 13,658,958 | (7,283,328) | 23,072,173 | 20,693,509 | 29,033,434 | (26,542,780) | 17,489,855 |
| **Liabilities & Equity** | | | | | | | | | | |
| Current liabilities not subject to compromise (3) | | | | | | | | | | |
| Post-petition accounts payable | - | - | - | - | - | - | - | - | - | - |
| Accrued expenses | 118,014 | 846 | - | 3,656,596 | 372,106 | 752,636 | 2,367,307 | 1,359,237 | 215,400 | 2,281,325 |
| Accrued salaries, wages and benefits | (82,133) | - | - | 2,445,445 | (135,803) | 592,093 | 800,446 | 756,338 | 866,294 | 500,500 |
| Current liabilities subject to compromise | | | | | | | | | | |
| Pre-petition accounts payable | - | - | - | - | - | - | - | - | - | - |
| Current portion of LTD | - | - | - | - | - | - | - | - | - | - |
| **Total current liabilities** | 35,881 | 846 | - | 6,102,041 | 236,303 | 1,344,729 | 3,167,753 | 2,115,575 | 1,081,694 | 2,781,825 |
| Long-term liabilities not subject to compromise | | | | | | | | | | |
| Long-term debt, less current portion | - | - | - | - | - | - | - | - | - | - |
| Other non-current liabilties | - | - | - | 4,014,485 | (0) | 330,677 | 387,188 | 313,093 | 1,299,980 | 436,212 |
| Long-term liabilities subject to compromise | | | | | | | | | | |
| Long-term debt, less current portion | - | - | - | - | - | - | - | - | - | - |
| **Total liabilities** | 35,881 | 846 | - | 10,116,526 | 236,303 | 1,675,406 | 3,554,940 | 2,428,668 | 2,381,674 | 3,218,037 |
| Common stock | - | - | - | - | - | - | - | - | - | - |
| Additional paid-in-capital | - | - | - | - | - | - | - | - | - | - |
| Partners' and Members' equity | - | - | - | - | - | - | - | - | - | - |
| Accumulated earnings | (15,540,411) | (12,815,382) | - | 3,542,432 | (7,519,630) | 21,396,767 | 17,138,568 | 26,604,766 | (28,924,454) | 14,271,818 |
| Treasury stock | - | - | - | - | - | - | - | - | - | - |
| **Total equity** | (15,540,411) | (12,815,382) | - | 3,542,432 | (7,519,630) | 21,396,767 | 17,138,568 | 26,604,766 | (28,924,454) | 14,271,818 |
| **Total Liabilities and Equity** | (15,504,530) | (12,814,536) | - | 13,658,958 | (7,283,328) | 23,072,173 | 20,693,509 | 29,033,434 | (26,542,780) | 17,489,855 |

| Legal Entity | Hospital Acquisition MI LLC | LifeCare Pharmacy Services LLC | New LifeCare REIT 2 LLC | New LifeCare Hospitals at Tenaya LLC | New LifeCare Hospitals of Sarasota LLC | Total |
|---|---|---|---|---|---|---|
| Case Number | 19-10999 | 19-11015 | 19-11016 | 19-10995 | 19-10996 | |
| **Assets** | | | | | | |
| Cash and cash equivalents | - | - | - | 3,103,598 | 1,360,529 | 17,251,824 |
| Accounts receivable, net | - | - | - | 6,525,898 | 3,987,222 | 64,145,119 |
| Due from/(to) related parties (2) | 7,935,655 | (349,166) | 1,664,654 | (3,957,061) | (14,066,107) | 38,242,141 |
| Due from/(to) third party payors | - | - | - | 75,815 | 186,760 | (1,868,859) |
| Deferred Taxes, net | - | - | - | - | - | (0) |
| Inventory | - | 362,808 | - | 279,634 | 172,689 | 3,493,565 |
| Prepaid expenses and other current assets | 25,045 | - | 312,836 | 45,044 | 33,116 | 6,494,849 |
| **Total current assets** | 7,960,700 | 13,642 | 1,977,490 | 6,072,928 | (8,325,791) | 127,758,638 |
| Land | - | - | - | - | - | - |
| Building & improvements | - | - | - | - | - | - |
| Leasehold improvements | - | - | - | 1,090,560 | 991,613 | 11,504,782 |
| Equipment | - | - | - | 2,897,485 | 2,181,019 | 38,807,665 |
| Construction in progress | - | - | - | - | 8,639 | 4,148,099 |
| Accumulated depreciation | - | - | - | (2,116,361) | (1,797,599) | (30,943,359) |
| **Net property, plant and equipment** | - | - | - | 1,871,685 | 1,383,673 | 23,517,188 |
| Investment in subsidiary | - | - | - | - | - | (12,309,859) |
| Goodwill | - | - | - | - | - | - |
| Other intangibles, net of accum. amortization | - | - | - | 4,547,266 | 6,249,992 | 80,039,446 |
| Other assets | 2,000,000 | - | - | 30,206 | 57,539 | 15,873,578 |
| **Total Assets** | 9,960,700 | 13,642 | 1,977,490 | 12,522,085 | (634,587) | 234,878,990 |
| **Liabilities & Equity** | | | | | | |
| Current liabilities not subject to compromise (3) | | | | | | |
| Post-petition accounts payable | - | - | - | - | - | 5,380,910 |
| Accrued expenses | - | - | - | 1,850,047 | 963,139 | 18,902,351 |
| Accrued salaries, wages and benefits | - | 17,238 | - | 1,002,310 | 658,892 | 12,554,120 |
| Current liabilities subject to compromise | | | | | | |
| Pre-petition accounts payable | - | - | - | - | - | 21,265,964 |
| Current portion of LTD | - | - | - | - | - | 37,499,186 |
| **Total current liabilities** | - | 17,238 | - | 2,852,357 | 1,622,031 | 95,602,531 |
| Long-term liabilities not subject to compromise | | | | | | |
| Long-term debt, less current portion | - | - | - | - | - | - |
| Other non-current liabilties | - | - | 1,977,490 | 431,457 | 276,237 | 15,076,025 |
| Long-term liabilities subject to compromise | | | | | | |
| Long-term debt, less current portion | - | - | - | - | - | 148,923,694 |
| **Total liabilities** | - | 17,238 | 1,977,490 | 3,283,814 | 1,898,268 | 259,602,251 |
| Common stock | - | - | - | - | - | - |
| Additional paid-in-capital | - | - | - | - | - | 85,506,792 |
| Partners' and Members' equity | - | - | - | - | - | - |
| Accumulated earnings | 9,960,700 | (3,596) | (0) | 9,238,271 | (2,532,856) | (110,230,052) |
| Treasury stock | - | - | - | - | - | - |
| **Total equity** | 9,960,700 | (3,596) | (0) | 9,238,271 | (2,532,856) | (24,723,260) |
| **Total Liabilities and Equity** | 9,960,700 | 13,642 | 1,977,490 | 12,522,085 | (634,587) | 234,878,990 |

**MOR-4**
**Summary of Unpaid Postpetition Debts and Accounts Payable Aging**
**As of August 31, 2019**
**(Unaudited)**
**Consolidated**

|  | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|
| Accounts Payable | $ 2,217,449 | $ 847,743 | $ 66,432 | $ 52,804 | $ 2,196,483 | $ 5,380,910 |
| Total Postpetition Debts | $ 2,217,449 | $ 847,743 | $ 66,432 | $ 52,804 | $ 2,196,483 | $ 5,380,910 |

Note:  Wages and payroll taxes payable excludes accrued and unpaid PTO.
Note:  Unpaid rent amounts for period from bankruptcy filing through the end of the month of May are included in post petition Accounts Payable.

**MOR-5**
**Accounts Receivable Reconciliation and Aging**
**As of August 31, 2019**
**(Unaudited)**
**Consolidated**

|  | Unbilled | 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|
| Gross Accounts Receivables | $ 16,369,783 | $ 21,947,991 | $ 8,278,935 | $ 5,051,760 | $ 22,110,312 | $ 73,758,781 |
| Allowance for Doubtful Accounts |  |  |  |  |  | (9,613,662) |
| Net Accounts Receivable |  |  |  |  |  | $ 64,145,119 |

**MOR-5a**
**DEBTOR QUESTIONNAIRE**

|  | Yes | No |
|---|---|---|
| 1. Have any assets been sold of transferred outside of the normal course of business during this reporting period? If yes, please explain below. |  | X |
| 2. Have any funds been disbursed from any account other than debtor in possession accounts during this reporting period? If yes, please provide explanation below. |  | X |
| 3. Have all post petition tax returns been timely filed? If no, provide an explanation below. | X |  |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, please provide an explanation below. | X |  |
| 4. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened, provide the required documentation pursuant to the Delaware Local Rule 4001-3. |  | X |