# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Hospital Acquisition LLC, *et al.*,[1] | ) Case No. 19-10998 (BLS) |
| Debtors. | ) Jointly Administered |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON NOVEMBER 25, 2019 AT 9:30 A.M. (ET)

**UNCONTESTED MATTER GOING FORWARD**

1. Debtors' Motion for an Order Approving the Sale of Equity Interests of LifeCare Home Health Acquisition, LLC and Granting Related Relief [D.I. 698, 11/7/19]

    Related Documents:

    A. Order Shortening the Notice Periods With Respect to the Debtors' Motion for an Order Approving the Sale of Equity Interests of LifeCare Home Health Acquisition, LLC and Granting Related Relief [D.I. 706, 11/12/19]

    Objection Deadline: November 20, 2019 at 4:00 p.m. (ET)

    Objections Received: None

    Status: As of the Objection Deadline, the Debtors have not received any objections or responses. The Debtors anticipate filing a certificate of no objection in accordance with Del. Bankr. L.R. 9013-1(j).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Hospital Acquisition LLC (3232); Hospital Acquisition Intermediate Sub LLC (9609); LifeCare Holdings LLC (f/k/a Hospital Acquisition Sub I LLC) (6612); LifeCare Behavioral Health Hospital of Pittsburgh LLC (9835); New LifeCare Hospitals LLC (7959); New LifeCare Hospitals of Dayton LLC (2592); New LifeCare Hospitals of Milwaukee LLC (2428); New LifeCare Hospitals of South Texas LLC (4237); Hospital Acquisition Sub II LLC (7920); New LifeCare Management Services LLC (4310); New LifeCare REIT 1 LLC (9849); New LifeCare Hospitals of Mechanicsburg LLC (0174); New Pittsburgh Specialty Hospital LLC (7592); LifeCare Vascular Services, LLC (5864); New LifeCare Hospitals of North Texas LLC (4279); New LifeCare Hospitals of Chester County LLC (1116); New LifeCare Hospitals of Northern Nevada LLC (4534); New San Antonio Specialty Hospital LLC (2614); New LifeCare Hospitals of North Carolina LLC (7257); New LifeCare Hospitals of Pittsburgh LLC (8759); New NextCare Specialty Hospital of Denver LLC (6416); Hospital Acquisition MI LLC (4982); LifeCare Pharmacy Services LLC (3733); New LifeCare REIT 2 LLC (1315); New LifeCare Hospitals at Tenaya LLC (6891); and New LifeCare Hospitals of Sarasota LLC (8094). The Debtors' address is 5340 Legacy Drive, Suite 150, Plano, Texas 75024.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>November 21, 2019 | */s/ Joseph M. Mulvihill*<br>**YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>M. Blake Cleary (No. 3614)<br>Jaime Luton Chapman (No. 4936)<br>Joseph M. Mulvihill (No. 6061)<br>Betsy L. Feldman (No. 6410)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>– and –<br><br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>Scott Alberino (admitted *pro hac vice*)<br>Kevin M. Eide (admitted *pro hac vice*)<br>2001 K. Street, N.W.<br>Washington, DC 20006<br>Telephone: (202) 887-4000<br>Facsimile: (202) 887-4288<br><br>Sarah Link Schultz (admitted *pro hac vice*)<br>2300 N. Field Street, Suite 1800<br>Dallas, Texas 75201<br>Telephone: (214) 969-2800<br>Facsimile: (214) 969-4343<br><br>**COUNSEL FOR DEBTORS AND DEBTORS IN POSSESSION** |