**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Hospital Acquisition LLC, *et al.*,[1] | ) | Case No. 19-10998 (BLS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
DECEMBER 3, 2019 AT 10:30 A.M. (ET)**

**CONTINUED/RESOLVED MATTERS**

1. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Using Existing Centralized Cash Management System, (B) Honor Certain Prepetition Obligations Related to the Use of the Cash Management System, and (C) Maintain Existing Bank Accounts and Check Stock and (II) Granting Related Relief [D.I. 9, 5/7/19]

    Related Documents:

    A. Interim Order (I) Authorizing the Debtors to (A) Continue Using Existing Centralized Cash Management System, (B) Honor Certain Prepetition Obligations Related to the Use of the Cash Management System, and (C) Maintain Existing Bank Accounts and Check Stock and (II) Granting Related Relief [D.I. 43, 5/8/19]

    B. Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 55, 5/9/19]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Hospital Acquisition LLC (3232); Hospital Acquisition Intermediate Sub LLC (9609); LifeCare Holdings LLC (f/k/a Hospital Acquisition Sub I LLC) (6612); LifeCare Behavioral Health Hospital of Pittsburgh LLC (9835); New LifeCare Hospitals LLC (7959); New LifeCare Hospitals of Dayton LLC (2592); New LifeCare Hospitals of Milwaukee LLC (2428); New LifeCare Hospitals of South Texas LLC (4237); Hospital Acquisition Sub II LLC (7920); New LifeCare Management Services LLC (4310); New LifeCare REIT 1 LLC (9849); New LifeCare Hospitals of Mechanicsburg LLC (0174); New Pittsburgh Specialty Hospital LLC (7592); LifeCare Vascular Services, LLC (5864); New LifeCare Hospitals of North Texas LLC (4279); New LifeCare Hospitals of Chester County LLC (1116); New LifeCare Hospitals of Northern Nevada LLC (4534); New San Antonio Specialty Hospital LLC (2614); New LifeCare Hospitals of North Carolina LLC (7257); New LifeCare Hospitals of Pittsburgh LLC (8759); New NextCare Specialty Hospital of Denver LLC (6416); Hospital Acquisition MI LLC (4982); LifeCare Pharmacy Services LLC (3733); New LifeCare REIT 2 LLC (1315); New LifeCare Hospitals at Tenaya LLC (6891); and New LifeCare Hospitals of Sarasota LLC (8094). The Debtors' address is 5340 Legacy Drive, Suite 150, Plano, Texas 75024.

    C.    Final Order (I) Authorizing the Debtors to (A) Continue Using Existing Centralized Cash Management System, (B) Honor Certain Prepetition Obligations Related to the Use of the Cash Management System, and (C) Maintain Existing Bank Accounts and Check Stock and (II) Granting Related Relief [D.I. 166, 5/29/19]

<u>Objection Deadline</u>:   May 22, 2019 at 4:00 p.m. (ET), extended for the Committee to July 16, 2019 at 4:00 p.m. (ET)

<u>Objections Received</u>:

    A.    Informal Comments from the Committee

<u>Status</u>:  A final order has been entered with respect to the relief requested in the Motion, other than with respect to Intercompany Transactions, Intercompany Claims, and related issues (the "***Intercompany Relief***").  This matter is continued by agreement of the Debtors and the Committee with respect to final approval of the Intercompany Relief.

2.    Motion of Owens & Minor Distribution, Inc. for Relief from the Automatic Stay to Permit the Exercise of Setoff Rights Against the Debtors [D.I. 179, 5/29/19]

    <u>Objection Deadline</u>:   June 12, 2019, extended for the Debtors

    <u>Related Document</u>:

        A.    Order Extending the Automatic Stay With Respect to the Motion of Owens & Minor Distribution, Inc. for Relief from the Automatic Stay to Permit the Exercise of Setoff Rights Against the Debtors [D.I. 250, 6/18/19]

        B.    Second Order Further Extending the Automatic Stay With Respect to the Motion of Owens & Minor Distribution, Inc. for Relief from the Automatic Stay to Permit the Exercise of Setoff Rights Against the Debtors [D.I. 567, 9/10/19]

        C.    Third Order Further Extending the Automatic Stay With Respect to the Motion of Owens & Minor Distribution, Inc. for Relief from the Automatic Stay to Permit the Exercise of Setoff Rights Against the Debtors [D.I. 623, 10/29/19]

        D.    Fourth Order Further Extending the Automatic Stay With Respect to the Motion of Owens & Minor Distribution, Inc. for Relief from the Automatic Stay to Permit the Exercise of Setoff Rights Against the Debtors [D.I. 674, 10/1/19]

        E.    Fifth Order Further Extending the Automatic Stay With Respect to the Motion of Owens & Minor Distribution, Inc. for Relief from the

       Automatic Stay to Permit the Exercise of Setoff Rights Against the Debtors [D.I. 729, 11/20/19

    Objections Received: None to date

    Status: This matter is adjourned by agreement of the parties to the next scheduled omnibus hearing on January 15, 2020 at 10:00 a.m. (ET).

3. Debtors' Motion for (I) an Order Establishing Bidding Procedures and Granting Related Relief and (II) an Order or Orders Approving the Sale of the Assets [D.I. 227. 6/6/19]

    Objection Deadline: August 1, 2019 at 5:00 p.m. (ET), extended for certain parties[2]

    Related Documents:

        A.    Order Establishing Bidding Procedures Relating to the Sales of All or a Portion of the Debtors' Assets [D.I. 298, 6/27/19]

        B.    Notice of Proposed Sale, Bidding Procedures, Auction, and Sale Hearing [D.I. 369, 7/9/19]

        C.    Affidavit of Publication [D.I. 384, 7/11/19]

        D.    Notice of Executory Contracts and Unexpired Leases that may be Assumed and Assigned in Connection With the Sale of the Debtors' Assets and the Proposed Cure Cost With Respect Thereto [D.I. 392, 7/17/19]

        E.    Notice of Stalking Horse Bid in Connection With Debtors' Motion for (I) an Order Establishing Bidding Procedures and Granting Related Relief and (II) an Order or Orders Approving the Sale of the Assets [D.I. 393, 7/18/19]

        F.    Notice of Filing of Order (I) Authorizing the Sale of the Assets to the Purchaser Free and Clear of Liens, Claims, Interests, and Encumbrances; (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief [D.I. 401, 7/22/19]

        G.    Order Authorizing and Approving (I) the Selection of PAM Squared, LLC as the Stalking Horse Bidder for Certain of the Debtors' Assets and (II) Related Bidding Protections [D.I. 414, 7/30/19]

        H.    Order Authorizing and Approving (I) the Selection of LifeCare 2.0, LLC as the Stalking Horse Bidder for Certain of the Debtors' Assets and

---

[2] The objection deadline was extended by agreement with respect to certain parties to various dates, each of which was in advance of the filing of this agenda.

|     | |
| --- | --- |
|     | (II) Related Bidding Protection [D.I. 443, 8/1/19] |
| I.  | Notice of (I) Successful Bidders With Respect to the Debtors' Assets, (II) Supplemental Designated Contracts, and (III) Supplemental Designated Contract Objection Deadline [D.I. 479, 8/8/19] |
| J.  | Declaration of Geoffrey Coutts in Support of the Debtors' Motion for (I) an Order Establishing Procedures and Granting Related Relief and (II) an Order or Orders Approving the Sale of Assets [D.I. 485, 8/12/19] |
| K.  | Debtors' Omnibus Reply in Support of the Debtors' Motion for (I) an Order Establishing Procedures and Granting Related Relief and (II) an Order or Orders Approving the Sale of the Assets [D.I. 486, 8/12/19] |
| L.  | Joint Reply of Seaport Loan Products, LLC as Administrative Agent, and Wilmington Trust, National Association, as Co-Administrative Agent and Collateral Agent Under the Prepetition Loan Facility and Marathon Asset Management, on Behalf of Certain Funds and Accounts, to the Objection of the Official Committee of Unsecured Creditors to the Debtors' Motion for (I) an Order Establishing Bidding Procedures and Granting Related Relief and (II) an Order or Orders Approving the Sale of the Assets [D.I. 489, 8/12/19] |
| M.  | Order (I) Authorizing the Sale of the Assets to the Purchaser Free and Clear of Liens, Claims, Interests, and Encumbrances; (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief [D.I. 519, 8/19/19] |
| N.  | Order (I) Authorizing the Sale of the Assets to the Purchaser Free and Clear of Liens, Claims, Interests, and Encumbrances; (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief [D.I. 520, 8/19/19] |
| O.  | Order (I) Authorizing the Sale of the Assets to the Purchaser Free and Clear of Liens, Claims, Interests, and Encumbrances; (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief [D.I. 528, 8/21/19] |
| P.  | Order Approving Revised Cure List [D.I. 550, 8/27/19] |
| Q.  | Order Approving Stipulation Resolving the Objection of the United States to Notice of Executory Contracts and Unexpired Leases That may be Assumed and Assigned in Connection With the Sale of the Debtors' Assets and Proposed Cure Cost With Respect Thereto and Establishing Amounts Due Upon Assumption and Assignment of Certain Provider Agreements [D.I. 631, 10/2/19] |

R.    Order Approving Stipulation Resolving (A) MPT of Dallas LTACH, L.P.'s Objection to Debtors' (I) Notice of Executory Contracts and Unexpired Leases That may be Assumed and Assigned and the Proposed Cure Cost With Respect Thereto and (II) Proposed Order Authorizing Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (B) MPT of Dallas LTACH, L.P.'s Supplemental Objection to Debtors' Notice of Executory Contracts and Unexpired Leases That may be Assumed and Assigned [D.I. 632, 10/2/19]

S.    Order Approving Stipulation by and Between the Debtors, Beach Construction, Inc. (d\b\a BC Commercial), LifeCare 2.0, LLC, DOC-LifeCare Plano LTACH, LLC, DOC-LifeCare Ft. Worth LTACH, LLC and DOC-LifeCare Pittsburgh LTACH, LLC Resolving Objection to Proposed Cure Costs and Reservation of Rights [D.I. 633, 10/2/19]

T.    Order Approving Stipulation by and Between the Debtors, LifeCare 2.0, LLC, LifeCare 2.1, LLC, LifeCare 2.2, LLC, DOC-LifeCare Plano LTACH, LLC, DOC-LifeCare Ft. Worth LTACH, LLC and DOC-LifeCare Pittsburgh LTACH, LLC Resolving Objection to Proposed Cure Costs and Reservation of Rights [D.I. 634, 10/2/19]

Objections Received:

A.    See Schedule A, attached, for Contract/Cure Objections

B.    White Oak Healthcare Finance, LLC's Statement and Reservation of Rights in Connection With Notice of Stalking Horse Bid [D.I. 406, 7/25/19]

C.    White Oak Healthcare Finance, LLC's Statement and Reservation of Rights in Connection With Notice of Stalking Horse Bid (LifeCare 2.0, LLC) [D.I. 438, 8/1/19]

D.    Objection and Reservation of Rights of Kettering Medical Center to Debtors' Motion for Entry of an Order or Orders Approving the Sale of the Assets [D.I. 442, 8/1/19]

E.    Hewlett-Packard Financial Services Company's Limited Objection and Reservation of Rights as to the Debtors' Proposed Sale and Potential Assumption and Assignment of Hewlett-Packard Financial Services' Agreements [D.I. 452, 8/1/19]

F.    Objection of the Official Committee of Unsecured Creditors of Hospital Acquisition, LLC et al., to the Debtors' Motion for (I) and Order Establishing Bidding Procedures and Granting Related Relief and (II) an Order or Orders Approving the Sale of the Assets [D.I. 459, 8/1/19]

      G.    Limited Objection of the Zurich Companies with Respect to the Debtors' Proposed Sale of Assets [D.I. 469, 8/6/19]

      H.    MPT of Dallas LTACH, L.P.'s Reservation of Rights with Respect to the Auction and Sale Motion [D.I. 473, 8/8/19]

      I.    Local Texas Taxing Authorities' Objection to Debtors' Motion for (I) an Order Establishing Bidding Procedures and Granting Related Relief and (II) an Order or Orders Approving the Sale of the Assets, and Granting Related Relief [D.I. 481, 8/9/19]

      J.    UnitedHealthcare Insurance Company's Limited Objection to Debtors' Proposed Assumption and Assignment of Certain Designated Executory Contracts [D.I. 529, 8/21/19]

      K.    Objection of Cigna Health and Life Insurance Company and Life Insurance Company of North America to Notice of (I) Successful Bidders with Respect to the Debtors' Assets, (II) Supplemental Designated Contracts, and (III) Supplemental Designated Contract Objection Deadline [D.I. 536, 8/22/19]

      L.    MPT of Dallas LTACH, L.P.'s Supplemental Objection to Debtors' Notice of Executory Contracts and Unexpired Leases That may be Assumed and Assigned [D.I. 606, 9/23/19]

Status:  Orders have been entered resolving certain of the cure objections. The remainder of the cure objections are adjourned.

4.    Debtors' Third Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Unexpired Leases of Nonresidential Real Property and Executory Contracts Effective as of the Applicable Rejection Date [D.I. 660, 10/21/19]

Objection Deadline:   November 4, 2019 at 4:00 p.m. (ET)

Related Documents:

      A.    Certificate of No Objection [D.I. 688, 11/5/19]

      B.    Order Authorizing the Debtors to Reject Certain Unexpired Leases of Nonresidential Real Property and Executory Contracts Effective as of the Applicable Rejection Date [D.I. 692, 11/6/19]

Objections Received:  None

Status: An order has been entered.  No hearing is required.

5.     Debtors' Fourth Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Unexpired Leases of Nonresidential Real Property and Executory Contracts Effective as of the Applicable Rejection Date [D.I. 661, 10/21/19]

      Objection Deadline:    November 4, 2019 at 4:00 p.m. (ET)

      Related Documents:

           A.     Certificate of No Objection [D.I. 689, 11/5/19]

           B.     Order Authorizing the Debtors to Reject Certain Unexpired Leases of Nonresidential Real Property and Executory Contracts Effective as of the Applicable Rejection Date [D.I. 693, 11/6/19]

      Objections Received:   None

      Status: An order has been entered.  No hearing is required.

6.     Debtors' Fifth Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Unexpired Leases of Nonresidential Real Property and Executory Contracts Effective as of the Applicable Rejection Date [D.I. 662, 10/21/19]

      Objection Deadline:    November 4, 2019 at 4:00 p.m. (ET)

      Related Documents:

           A.     Certificate of No Objection [D.I. 690, 11/5/19]

           B.     Order Authorizing the Debtors to Reject Certain Unexpired Leases of Nonresidential Real Property and Executory Contracts Effective as of the Applicable Rejection Date [D.I. 694, 11/6/19]

      Objections Received:   None

      Status: An order has been entered.  No hearing is required.

7.     Debtors' Seventh Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Unexpired Leases of Nonresidential Real Property and Executory Contracts Effective as of the Applicable Rejection Date [D.I. 678, 10/31/19]

      Objection Deadline:    November 14, 2019 at 4:00 p.m. (ET)

      Objections Received:   None

      Related Documents:

           A.     Certificate of No Objection [D.I. 737, 11/22/19]

      B.      Order Authorizing the Debtors to Reject Certain Executory Contracts Effective as of the Rejection Date [D.I. 741, 11/25/19]

  Status: An order has been entered.  No hearing is required.

8. Debtors' Motion for Entry of an Order Approving the Debtors' Incentive Plans Related to Accounts Receivable Collections and Cost Reporting [D.I. 697, 11/7/19]

   Objection Deadline:   November 21, 2019 at 4:00 p.m. (ET)

   Objections Received:  None

   Related Documents:

       A.    Certificate of No Objection [D.I. 737, 11/22/19]

       B.    Order Approving the Debtors' Incentive Plans Related to Accounts Receivable Collections and Cost Reporting [D.I. 743, 11/26/19]

   Status: An order has been entered.  No hearing is required.

9. Motion of Renown South Meadows Medical Center to Allow and Compel Payment for Postpetition Rent, Services and Good Pursuant to 11 U.S.C. §§ 365(d)(3) and §503(b) [D.I. 712, 11/14/19]

   Objection Deadline:   November 26, 2019 at 4:00 p.m. (ET), extended for the Debtors to December 10, 2019 at 4:00 p.m. (ET)

   Objections Received:  None to Date

   Status: This matter has been adjourned by agreement of the parties to January 15, 2019 at 10:00 a.m. (ET).

**INTERIM FEE APPLICATIONS**

10. Interim Fee Applications

    Related Documents:

        A.    See Schedule 1, attached

        B.    Certification of Counsel Regarding Omnibus Order Approving First Interim Fee Applications of Professionals [D.I. 745, 11/26/19]

        C.    Certificate of No Objection [D.I. 746, 11/26/19]

        D.    Omnibus Order Approving First Interim Fee Applications of Professionals [D.I. 748, 11/26/19]

  E. Order Approving Fourth and Final Application of Houlihan Lokey Capital, Inc. as Financial Advisor and Investment Banker for the Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses for the Period From May 6, 2019 Through October 1, 2019 [D.I. 749, 11/26/19]

Status: Orders have been entered. No hearing is required.

## MATTERS UNDER CERTIFICATION

11. Debtors' Motion for Entry of an Order Authorizing the Debtors to (I) Employ and Retain Seelig + Cussigh HCO LLC to Provide Medical Record Disposition Services, Effective as of October 3, 2019, and (II) Dispose of Remaining Patient Records in the Debtors' Possession [D.I. 707, 11/12/19]

Objection Deadline: November 26, 2019 at 4:00 p.m. (ET), extended for the U.S. Trustee to November 27, 2019

Related Documents:

  A. Declaration of Tracey Dry in Support of the Debtors' Motion for Entry of an Order Authorizing the Debtors to (I) Employ and Retain Seelig + Cussigh HCO LLC to Provide Medical Record Disposition Services, Effective as of October 3, 2019, and (II) Dispose of Remaining Patient Records in the Debtors' Possession [D.I. 754, 11/27/19]

  B. Certification of Counsel [D.I. 755, 11/27/19]

Objections Received:

  A. Informal comments from the U.S. Trustee

Status: A certification of counsel has been filed. No hearing is required unless the Court has questions.

## UNCONTESTED MATTERS GOING FORWARD

12. Debtors' Sixth Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Unexpired Leases of Nonresidential Real Property and Executory Contracts Effective as of the Applicable Rejection Date [D.I. 663, 10/21/19]

Objection Deadline: November 4, 2019 at 4:00 p.m. (ET), extended for certain parties

Objections Received:

  A. Limited Objection of Whetstone Legacy Campus, L.P. to Debtors' Sixth Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Unexpired Leases of Nonresidential Real Property and Executory

        Contracts Effective as of the Applicable Rejection Date [D.I. 691, 11/5/19]

        <u>Status</u>: The Debtors have resolved in principle the limited objection of Whetstone Legacy Campus and intend to submit a revised order prior to or at the hearing. This matter will be going forward.

13. Debtors' Motion for Entry of an Order (I) Approving the Combined Disclosure Statement and Plan on an Interim Basis for Solicitation Purposes Only; (II) Establishing Solicitation and Tabulation Procedures; (III) Approving the Form of Ballots and Solicitation Materials; (IV) Establishing Bar Dates for Filing Proofs of Claim for Secured, Priority, and 503(b)(9) Claims and Requests for Allowance of Initial Administrative Claims; and (VII) Granting Related Relief [D.I. 720, 11/15/19]

    <u>Objection Deadline</u>: November 25, 2019 at 4:00 p.m. (ET), extended for Cigna to 11/27/19 at 11:00 a.m. (ET)

    <u>Objections Received</u>:

    A. Objection of Cigna Health and Life Insurance Company [D.I. 753, 11/27/19]

    B. Informal comments
        i. U.S. Trustee
        ii. Committee
        iii. Prepetition Priming Term Loan Lenders
        iv. Prepetition Priming Term Facility Agent
        v. Prepetition Second Term Facility Agents
        vi. White Oak Healthcare Finance, LLC

    <u>Related Documents</u>:

    A. Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation of Hospital Acquisition LLC and its Affiliated Debtors, dated November 15, 2019 [D.I. 719, 11/15/19]

    B. Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation of Hospital Acquisition LLC and its Affiliated Debtors, dated November 27, 2019 [D.I. 756, 11/27/19]

    C. Notice of Blackline of Revised Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation of Hospital Acquisition LLC and its Affiliated Debtors [D.I. 757, 11/27/19]

    <u>Status</u>: The Debtors have resolved in principle Cigna's objection through language to be included in a revised form of order. The Debtors believe they have addressed all informal comments through revisions to the Combined Disclosure Statement and Plan. This matter will be going forward.

Dated: Wilmington, Delaware
November 27, 2019

*/s/ Jaime Luton Chapman*
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
M. Blake Cleary (No. 3614)
Jaime Luton Chapman (No. 4936)
Joseph M. Mulvihill (No. 6061)
Betsy L. Feldman (No. 6410)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

– and –

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Scott Alberino (admitted *pro hac vice*)
Kevin M. Eide (admitted *pro hac vice*)
2001 K. Street, N.W.
Washington, DC 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288


Sarah Link Schultz (admitted *pro hac vice*)
2300 N. Field Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343

**COUNSEL FOR DEBTORS AND DEBTORS IN POSSESSION**