IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Hospital Acquisition LLC, *et al.*,[1] | ) ) ) | Case No. 19-10998 (BLS) |
| Debtors. | ) ) ) | Jointly Administered |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
FEBRUARY 5, 2020 AT 9:30 A.M. (ET)**

**ADJOURNED MATTER**

1. Motion of Owens & Minor Distribution, Inc. for Relief from the Automatic Stay to Permit the Exercise of Setoff Rights Against the Debtors [D.I. 179, 5/29/19]

    Objection Deadline:  June 12, 2019, extended for the Debtors through February 26, 2020.

    Related Document:

    A. Order Extending the Automatic Stay With Respect to the Motion of Owens & Minor Distribution, Inc. for Relief from the Automatic Stay to Permit the Exercise of Setoff Rights Against the Debtors [D.I. 250, 6/18/19]

    B. Second Order Further Extending the Automatic Stay With Respect to the Motion of Owens & Minor Distribution, Inc. for Relief from the Automatic Stay to Permit the Exercise of Setoff Rights Against the Debtors [D.I. 567, 9/10/19]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Hospital Acquisition LLC (3232); Hospital Acquisition Intermediate Sub LLC (9609); LifeCare Holdings LLC (f/k/a Hospital Acquisition Sub I LLC) (6612); LifeCare Behavioral Health Hospital of Pittsburgh LLC (9835); New LifeCare Hospitals LLC (7959); New LifeCare Hospitals of Dayton LLC (2592); New LifeCare Hospitals of Milwaukee LLC (2428); New LifeCare Hospitals of South Texas LLC (4237); Hospital Acquisition Sub II LLC (7920); New LifeCare Management Services LLC (4310); New LifeCare REIT 1 LLC (9849); New LifeCare Hospitals of Mechanicsburg LLC (0174); New Pittsburgh Specialty Hospital LLC (7592); LifeCare Vascular Services, LLC (5864); New LifeCare Hospitals of North Texas LLC (4279); New LifeCare Hospitals of Chester County LLC (1116); New LifeCare Hospitals of Northern Nevada LLC (4534); New San Antonio Specialty Hospital LLC (2614); New LifeCare Hospitals of North Carolina LLC (7257); New LifeCare Hospitals of Pittsburgh LLC (8759); New NextCare Specialty Hospital of Denver LLC (6416); Hospital Acquisition MI LLC (4982); LifeCare Pharmacy Services LLC (3733); New LifeCare REIT 2 LLC (1315); New LifeCare Hospitals at Tenaya LLC (6891); and New LifeCare Hospitals of Sarasota LLC (8094).  The Debtors' address is 2024 W. 15th Street, Suite F-392, Plano, Texas 75075.

    C.    Third Order Further Extending the Automatic Stay With Respect to the Motion of Owens & Minor Distribution, Inc. for Relief from the Automatic Stay to Permit the Exercise of Setoff Rights Against the Debtors [D.I. 623, 10/29/19]

    D.    Fourth Order Further Extending the Automatic Stay With Respect to the Motion of Owens & Minor Distribution, Inc. for Relief from the Automatic Stay to Permit the Exercise of Setoff Rights Against the Debtors [D.I. 674, 10/1/19]

    E.    Fifth Order Further Extending the Automatic Stay With Respect to the Motion of Owens & Minor Distribution, Inc. for Relief from the Automatic Stay to Permit the Exercise of Setoff Rights Against the Debtors [D.I. 729, 11/20/19

Objections Received:  None to date

Status:  This matter has been adjourned by agreement of the parties to the hearing scheduled for March 4, 2020, at 9:30 a.m. (ET).  The parties have agreed that the Debtors' objection deadline shall be extended to February 26, 2020, and Owens & Minor Distribution, Inc.'s reply deadline shall be February 28, 2020.

## **FEE APPLICATIONS**

2.     Second Interim Fee Applications

    Related Documents:

        a)  See Schedule 1

        b)  Fee Examiner's Final Report Regarding Second Interim Fee Application Request of Akin Gump Strauss Hauer & Feld LLC [D.I. 922, 1/30/20]

        c)  Certification of Counsel Regarding Omnibus Order Approving Professionals' Final Fee Applicatrions for the Period From May 7, 2019 Through December 3, 2019 [D.I. 923, 1/30/20]

        d)  Omnibus Order Approving Professionals' Final Interim Fee Applications for the Period From May 21, 2019 Through December 3, 2019 [D.I. 926, 1/31/20]

        e)  Certification of Counsel Regarding Omnibus Order Approving Second Interim Fee Applications of Professionals [D.I. 927, 1/31/20]

        f)  Omnibus Order Approving Second Interim Fee Applications of Professionals [D.I. 929, 2/3/20]

    Status:  Orders have been entered.  No hearing is required.

**CONTESTED MATTER GOING FORWARD**

3. Debtors' Omnibus Motion for an Order (I) Authorizing the Debtors to Assume and Assign Certain Executory Contracts to LifeCare 2.0, LLC, (II) Fixing Cure Amounts, and (III) Granting Related Relief [D.I. 901, 1/15/20]

   Objection Deadline:   January 29, 2020 at 4:00 p.m. (ET). Extended for DOC REIT with permission of the Court to February 4, 2020 at 4:00 p.m. (ET).

   Objections Filed:

   A. Objection of the United States to the Debtors' Omnibus Motion for an Order (I) Authorizing the Debtors to Assume and Assign Certain Executory Contracts to LifeCare 2.0, LLC, (II) Fixing Cure Amounts, and (III) Granting Related Relief [D.I. 921, 1/29/20]

   Status: This matter is going forward.

Dated: Wilmington, Delaware
      February 3, 2020                             */s/ Joseph M. Mulvihill*
                                          **YOUNG CONAWAY STARGATT & TAYLOR, LLP**
M. Blake Cleary (No. 3614)
Jaime Luton Chapman (No. 4936)
Joseph M. Mulvihill (No. 6061)
Betsy L. Feldman (No. 6410)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

– and –

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Scott Alberino (admitted *pro hac vice*)
Kevin M. Eide (admitted *pro hac vice*)
2001 K. Street, N.W.
Washington, DC 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288

Sarah Link Schultz (admitted *pro hac vice*)
2300 N. Field Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343

**COUNSEL FOR DEBTORS AND DEBTORS IN POSSESSION**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) ) Chapter 11 |
| Hospital Acquisition LLC, *et al.*, | ) ) Case No. 19-10998 (BLS) |
| Debtors. | ) ) Jointly Administered ) Hr'g: 2/5/20 at 9:30 a.m. (ET) |

## SCHEDULE 1
## FEE APPLICATION INDEX
## SECOND INTERIM FEE REQUEST

A. Second Interim Fee Application of Young Conaway Stargatt & Taylor, LLP, Co-Counsel for the Debtor, for the Period From August 1, 2019 Through and Including October 31, 2019 [D.I. 801, 12/16/19]

   1. Monthly Application for the Period August 1, 2019 through August 30, 2019 [D.I. 613, 9/26/19]

   2. Certificate of No Objection [D.I. 656, 10/21/19]

   3. Monthly Application for the Period September 1, 2019 through September 30, 2019 [D.I. 664, 10/23/19]

   4. Certificate of No Objection [D.I. 716, 11/15/19]

   5. Monthly Application for the Period October 1, 2019 through October 31, 2019 [D.I. 728, 11/20/19]

   6. Certificate of No Objection [D.I. 796, 12/13/19]

   7. Supplement to Second Interim Fee Request of Young Conaway Stargatt & Taylor, LLP [D.I. 802, 12/16/19]

   8. Fee Examiner's Final Report Regarding Second Interim Fee Application Request of Young Conaway Stargatt & Taylor, LLP [D.I_917, 1/28/20]_

case 19-10998-BLS    Doc 931    Filed 02/03/20    Page 6 of 9

B.    Second Interim Fee Application of Akin Gump Strauss Hauer & Feld LLP as Counsel to the Debtor, for the Period From August 1, 2019 Through and Including October 31, 2019 [D.I. 801, 12/16/19]

    1.    Monthly Application for the Period August 1, 2019 through August 31, 2019 [D.I. 638, 10/7/19]

    2.    Certificate of No Objection [D.I. 684, 11/5/19]

    3.    Monthly Application for the Period September 1, 2019 through September 30, 2019 [D.I. 700, 11/7/19]

    4.    Certificate of No Objection [D.I. 788, 12/10/19]

    5.    Monthly Application for the Period October 1, 2019 through October 31, 2019 [D.I. 734, 11/21/19]

    6.    Certificate of No Objection [D.I. 797, 12/13/19]

C.    First Interim Fee Application of Direct Fee Review LLC, Fee Examiner, for the Period From June 7, 2019 Through and Including October 31, 2019 [D.I. 801, 12/16/19]

    1.    Monthly Application for the Period June 7, 2019 through September 30, 2019 [D.I. 658, 10/21/19]

    2.    Certificate of No Objection [D.I. 738, 11/22/19]

    3.    Monthly Application for the Period October 1, 2019 through October 31, 2019 [D.I. 732, 11/21/19]

    4.    Certificate of No Objection [D.I. 799, 12/16/19]

D.    Second Interim Fee Application of Berkeley Research Group as Financial Advisor for the Debtors for the Period From August 1, 2019 Through and Including October 31, 2019 [D.I. 801, 12/16/19]

    1.    Monthly Application for the Period August 1, 2019 through August 31, 2019 [D.I. 669, 10/25/19]

    2.    Certificate of No Objection [D.I. 783, 12/5/19]

    3.    Monthly Application for the Period September 1, 2019 through September 30, 2019 [D.I. 784, 12/6/19]

    4.    Certificate of No Objection [D.I. 823, 12/30/19/19]


      5.      Monthly Application for the Period October 1, 2019 through October 31, 2019 [D.I. 793, 12/12/19]

      6.      Certificate of No Objection [D.I. 840, 1/6/20]

      5.      Fee Examiner Report Final Report Regarding Second Interim Fee Application Request of Berkeley Research Group, LLC [D.I. 918, 1/28/20]

E.      Second Interim Fee Application of Bayard, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Period from August 1, 2019 Through October 31, 2019 [D.I. 810, 12/17/19]

      1.      Monthly Application for the Period August 1, 2019 through August 31, 2019 [D.I. 650, 10/11/19]

      2.      Certificate of No Objection [D.I. 683, 11/5/19]

      3.      Monthly Application for the Period September 1, 2019 through October 31, 2019 [D.I. 806, 12/17/19]

      4.      Fee Examiner's Final Report Regarding Second Interim Application Request of Bayard, P.A. [D.I. 916, 1/28/20]

F.      Second Interim Fee Application of Greenberg Traurig, LLP for Compensation and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period From August 1,2019 Through October 31, 2019 [D.I. 811, 12/17/19]

      1.      Monthly Application for the Period August 1, 2019 through August 31, 2019 [D.I. 618, 9/27/19]

      2.      Certificate of No Objection [D.I. 659, 10/21/19]

      3.      Monthly Application for the Period September 1, 2019 through September 30, 2019 [D.I. 679, 11/1/, 19]

      4.      Certificate of No Objection [D.I. 750, 11/26/19]

      5.      Monthly Application for the Perior October 1, 2019 through October 31, 2019 [D.I. 727, 11/20/19]

      6.      Certificate of No Objection [D.I. 791, 12/11/19]

      7.      Fee Examiner's Final Report Regarding Second Interim Fee Application Request of Greenberg Traurig, LLP [D.I. 911. 1/21/20]

G.      Second Interim Fee Application of Alvarez & Marsal North America, LLC for Payment of Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period From August 1, 2019 Through October 31,

      2019 [D.I. 803, 12/16/19]

      1.      Monthly Application for the Period August 1, 2019 through August 31, 2019 [D.I. 584, 9/16/19]

      2.      Certificate of No Objection [D.I. 645, 10/8/19]

      3.      Monthly Application for the Period September 1, 2019 through September 30, 2019 [D.I. 665, 10/23/19]

      4.      Certificate of No Objection [D.I. 713, 11/14/19]

      5.      Monthly Application for the Period October 1, 2019 through October 31, 2019 [D.I. 722, 11/18/19]

      6.      Certificate of No Objection [D.I. 789, 12/10/19]

      7.      Fee Examiner's Final Report Regarding Second Interim Fee Application Request of Alvarez & Marsal North America, LLC [D.I. 907, 1/21/20]_

H.      Sixth Monthly and Final Fee Application of the Patient Care Ombudsman and Seelig + Cussigh HCO LLC as Advisor to Patient Care Ombudsman for Allowance of Compensation and Reimbursement of Expenses for the Period From May 21, 2019 Through December 3, 2019 [D.I. 850, 1/7/20]

      1.      Monthly Application for the Period August 1, 2019 through August 31, 2019 [D.I. 601, 9/19/19]

      2.      Certificate of No Objection [D.I. 655, 10/16/19]

      3.      Monthly Application for the Period September 1, 2019 through September 30, 2019 [D.I. 695, 11/6/19]

      4.      Certificate of No Objection [D.I. 782, 12/5/19]

      5.      Fee Examiner's Report Regarding Fourth Through Sixth Monthly and Final Fee Application Request of Seelig + Cussigh HCO LLC [D.I. 908, 1/21/20]

I.      Seventh Monthly and Final Fee Application of Perkins Coie LLP, Co-Counsel to the Patient Care Ombudsman, for Allowance of Compensation and Reimbursement of Expenses for the Period of May 27, 2019 through December 3, 2019 [D.I. 867, 1/13/20]

      1.      Monthly Application for the Period August 1, 2019 through August 31, 2019 [D.I. 589, 9/17/19]

      2.      Certificate of No Objection [D.I. 653, 10/16/19]

   3. Monthly Application for the Period September 1, 2019 through September 30, 2019 [D.I. 715, 11/15/19]

   4. Certificate of No Objection [D.I. 787, 12/10/19]

   5. Fee Examiner's Final Report Regarding Fourth Through Seventh Monthly and Final Fee Application Requests of Perkins Coie LLP [D.I. 914, 1/23/20]

J. Second Interim and Final Fee Application of Morris James LLP, Co-Counsel to Patient Care Ombudsman, for Allowance of Compensation and Reimbursement of Expenses for the Period of May 27, 2019 through December 3, 2019 [D.I. 868, 1/13/19]

   1. Monthly Application for the Period August 1, 2019 through August 30, 2019 [D.I. 595, 9/18/19]

   2. Certificate of No Objection [D.I. 654, 10/16/19]

   3. Monthly Application for the Period September 1, 2019 through September 30, 2019 [D.I. 666, 10.24/19]

   4. Certificate of No Objection [D.I. 714, 11/15/19]

   5. Monthly Application for the Period October 1, 2019 through October 31, 2019 [D.I. 711, 11/14/19]

   6. Certificate of No Objection [D.I. 786, 12/9/19]

   7. Monthly Application for the Period November 1, 2019 through November 30, 2019 [D.I. 827, 1/2/20]

   8. Fee Examiner's Final Report Regarding Second Interim and Final Fee Application Request of Morris James LLP [D.I. 920, 1/29/20]