IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Hospital Acquisition LLC, *et al.*,[1] | ) ) ) | Case No. 19-10998 (BLS) |
| Debtors. | ) ) ) | Jointly Administered |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
FEBRUARY 19, 2020 AT 11:00 A.M. (ET)**

**CONTESTED MATTER GOING FORWARD**

1. Debtors' First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 895, 1/15/20]

    Objection Deadline: January 29, 2020, extended for Respondents

    Related Document:

    A. Order Sustaining Debtors' First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 930, 2/3/20]

    B. Debtors' Reply in Support of Objection to Response Filed by Froedtert Health, Inc. [D.I. 945, 2/14/20]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Hospital Acquisition LLC (3232); Hospital Acquisition Intermediate Sub LLC (9609); LifeCare Holdings LLC (f/k/a Hospital Acquisition Sub I LLC) (6612); LifeCare Behavioral Health Hospital of Pittsburgh LLC (9835); New LifeCare Hospitals LLC (7959); New LifeCare Hospitals of Dayton LLC (2592); New LifeCare Hospitals of Milwaukee LLC (2428); New LifeCare Hospitals of South Texas LLC (4237); Hospital Acquisition Sub II LLC (7920); New LifeCare Management Services LLC (4310); New LifeCare REIT 1 LLC (9849); New LifeCare Hospitals of Mechanicsburg LLC (0174); New Pittsburgh Specialty Hospital LLC (7592); LifeCare Vascular Services, LLC (5864); New LifeCare Hospitals of North Texas LLC (4279); New LifeCare Hospitals of Chester County LLC (1116); New LifeCare Hospitals of Northern Nevada LLC (4534); New San Antonio Specialty Hospital LLC (2614); New LifeCare Hospitals of North Carolina LLC (7257); New LifeCare Hospitals of Pittsburgh LLC (8759); New NextCare Specialty Hospital of Denver LLC (6416); Hospital Acquisition MI LLC (4982); LifeCare Pharmacy Services LLC (3733); New LifeCare REIT 2 LLC (1315); New LifeCare Hospitals at Tenaya LLC (6891); and New LifeCare Hospitals of Sarasota LLC (8094). The Debtors' address is 2024 W. 15th Street, Suite F-392, Plano, Texas 75075.

25871043.1

Objections Received:

A.  Informal Responses

   i. Cardinal Health 110, LLC and Cardinal Health 200, LLC
   ii. Constellation NewEnergy, Inc. and Constellation NewEnergy – Gas Division, LLC
   iii. Dallas County Hospital District d/b/a Parkland Health & Hospital System

B.  Response from Froedtert Health, Inc. [D.I. 941, 2/11/20]

Status: This matter will be going forward with respect to Items A(iii) and B above. The Debtors have reached an interim resolution with the Respondent in Item A(i) above, and the matter with respect thereto has been adjourned by agreement of the parties to the hearing scheduled for March 4, 2020 at 9:30 a.m. (ET). The Debtors are continuing to work toward a consensual resolution with the Respondents in Item A(iii) above, and the Debtors anticipate adjourning the matter to the hearing scheduled for March 4, 2020 at 9:30 a.m. (ET).

Dated: Wilmington, Delaware
February 14, 2020

/s/ Betsy L. Feldman
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
M. Blake Cleary (No. 3614)
Jaime Luton Chapman (No. 4936)
Joseph M. Mulvihill (No. 6061)
Betsy L. Feldman (No. 6410)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
mbcleary@ycst.com
jchapman@ycst.com
jmulvihill@ycst.com
bfeldman@ycst.com

– and –

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Scott Alberino (admitted *pro hac vice*)
Kevin M. Eide (admitted *pro hac vice*)
2001 K. Street, N.W.
Washington, DC 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288

Sarah Link Schultz (admitted *pro hac vice*)

2300 N. Field Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343

**COUNSEL FOR DEBTORS AND DEBTORS IN POSSESSION**

25871043.1                                3