# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Hospital Acquisition LLC, *et al.*,[1] | ) Case No. 19-10998 (BLS) |
| Debtors. | ) Jointly Administered |

## JOINT EXHIBIT LIST

Pursuant to Paragraph 1 of the parties' Agreed Scheduling Order entered in the case on May 11, 2020 [Dkt. No. 1078], and in accordance with the deadlines discussed during the status conference held on May 29, 2020 (the "Status Conference"), LifeCare 2.0, LLC ("LifeCare 2.0") and the debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), by and through their undersigned counsel, submit the following list of exhibits relative to the hearing scheduled by the Court for June 4, 2020 (the "Hearing") in connection with the resolution of disputes under the Asset Purchase Agreement and the allowance and payment of administrative claims of LifeCare 2.0 filed in the Debtors' chapter 11 cases (the "Action").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Hospital Acquisition LLC (3232); Hospital Acquisition Intermediate Sub LLC (9609); LifeCare Holdings LLC (f/k/a Hospital Acquisition Sub I LLC) (6612); LifeCare Behavioral Health Hospital of Pittsburgh LLC (9835); New LifeCare Hospitals LLC (7959); New LifeCare Hospitals of Dayton LLC (2592); New LifeCare Hospitals of Milwaukee LLC (2428); New LifeCare Hospitals of South Texas LLC (4237); Hospital Acquisition Sub II LLC (7920); New LifeCare Management Services LLC (4310); New LifeCare REIT 1 LLC (9849); New LifeCare Hospitals of Mechanicsburg LLC (0174); New Pittsburgh Specialty Hospital LLC (7592); LifeCare Vascular Services, LLC (5864); New LifeCare Hospitals of North Texas LLC (4279); New LifeCare Hospitals of Chester County LLC (1116); New LifeCare Hospitals of Northern Nevada LLC (4534); New San Antonio Specialty Hospital LLC (2614); New LifeCare Hospitals of North Carolina LLC (7257); New LifeCare Hospitals of Pittsburgh LLC (8759); New NextCare Specialty Hospital of Denver LLC (6416); Hospital Acquisition MI LLC (4982); LifeCare Pharmacy Services LLC (3733); New LifeCare REIT 2 LLC (1315); New LifeCare Hospitals at Tenaya LLC (6891); and New LifeCare Hospitals of Sarasota LLC (8094). The Debtors' address is 2024 W. 15th Street, Suite F-392, Plano, Texas 75075.

| JX Ex. # | Dep. Ex. # | Exhibit Description |
|---|---|---|
| Joint Exhibit 1 | Asberry 1; LeBlanc A-1 | Asset Purchase Agreement by and among LifeCare Holdings LLC as Sellers, and LifeCare 2.0, LLC, as Buyer dated July 30, 2019 |
| Joint Exhibit 2 | | Amendment to Asset Purchase Agreement dated August 20, 2019 by and among LifeCare 2.0, LLC and LifeCare Holdings LLC |
| Joint Exhibit 3 | LeBlanc A-2 | Second Amendment to Asset Purchase Agreement dated September 30, 2019 by and among LifeCare 2.0, LLC and LifeCare Holdings LLC |
| Joint Exhibit 4 | Asberry 2; LeBlanc A-3 | Third Amendment to Asset Purchase Agreement dated September 30, 2019 by and among LifeCare 2.0, LLC and LifeCare Holdings LLC |
| Joint Exhibit 5 | | Objection of the United States to Notice of Executory Contracts and Unexpired Leases that May be Assumed and Assigned in Connection with the Sale of the Debtors' Assets and Proposed Cure Cost with Respect Thereto [Dkt. No. 458] |
| Joint Exhibit 6 | Scott 2 | Order (I) Authorizing the Sale of the Assets to the Purchaser Free and Clear of Liens, Claims, Interests, and Encumbrances; (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief dated August 21, 2019 [Dkt. No. 528] [Bates-numbered LC2.0_0001293-1392] |
| Joint Exhibit 7 | | Proposed Order Approving CMS Stipulation dated October 1, 2019 [Dkt. No. 625] |
| Joint Exhibit 8 | | Order Approving CMS Stipulation dated October 2, 2019 [Dkt. No. 631] |
| Joint Exhibit 9 | | Declaration Of Michael Scott In Support Of Confirmation Of The Debtors' Chapter 11 Plan Of Liquidation (D.I. 873) |
| Joint Exhibit 10 | | Notice of Filing of Further Revised Combined Disclosure Statement and Amended Joint Chapter 11 Plan of Liquidation of Hospital Acquisition LLC and its Affiliated Debtors dated January 15, 2020 [Dkt. No. 889] |
| Joint Exhibit 11 | | Findings of Fact, Conclusions of Law and Order Approving and Confirming the Combined Disclosure Statement and Amended Joint Chapter 11 Plan of Liquidation of Hospital Acquisition LLC and its Affiliated Debtors dated January 15, 2020 [Dkt. No. 893] |
| Joint Exhibit 12 | Cronin 1 | Declaration of J. Michael Cronin filed as Exhibit A to the Debtors' Objection to LifeCare 2.0 LLC's (I) Motion to Enforce Terms of Sale Order and for Specific Performance of Debtors' Obligations under Asset Purchase Agreement, and/or (II) Application for Allowance and Payment of Administrative Expense Claim dated May 20, 2020 [Dkt. No. 1087] |
| Joint Exhibit 13 | Asberry 6 | Email from M. Cronin to M. Freeman, copying J. Asberry and C. LeBlanc dated September 26, 2019 [Bates-numbered LC2.0_0000064-66] |

| JX Ex. # | Dep. Ex. # | Exhibit Description |
|---|---|---|
| Joint Exhibit 14 | Cronin 3 | Letter from M. Cronin to T. Bigsby (Novitas) dated April 22, 2019 attaching quarterly PIP report and supporting documentation [Bates-numbered CMS_004176-4187; LCH-0000001] |
| Joint Exhibit 15 | Cronin 4 | Email from M. Cronin to T. Bigsby (Novitas) dated September 17, 2019 attaching letter dated September 16, 2019 [Bates-numbered LCH-0001286-1301] |
| Joint Exhibit 16 | Exhibit D to the Declaration of J. Michael Cronin; Cronin 5; LeBlanc A-5 | Email from M. Cronin to C. LeBlanc copying M. Scott and G. Coutts dated September 5, 2019 attaching Novitas letter dated July 19, 2019 [Bates-numbered LCH-0001316-1321] |
| Joint Exhibit 17 | Cronin 6 | Email from M. Cronin to J. Asberry copying M. Scott and C. LeBlanc dated October 17, 2019 [Bates-numbered LCH-0001243, LCH-0001377, and LCH-0001245] |
| Joint Exhibit 18 | Exhibit B to the Declaration of J. Michael Cronin; Freeman 7 | Letter from Novitas to M. Cronin dated September 30, 2019 [Bates-numbered LCH-0000911-0925] |
| Joint Exhibit 19 | LeBlanc A-6; Exhibit C to the Declaration of J. Michael Cronin | Email from M. Cronin to C. LeBlanc copying M. Scott and G. Coutts dated September 13, 2019 [Bates-numbered LCH-0001415-1416; LCH-0001302-] |
| Joint Exhibit 20 | LeBlanc A-10 | Email from C. LeBlanc to M. Cronin copying M. Scott and G. Coutts dated September 18, 2019 [Bates-numbered LCH-0001414] |
| Joint Exhibit 21 | LeBlanc A-11 | Email from M. Cronin to M. Freeman copying J. Asberry, and C. LeBlanc dated September 26, 2019 attaching Novitas letters dated December 18, 2020 [Bates-numbered LC2.0_0000067-083] |
| Joint Exhibit 22 | LeBlanc B-3 | Email from M. Cronin to J. Asberry and C. LeBlanc dated January 7, 2020 attaching Novita $1.6m overpayment letter dated December 26, 2020 [Bates-numbered LC2.0_0000045-63; LCH-0001095] |
| Joint Exhibit 23 | | Letter from M. Cronin to T. Bigsby at Medicare Audit & Reimbursement re: Medicare Quarterly PIP Report =dated September 16, 2019 [Bates-numbered LC2.0_0000004-18] |
| Joint Exhibit 24 | | North Texas Cost Report for FYE 2019 [Bates-numbered LCH-0000681-747] |

| JX Ex. # | Dep. Ex. # | Exhibit Description |
|---|---|---|
| Joint Exhibit 25 | | Email from M. Cronin to M. Scott dated September 5, 2019 attaching summary of PIP payments [Bates-numbered LCH-0001304-1308] |
| Joint Exhibit 26 | | Email from E. Wolfish to S. Schultz and R. Morris copying K. Eide, C. Hiner, and M. Cronin dated September 27, 2019 [Bates-numbered LCH-0000527-532] |
| Joint Exhibit 27 | | Email from S. Schultz to R. Morris copying K. Eide, C. Hiner, and E. Wolfish dated October 1, 2019 with attachments [Bates-numbered LCH-0000590-610] |
| Joint Exhibit 28 | | Email from M. Cronin to M. Scott dated March 1, 2020 attaching July 19, 2019 Novitas letter [Bates-numbered LCH-0001035-1052] |
| Joint Exhibit 29 | Freeman 1 | LifeCare 2.0, LLC's Disclosure of Potential Expert Testimony of Michael C. Freeman, Jr. dated May 29, 2020 |
| Joint Exhibit 30 | Freeman 5 | Excerpt of Provider Reimbursement Manual, Section 2400 – 2409 [Bates-numbered LCH-0002676-2727] |
| Joint Exhibit 31 | Freeman 13 | Email from M. Freeman to C. Leblanc dated April 2, 2020 attaching Approved LSA [Bates-numbered LC2.0_0000128-129; LC2.0_0000151] |
| Joint Exhibit 32 | | Email from E. Wolfish to B. Nelson copying D. Callaghan dated September 27, 2019 [Bates-numbered CMS_004857-4870] |
| Joint Exhibit 33 | | Email from R. Morris to S. Schultz, E. Wolfish, and K. Eide dated September 26, 2019 [Bates-numbered LCH-0000367-374] |
| Joint Exhibit 34 | Asberry 4; LeBlanc A-8; Freeman 2 | Email from D. LeBlanc to C. LeBlanc and J. Asberry dated September 16, 2019 forwarding email from M. Freeman to J. Greiner [Bates-numbered LC2.0_0000145] |
| Joint Exhibit 35 | Asberry 5; LeBlanc A-9; Freeman 3 | Email from D. LeBlanc to C. LeBlanc and J. Asberry dated September 16, 2019 forwarding email from M. Freeman to D. LeBlanc [Bates-numbered LC2.0_0000153-155] |
| Joint Exhibit 36 | Freeman 4 | Email from D. LeBlanc to C. LeBlanc and J. Asberry dated 9/16/2019 forwarding email from M. Freeman dated 9/16/2019 [Bates-numbered LC2.0_0000156-157] |
| Joint Exhibit 37 | Cronin 8; LeBlanc B-5; Freeman 11 | Novitas Solutions Summary of all the Remittances for New LifeCare Hospitals of North Texas for paid date of October 2, 2019 |
| Joint Exhibit 38 | Exhibit A to Declaration of J. Michael Cronin; Freeman 6 | Letter from Novitas to M. Cronin dated July 19, 2019 [Bates-numbered LCH-0001037-1052] |

| JX Ex. # | Dep. Ex. # | Exhibit Description |
|---|---|---|
| Joint Exhibit 39 | LeBlanc A-4 | Email from A. Schultz to C. LeBlanc copying G. Coutts, H. Schenk, and A. Ribal dated August 23, 2019 [Bates-numbered LC2.0_0000104-105] |
| Joint Exhibit 40 | LeBlanc A-7; Freeman 8 | Email from D. LeBlanc to M. Freeman dated September 14, 2019 forwarding email from M. Cronin to C. LeBlanc [Bates-numbered LC2.0_0000146-152] |
| Joint Exhibit 41 | LeBlanc B-1 | Email from D. LeBlanc to J. Asberry and C. LeBlanc dated November 18, 2019 [Bates-numbered LC2.0_0000044] |
| Joint Exhibit 42 | LeBlanc B-2 | Email from D. LeBlanc to J. Asberry copying C. LeBlanc dated November 25, 2019 [Bates-numbered LC2.0_0003712] |
| Joint Exhibit 43 | LeBlanc B-7 | CMS Manual System dated March 24, 2016 [Bates-numbered LCH-0002745-2762] |
| Joint Exhibit 44 | | Email from L. Travis to C. Rybczyk copying C. Rushing, E. Ortiz, N. Boone and G. Mahoney dated September 30, 2019 [Bates-numbered CMS_004820-4834] |
| Joint Exhibit 45 | | Email from R. Morris to S. Schultz copying M. Scott, M. Cronin, S. Alberino, and K. Eide dated August 3, 2019 [Bates-numbered LCH-0000157-158] |
| Joint Exhibit 46 | | Email from C. Chadwick to C. LeBlanc dated September 20, 2019 [Bates-numbered LC2.0_0001472] |
| Joint Exhibit 47 | | Email from C. LeBlanc to M. Cronin and J. Asberry copying M. Scott dated September 26, 2019 [Bates-numbered LC2.0_0000107] |
| Joint Exhibit 48 | | Email from S. Schultz to R. Morris copying E. Wolfish, K. Eide, C. Hiner, and M. Cronin dated September 27, 2019 [Bates-numbered LCH-0000505-509] |
| Joint Exhibit 49 | | Email from W. Chapman to C. LeBlanc and J. Asberry dated February 28, 2020 [Bates-numbered LC2.0_0003724-3725] |
| Joint Exhibit 50 | | Letter from A. Miller to L. Lupin dated March 8, 2020 [Bates-numbered LCH-0001725-1727] |
| Joint Exhibit 51 | | Email from M. Cronin to M. Scott dated March 14, 2020 attaching December 26, 2019 letter from Novitas [Bates-numbered LCH-0000980-1000] |
| Joint Exhibit 52 | | Email from M. Cronin to C. LeBlanc copying M. Scott dated May 1, 2020 [Bates-numbered LCH-0001866] |
| Joint Exhibit 53 | | Remittance Advice [Bates-numbered CMS000311-314] |
| Joint Exhibit 54 | | Email from M. Cronin to C. Elmore dated April 10, 2020 [Bates-numbered LCH-0001867] |

| JX Ex. # | Dep. Ex. # | Exhibit Description |
|---|---|---|
| Joint Exhibit 55 | | Email from M. Cronin to J. Asberry copying C. LeBlanc and M. Scott dated March 18, 2020, with attachments [Bates-numbered LCH-0001322-24] |
| Joint Exhibit 56 | | Provider Summary Report, Run Date April 9, 2020 [Bates-numbered LC2.0_0003408-3441] |
| Joint Exhibit 57 | | Email from C. Rybczyk to M. Freeman and W. Chapman dated April 2, 2020 [Bates-numbered LC2.0_0001415-417] |
| Joint Exhibit 58 | | Email from C. LeBlanc to M. Cronin dated February 27, 2020, with attachment [Bates-numbered LCH-0000953-956] |
| Joint Exhibit 59 | | Email from C. LeBlanc to M. Cronin dated March 5 2020, with attachment [Bates-numbered LCH-0000942-944] |
| Joint Exhibit 60 | | Provider Summary Report, Run Date May 27, 2020 [Bates-numbered LC2.0_0004046-4075] |
| Joint Exhibit 61 | | Provider Summary Report, Run Date May 27, 2020 [Bates-numbered LC2.0_0004076-4111] |
| Joint Exhibit 62 | | Provider Summary Report, Run Date May 27, 2020 [Bates-numbered LC2.0_0004112-4148] |
| Joint Exhibit 63 | | CMS Manual System, Transmittal 812, dated November 12, 2010 [Bates-numbered LC2.0_0004149-4162] |
| Joint Exhibit 64 | | Remittance Advice [Bates-numbered LC2.0_0004163-4167] |
| Joint Exhibit 65 | | Electronic Remittance Advice [Bates-numbered LC2.0_0004168] |
| Joint Exhibit 66 | | Email from M. Cronin to T. Kruise copying C. LeBlanc and M. Scott dated May 11, 2020, with attachments [Bates-numbered LCH-0001938-2170] |
| Joint Exhibit 67 | | Email from M. Scott to M. Cronin dated April 2, 2020 [Bates-numbered LCH-0001857 |
| Joint Exhibit 68 | | Email from S. Schultz to E. Wolfish, R. Morris, and K. Eide dated September 24, 2019, with attachment [Bates-numbered LCH-0000264-284] |
| Joint Exhibit 69 | | LifeCare Holdings LLC and Subsidiaries, Consolidated Financial Statements, dated December 31, 2017 and 2016 (With Independent Auditors' Report Thereon) |
| Joint Exhibit 70 | | C. Rybcyzk email to M. Cronin and D. Bird dated December 23, 2019, with attachment [Bates-numbered CMS_005137-5155] |
| Joint Exhibit 71 | | Email from D. Callaghan to J. Newcome copying B. Nelson dated November 18, 2019 [Bates-numbered CMS_004835; Novitas_000996] |

| JX Ex. # | Dep. Ex. # | Exhibit Description |
|---|---|---|
| Joint Exhibit 72 | | Understanding the Remittance Advice: A Guide for Medicare Providers, Physicians, Suppliers, and Billers, Second Edition |
| Joint Exhibit 73 | | Noridian Healthcare Solutions, JE Part A / Audit and Reimbursement / Overpayments, https://med.noridianmedicare.com/web/jea/audit-reimbursement/overpayments |
| Joint Exhibit 74 | | Email from M. Cronin to C. LeBlanc dated January 8, 2020, with attachment [Bates-numbered LCH-000964-979] |
| Joint Exhibit 75 | | Email from E. Wolfish to R. Morris, S. Schultz, and K. Eide dated September 25, 2019 [Bates-numbered LCH-000320-325] |

The Debtors and LifeCare 2.0 reserve the right to use additional exhibits not identified herein for purposes of rebuttal or impeachment. The Debtors and LifeCare 2.0 also reserve the right to rely upon and use as evidence any pleading, hearing transcript or other document filed with the Court in the above-captioned cases.

[SIGNATURE PAGE FOLLOWS]

Dated: June 2, 2020
Wilmington, DE

| | |
|---|---|
| */s/ Donald J. Detweiler* | */s/ Joseph M. Mulvihill* |
| Donald J. Detweiler (DE No. 3087) | **YOUNG CONAWAY STARGATT &** |
| **PEPPER HAMILTON LLP** | **TAYLOR, LLP** |
| Hercules Plaza, Suite 5100 | M. Blake Cleary (No. 3614) |
| 1313 Market Street | Jaime Luton Chapman (No. 4936) |
| P.O. Box 1709 | Joseph M. Mulvihill (No. 6061) |
| Wilmington, DE 19899-1709 | Betsy L. Feldman (No. 6410) |
| Telephone: (302) 777-6524 | Rodney Square |
| detweild@pepperlaw.com | 1000 North King Street |
| | Wilmington, Delaware 19801 |
| – and – | Telephone: (302) 571-6600 |
| | Facsimile: (302) 571-1253 |
| James P. Muenker | jmulvihill@ycst.com |
| Texas Bar No. 24002659 | |
| **NELIGAN LLP** | – and – |
| 325 N. St. Paul, Suite 3600 | |
| Dallas, Texas 75201 | **AKIN GUMP STRAUSS HAUER & FELD LLP** |
| Telephone: (214) 840-5300 | Scott Alberino (admitted *pro hac vice*) |
| Telecopier: (214) 840-5301 | Kevin M. Eide (admitted *pro hac vice*) |
| jmuenker@neliganlaw.com | 2001 K Street, N.W. |
| | Washington, DC 20006 |
| | Telephone: (202) 887-4000 |
| **COUNSEL FOR LIFECARE 2.0, LLC** | Facsimile: (202) 887-4288 |
| | |
| | Sarah Link Schultz (admitted *pro hac vice*) |
| | Laura Warrick (*pro hac vice* pending) |
| | 2300 N. Field Street, Suite 1800 |
| | Dallas, Texas 75201 |
| | Telephone: (214) 969-2800 |
| | Facsimile: (214) 969-4343 |
| | |
| | Abid Qureshi (*pro hac vice* pending) |
| | One Bryant Park |
| | New York, New York 10036 |
| | Telephone: (212) 872-1000 |
| | Facsimile: (212) 872-1001 |
| | |
| | **COUNSEL FOR DEBTORS AND DEBTORS IN POSSESSION** |